# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 4, 2024

*By the Court:*

| No. 24-2066 | CRAIG DULWORTH and BRIANNA DULWORTH, <br>     Plaintiffs - Appellants <br> v. <br> EXPERIAN INFORMATION SOLUTIONS, INC and EQUIFAX INFORMATION SERVICES, LLC, <br>     Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-00469-JMS-MJD <br> Southern District of Indiana, Indianapolis Division <br> District Judge Jane Magnus-Stinson ||

Upon consideration of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND APPENDIX**, filed on September 3, 2024, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief and required short appendix of the appellants are due by October 10, 2024.

2. The briefs of the appellees are due by November 12, 2024.

3. The reply brief of the appellants, if any, is due by December 3. 2024.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).