## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 15, 2024

Before
DIANE S. SYKES, *Chief Judge*

| No. 24-2066 | CRAIG DULWORTH and BRIANNA DULWORTH,<br>Plaintiffs - Appellants<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC and EQUIFAX INFORMATION SERVICES, LLC,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-00469-JMS-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge Jane Magnus-Stinson ||

Upon consideration of the **APPELLANT'S UNOPPOSED MOTION TO SEAL PORTIONS OF APPELLANTS' SHORT APPENDIX**, filed on October 10, 2024, by counsel for the appellants,

**IT IS ORDERED** that appellees shall file, by October 21, 2024, a response to appellants' motion that addresses why any portion of the appendix tendered with the motion should be sealed. *See United States v. Foster*, 564 F.3d 852, 853 (7th Cir. 2009); *Baxter Int'l, Inc. v. Abbott Labs.*, 297 F.3d 544, 545 (7th Cir. 2002).

**IT IS FURTHER ORDERED** that briefing in this appeal is **SUSPENDED** pending resolution of the appellants' motion to file part of their appendix under seal. The court will file the submitted brief, if appropriate, only after the response is filed.

form name: **c7_Order_3J**    (form ID: **177**)