**No. 24-2066**

## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

**Craig Dulworth and Brianna Dulworth,**

**Plaintiffs- Appellants,**

v.

**Experian Information Solutions, Inc. and Equifax Information Services, LLC,**

**Defendants-Appellees.**

**Appeal From The United States District Court
For The Southern District Of Indiana
Case No. 1:22-cv-00469-JMS-MJD
The Honorable Jane Magnus-Stinson**

**APPELLEES' RESPONSE TO APPELLANTS' UNOPPOSED MOTION TO SEAL PORTIONS OF APPELLANTS' SHORT APPENDIX**

| | |
|---|---|
| Jeffrey R. Johnson<br>JONES DAY<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 2001-2113<br>Telephone: (202)-879-3939<br>Email: jeffreyjohnson@jonesday.com | Eric F. Barton<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E., Suite 2500<br>Atlanta, Georgia 30309<br>Telephone: (404) 885-1500<br>Email: ebarton@seyfarth.com |
| David J. Sandefer<br>JONES DAY<br>110 N. Wacker Drive, Suite 4800<br>Chicago, IL 60606<br>Telephone: (312) 269-1544<br>Email: dsandefer@jonesday.com | |
| *Counsel for Defendant*<br>*Experian Information Solutions, Inc.* | *Counsel for Defendant*<br>*Equifax Information Services LLC* |

Pursuant to the Court's Order entered on October 15, 2025, Defendants-Appellees Equifax Information Services, LLC and Experian Information Solutions, Inc., hereby respond to Plaintiffs-Appellants' Unopposed Motion to Seal Portions of Plaintiffs-Appellants' Short Appendix.

Given the procedural posture, Defendants-Appellees have no objection to unsealing the materials in question at this time.

DATED this 21st day of October 2024.

| | |
|---|---|
| Jeffrey R. Johnson<br>JONES DAY<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 2001-2113<br>Telephone: (202)-879-3939<br>Email: jeffreyjohnson@jonesday.com<br><br>David J. Sandefer<br>JONES DAY<br>110 N. Wacker Drive, Suite 4800<br>Chicago, IL 60606<br>Telephone: (312) 269-1544<br>Email: dsandefer@jonesday.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* | /s/     Eric. F. Barton<br><br>Eric F. Barton<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E., Suite 2500<br>Atlanta, Georgia 30309<br>Telephone: (404) 885-1500<br>Email: ebarton@seyfarth.com<br><br><br><br><br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Eric F. Barton*
Eric F. Barton
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 885-1500
Email: ebarton@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*