# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

October 23, 2024

*Before*
DIANE S. SYKES, *Chief Judge*

| | |
|---|---|
| No. 24-2066 | CRAIG DULWORTH and BRIANNA DULWORTH,<br>Plaintiffs - Appellants<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC and EQUIFAX INFORMATION SERVICES, LLC,<br>Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:22-cv-00469-JMS-MJD
Southern District of Indiana, Indianapolis Division
District Judge Jane Magnus-Stinson

The following are before the court:

1. **APPELLANTS' UNOPPOSED MOTION TO SEAL PORTIONS OF APPELLANTS' SHORT APPENDIX**, filed on October 10, 2024, by counsel for the appellants.

2. **APPELLEES' RESPONSE TO APPELLANTS' UNOPPOSED MOTION TO SEAL PORTIONS OF APPELLANTS' SHORT APPENDIX**, filed on October 21, 2024, by counsel for the appellees.

**IT IS ORDERED** that the motion for leave to file under seal is **DENIED** as unnecessary. The clerk shall file **INSTANTER** the opening brief and appendix submitted by appellants on October 10, 2024. The brief and appendix, including the separate appendix volume tendered with the motion to seal (#16-2), shall be filed in the public record.

form name: **c7_InstanterOrderFiled**     (form ID: **123**)