No. 24-2066

---

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

---

**Craig Dulworth and Brianna Dulworth,
Plaintiff- Appellants,**

v.

**Experian Information Solutions, Inc. and Equifax Information Services, LLC,
Defendants-Appellees.**

---

Appeal From The United States District Court
For The Southern District Of Indiana
Case No. 1:22-cv-00469-JMS-MJD
The Honorable Judge Jane Magnus-Stinson

---

**APPELLANTS' MOTION TO ACCEPT SEPARATED PAPER COPIES OF
APPELLANTS' APPENDIX**

---

CONSUMER ATTORNEYS
Michael H. Rapp
1600 Genessee, Suite 435
Kansas City, MO 64102
T: (816) 633-3463
E: mrapp@consumerattorneys.com

*Attorneys for Plaintiff-Appellants
Craig Dulworth and Brianna Dulworth*

Plaintiff-Appellants Brianna and Craig Dulworth, by their undersigned counsel, hereby moves the Court for an order permitting the Clerk's Office to accept the paper copies of Appellants' Appendix which was inadvertently sent in two volumes. In support of the motion, Appellants state as follows:

In accordance with the Court's Order required paper copies of Appellants' Opening Brief and Appendix, a secretary of Appellants' counsel printed the copies and brought them to FedEx to be bound and delivered to the Court by October 30, 2024. The secretary directed the FedEx agent to bind the Appendix in a single volume, to match exactly the version docketed with the Court on October 23, 2024. The Appendix is 390 pages and due to the voluminous nature, was unable to be bound in a single volume. Upon information and belief, the FedEx agent separated the Appendix into two volumes without notifying Appellants' counsel in order to bind the appendix properly.

In order to reduce waste and keep the costs of litigation lower, Appellants now respectively request that the Court accept the paper copies of the Appendix submitted on October 30, 2024.

Dated: November 1, 2024         */s/ Michael H. Rapp*
                                Michael H. Rapp, Bar #25702KS
                                CONSUMER ATTORNEYS
                                1600 Genessee, Suite 435
                                Kansas City, MO 64102
                                T: (816) 633-3463
                                E: mrapp@consumerattorneys.com
                                *Attorneys for Plaintiff-Appellants*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 1, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

            */s/ Michael H. Rapp*

            Michael H. Rapp, Bar #25702KS
            CONSUMER ATTORNEYS
            1600 Genessee, Suite 435
            Kansas City, MO 64102
            T: (816) 291-4551
            F: (718) 715-1750
            E: mrapp@consumerattorneys.com
            *Attorneys for Plaintiff-Appellants*
            *Brianna and Craig Dulworth*