No. 24-2066

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

BRIANNA DULWORTH and CRAIG DULWORTH

*Plaintiffs-Appellants*,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. and

EQUIFAX INFORMATION SERVICES, LLC,

*Defendants-Appellants*.

**Appeal from the United States District Court for the Southern District of Indiana, No. 1:22-cv-00469
The Honorable Jane Magnus-Stinson**

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Seventh Circuit Rule 26, Appellee Equifax Information Services, LLC, respectfully requests a 28-day extension of the deadline for filing its response brief in this appeal, up to and including December 20, 2024. In support of this motion, Equifax states as follows:

1

1. Equifax's response brief is currently due on November 22, 2024. A 28-day extension would make that brief due on December 20, 2024.

2. As set forth in further detail in the accompanying declaration, there is good cause to grant the motion in light of counsel's other professional obligations during the relevant time period.

3. This is Equifax's first request for an extension of time, and is filed more than seven days before the opening brief is due (as required by this Court's Rule 26).

4. Equifax's counsel conferred with counsel for the Dulworths and Experian Solutions, Inc. Neither the Dulworths nor Experian oppose this motion.

5. For the foregoing reasons, Equifax respectfully requests that the time to file Equifax's response brief be extended by 28 days, with that brief due on December 20, 2024.

Dated: November 4, 2024

Respectfully submitted,

/s/ *Eric F. Barton*
Eric F. Barton
*Counsel of Record*
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 885-1500
Email: ebarton@seyfarth.com

*Counsel for Appellee Equifax Information Services, LLC*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word-length limitation of Federal Rules of Appellate Procedure 27(d)(2)(A), because, as calculated by Microsoft Word 365, it contains 185 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

I certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as modified by Circuit Rule 32(b), because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

Dated: November 4, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Eric F. Barton*

　　　　　　　　　　　　　　　　　　　*Counsel for Appellee Equifax Information Services, LLC*

No. 24-2066

# IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

BRIANNA DULWORTH and CRAIG DULWORTH

*Plaintiffs-Appellants*,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC,

*Defendants-Appellants*.

**Appeal from the United States District Court for the Southern District of Indiana, No. 1:22-cv-00469 The Honorable Jane Magnus-Stinson**

## DECLARATION OF ERIC BARTON IN SUPPORT OF APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

I, Eric F. Barton, hereby declare as follows:

1. I am a partner at Seyfarth Shaw LLP and counsel of record for Defendant-Appellee Equifax Information Services, LLC, in this appeal.

2. Equifax's Response Brief is currently due on November 22, 2024.

3. In addition to the present appeal, I have numerous upcoming professional obligations. Those include, but are not limited to:

- 30(b)(6) deposition in *Mohammad Bakhtiari v. Equifax Information Services, LLC et al.*; No. 2:24-cv-00754-E (C.D. Cal.) (Nov. 8, 2024)

    30(b)(6) deposition in *Amanda L. Hair v. Equifax Information Services, LLC et al.*; No. 5:24-cv-00039-MMH-PRL (M.D. Fl.) (Nov. 11, 2024)

- 30(b)(6) deposition in *Edward Barcenas v. Experian Information Solutions, Inc. et al.*; No. 3:24-cv-00090-K (N.D. Tx.) (Nov. 19, 2024)

- 30(b)(6) deposition in *Ivan Speights v. Experian Information Solutions, Inc. et al.*; No. 6:24-cv-00073-ADA-DTG (W.D. Tx.) (Nov. 21, 2024)

4. This is the first request for an extension of time to file the Response Brief. This request is made out of necessity and not for purposes of delay. Even with due diligence, and giving priority to the preparation of this case, it will not be possible to file a satisfactory brief by the current due date of November 22, 2024.

5. Counsel for Plaintiffs-Appellants Brianna and Craig Dulworth have been advised of the relief requested in this motion. Counsel does not oppose the request.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 4, 2024 /s/ *Eric F. Barton*
Eric F. Barton
*Counsel for Appellee Equifax Information Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 4, 2024, the foregoing document was filed with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: November 4, 2024                Respectfully submitted,

                                       /s/ *Eric F. Barton*

                                       *Counsel for Appellee Equifax Information Services, LLC*