# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 4, 2024

*By the Court:*

| No. 24-2066 | CRAIG DULWORTH and BRIANNA DULWORTH, <br> Plaintiffs - Appellants <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC and EQUIFAX INFORMATION SERVICES, LLC, <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-00469-JMS-MJD <br> Southern District of Indiana, Indianapolis Division <br> District Judge Jane Magnus-Stinson ||

The following is before the court: **APPELLANTS' MOTION TO ACCEPT SEPARATED PAPER COPIES OF APPELLANTS' APPENDIX**, filed on November 1, 2024, by counsel for the appellants.

Because the paper copies of the separate appendix must be identical to the electronic submission,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the appellants shall electronically resubmit, by no later than November 8, 2024, the separate appendix in two volumes. This separate appendix will replace the single volume filed on October 23, 2024. Upon receipt of the electronic submission of the corrected separate appendix, the clerk will file the paper copies of the separate appendix that were received on October 30, 2024.

form name: **c7_Order_BTC**   (form ID: **178**)