No. 24-2066

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

---

BRIANNA DULWORTH and CRAIG DULWORTH

*Plaintiffs-Appellants*,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. and

EQUIFAX INFORMATION SERVICES, LLC,

*Defendants-Appellants*.

---

Appeal from the United States District Court for the
Southern District of Indiana, No. 1:22-cv-00469
The Honorable Jane Magnus-Stinson

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE BRIEF

---

Pursuant to Federal Rule of Appellate Procedure 26(b) and Seventh Circuit Rule 26, Appellee Experian Information Solutions, Inc., respectfully requests a 28-day extension of the deadline for filing its response brief in this appeal, up to and including December 20, 2024. In support of this motion, Experian states as follows:

1

1. Experian's response brief is currently due on November 22, 2024. A 28-day extension would make that brief due on December 20, 2024.

2. As set forth in further detail in the accompanying declaration, there is good cause to grant the motion in light of counsel's other professional obligations during the relevant time period.

3. This is Experian's first request for an extension of time, and is filed more than seven days before the opening brief is due (as required by this Court's Rule 26).

4. Experian's counsel conferred with and provided copies of this motion to counsel for the Dulworths and Equifax Information Services LLC. The Dulworths and Equifax do not oppose this motion.

5. For the foregoing reasons, Experian respectfully requests that the time to file Experian's response brief be extended by 28 days, with that brief due on December 20, 2024.

Dated: November 4, 2024            Respectfully submitted,

<u>/s/ Jeffrey R. Johnson</u>
Jeffrey R. Johnson
*Counsel of Record*
John C. Brinkerhoff Jr.
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 2001-2113
Telephone: (202)-879-3939
Email: jeffreyjohnson@jonesday.com
Email: jbrinkerhoff@jonesday.com

David J. Sandefer
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 269-1544
Email: dsandefer@jonesday.com

*Counsel for Appellee*
*Experian Information Solutions, Inc.*

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word-length limitation of Federal Rules of Appellate Procedure 27(d)(2)(A), because, as calculated by Microsoft Word 365, it contains 194 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

I certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as modified by Circuit Rule 32(b), because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

Dated: November 4, 2024                                  Respectfully submitted,

                                                         /s/ Jeffrey R. Johnson

                                                         *Counsel for Appellee Experian Information Solutions, Inc.*

No. 24-2066

# IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

BRIANNA DULWORTH and CRAIG DULWORTH

*Plaintiffs-Appellants*,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC,

*Defendants-Appellants*.

**Appeal from the United States District Court for the Southern District of Indiana, No. 1:22-cv-00469
The Honorable Jane Magnus-Stinson**

## DECLARATION OF JEFFREY R. JOHNSON IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

I, Jeffrey R. Johnson, hereby declare as follows:

1. I am a partner at Jones Day and counsel of record for Defendant-Appellee Experian Information Solutions, Inc., in this appeal.

2. Experian's Response Brief is currently due on November 22, 2024.

3. In addition to the present appeal, I have numerous upcoming professional obligations. Those include:

- Hearing on pre-summary judgment letter motion in *Carovillano v. Sirius XM Radio LLC*, No. 23-cv-4723 (S.D.N.Y.) (Nov. 6, 2024)

- Supplemental Response in an arbitral proceeding (due Nov. 11, 2024)

- Dispositive Motion in *R.C. v. Walmart Inc.*, No. 24-cv-02003 (C.D. Cal.) (due Nov. 22, 2024)

- Opening Brief in *Cox v. ConsumerInfo.com, Inc.*, No. 24-1733 (4th Cir.) (due Dec. 2, 2024)

- Reply Brief in *Newton v. Experian Information Solutions, Inc.*, No. 24-12398 (11th Cir.) (due Dec. 23, 2024).

4. This is the first request for an extension of time to file the Response Brief. This request is made out of necessity and not for purposes of delay. Even with due diligence, and giving priority to the preparation of this case, it will not be possible to file a satisfactory brief by the current due date of November 22, 2024.

5. Counsel for Plaintiffs-Appellants Brianna and Craig Dulworth have been advised of the relief requested in this motion. Counsel does not oppose the request.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 4, 2024

/s/ Jeffrey R. Johnson
Jeffrey R. Johnson

*Counsel for Appellee Experian Information Solutions, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on November 4, 2024, the foregoing document was filed with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: November 4, 2024                    Respectfully submitted,

/s/ Jeffrey R. Johnson
Jeffrey R. Johnson

*Counsel for Appellee Experian Information Solutions*