# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 5, 2024

*By the Court:*

| No. 24-2066 | CRAIG DULWORTH and BRIANNA DULWORTH,<br>Plaintiffs - Appellants<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC and EQUIFAX INFORMATION SERVICES, LLC,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:22-cv-00469-JMS-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge Jane Magnus-Stinson | |

The following are before the court:

1**. UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**, filed on November 4, 2024, by counsel for the appellee.

2**. UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**, filed on November 4, 2024, by counsel for the appellee.

**IT IS ORDERED** that the motions are **GRANTED**. Briefing will proceed as follows:

1. The briefs of the appellees are due by December 20, 2024.

2. The reply brief of the appellants, if any, is due by January 10, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)