No. 24-2066

---

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

---

BRIANNA DULWORTH and CRAIG DULWORTH,

*Plaintiffs – Appellants,*

v.

EXPERIAN INFORMATION SOLUTIONS, INC. and
EQUIFAX INFORMATION SERVICES, LLC,

*Defendants – Appellees.*

---

Appeal From The United Stated District Court
For The Southern District Of Indiana
Case No. 1:22-cv-00469
The Honorable Judge Jane Magnus-Stinson

---

**PLAINTIFFS-APPELLANTS SHORT APPENDIX
(ADDITIONAL CONTENTS REQUIRED BY CR 30(b))**

---

Michael H. Rapp
**CONSUMER ATTORNEYS**
1600 Genessee, Suite 435
Kansas City, Missouri 64102
T: 816-633-3463
E: mrapp@consumerattorneys.com

*Attorneys for Plaintiff-Appellants
Craig Dulworth and Brianna Dulworth*

**TABLE OF CONTENTS OF REQUIRED SHORT APPENDIX**

Items Included Pursuant to CR 30(a)

Order from the Court dated May 22, 2024 (ECF 205) ......................................................App. 1

Final Judgment dated May 22, 2024 (ECF 206)................................................................App. 37

Items Included Pursuant to CR 30(b)

Notice of Removal dated March 10, 2022 (ECF 1) ..........................................................App. 38

State Court Record (ECF 1-1)............................................................................................App. 42

Second Amended Complaint dated August 19, 2022 (ECF 72)........................................App. 59

Order Regarding Ally Financial, Inc. Settlement dated April 7, 2023 (ECF 134).............App. 70

Order Dismissing Ally Financial, Inc. dated April 27, 2023 (ECF 154) ..........................App. 72

Appellants Credit Denial Letters (ECF 183-5) .................................................................App. 73

Appellants' Bankruptcy Petition (ECF 194-1)..................................................................App. 87

Appellants' Reaffirmation Agreement (ECF 194-2) ..........................................................App. 203

Appellants' Bankruptcy Discharge Order (ECF 194-3).....................................................App. 213

Brianna Dulworth Deposition Transcript Excerpts (ECF 194-4) ......................................App. 216

Craig Dulworth Deposition Transcript Excerpts (ECF 194-5) ..........................................App. 229

Brianna Dulworth Dispute Letter to Equifax (ECF 194-6) ...............................................App. 234

Brianna Dulworth Dispute Letter to Experian (ECF 194-7)..............................................App. 247

Brianna Dulworth Dispute Letter to Equifax (ECF 194-8) ...............................................App. 259

Brianna Dulworth Dispute Letter to Experian (ECF 194-9)..............................................App. 274

Craig Dulworth Dispute Letter to Equifax (ECF 194-10) .................................................App. 291

Craig Dulworth Dispute Letter to Experian (ECF 194-11)................................................App. 304

Craig Dulworth Dispute Letter to Equifax (ECF 194-12) .................................................App. 317

Craig Dulworth Dispute Letter to Experian (ECF 194-13) ...........................................App. 332

Equifax's Responses to Interrogatories (ECF 194-16) ...............................................App. 350

Experian's Responses to Requests for Admissions (ECF 194-17) ....................................App. 358

Notice of Appeal (ECF 209) ..............................................................................App. 374

Confidential Items Proposed to be Filed Under Seal

Declaration of Christina Hamilton (ECF 183-3) ......................................................App. 376

Equifax ACDV dated October 2021 (ECF 195-1) .....................................................App. 382

Equifax AVDV dated December 2021 (ECF 195-2)...................................................App. 387

Ally Representative Deposition Transcript Excerpts (ECF 195-3)...................................App. 392

Equifax Representative Deposition Transcript Excerpts (ECF 195-4)..............................App. 397

Experian Representative Deposition Transcript Excerpts (ECF 195-5) ............................App. 414

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 10, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<div style="margin-left: 40%;">

*/s/ Michael H. Rapp*
Michael H. Rapp, Bar #25702KS
CONSUMER ATTORNEYS
1600 Genessee, Suite 435
Kansas City, MO 64102
T: (816) 291-4551
F: (718) 715-1750
E: mrapp@consumerattorneys.com
*Attorneys for Plaintiff-Appellants*
*Brianna and Craig Dulworth*

</div>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CRAIG DULWORTH and BRIANNA DULWORTH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.  1:22-cv-469 |
| EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) ) | Removed from Johnson Superior Court, Civil Division 4 Cause No. 41D04-2202-MI-000029 |
| Defendants. | ) ) | |

## <u>NOTICE OF REMOVAL</u>

Defendant Experian Information Solutions, Inc., by counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby serves notice of its removal of this action from the Johnson Superior Court, Civil Division 4, to the United States District Court for the Southern District of Indiana, Indianapolis Division.  Removal is proper on the following grounds:

1.     Plaintiffs filed the Summons and Complaint with the Johnson Superior Court, Civil Division 4, on February 1, 2022, which was docketed under Cause No. 41D04-2202-MI-000029.

2.     Upon information and belief, Plaintiffs mailed a copy of the Complaint and Summons to Defendant in care of its Registered Agent, CT Corporation System via certified mail, and postmarked for February 10, 2022.

3.     Upon information and belief, CT Corporation System was served by certified mail on February 16, 2022.  Experian's deadline to respond to Plaintiffs' Complaint has not yet expired, and will not expire at any time prior to March 11, 2022.

4.      The Complaint filed in Johnson Superior Court, Civil Division 4, is a civil action alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681, *et seq.*  The Complaint seeks actual, statutory, and punitive damages, costs, and attorney's fees.

**A.      Removal is Proper Based on Federal Question Jurisdiction.**

5.      This Court has original jurisdiction over all civil actions arising under questions of federal law.  *See* 28 U.S.C. § 1331.

6.      Plaintiffs are bringing claims arising under the FCRA, a federal statute.

7.      The lawsuit is properly removed to this Court pursuant to 28 U.S.C. § 1441(a).

**B.      Defendant's Notice of Removal is Procedurally Proper.**

8.      The Johnson Superior Court, Civil Division 4, in Johnson County, Indiana, in which this action was commenced, is within this Court's federal jurisdiction.  Therefore, venue is proper pursuant to 28 U.S.C. § 94(b)(4) because it is the "district and division embracing the place where such action is pending."  *See* 28 U.S.C. § 1441(a).

9.      Pursuant to 28 U.S.C. § 1446(b), this notice is being filed within 30 days of service on Experian Information Solutions, Inc. of Plaintiffs' Complaint.  Accordingly, this Notice is timely filed.

10.     Defendant Equifax Information Services LLC consents to this Removal by and through its counsel, Samin Hessami, of Seyfarth Shaw LLP.

11.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the Johnson Superior Court, Civil Division 4, and served upon Plaintiffs' counsel.

12.     Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon or by Experian Information Solutions, Inc. in the state court lawsuit are attached as part of Exhibit A.  Pursuant to S.D. Indiana Local Rule 81-2, a copy of the state court docket and all other case filings by state court filing date are included as part of Exhibit A.  A separate copy of the state court complaint is attached as Exhibit B.  As of the timing of filing of this Notice of Removal, no

motions were filed or pending before the state court. In accordance with S.D. Indiana Local Rule 81-2, the undersigned will file a separate Notice indicating the fact of no filed or pending motions.

WHEREFORE, Defendant Experian Information Solutions, Inc. respectfully notifies the Court, the Johnson Superior Court, Civil Division 4, and the Plaintiffs of the removal of this action from the Johnson Superior Court, Civil Division 4, to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

/s/ Alexandra R. French
Alexandra R. French (32737-29)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:      (317) 236-1313
Facsimile:      (317) 231-7433
Email:          alexandra.french@btlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 10th day of

March, 2022, by electronically filing the same with the Clerk of the Court using the CM-ECF and was

separately e-mailed to counsel of record as follows:

John T. Steinkamp, Esq.
5214 S. East Street, Suite D-1
Indianapolis, IN 46227
john@johnsteinkampandassociates.com


/s/ Alexandra R. French
Alexandra R. French (32737-29)

# Exhibit A – State Court Record

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Craig Dulworth, Brianna Dulworth v. Equifax Information Services, LLC, Experian Information Solutions, Inc.

| Case Number | 41D04-2202-MI-000029 |
| --- | --- |
| Court | Johnson Superior Court 4 |
| Type | MI - Miscellaneous Civil |
| Filed | 02/01/2022 |
| Status | 02/01/2022 , Pending  (active) |

## Parties to the Case

| Defendant | Equifax Information Services, LLC |
| --- | --- |

| Defendant | Experian Information Solutions, Inc. |
| --- | --- |

Plaintiff       Dulworth, Craig

<u>Attorney</u>
John Thomas Steinkamp
*#1989149, Retained*

5214 S East ST
STE 1D
Indianapolis, IN 46227
317-782-9800(W)

Plaintiff       Dulworth, Brianna

<u>Attorney</u>
John Thomas Steinkamp
*#1989149, Retained*

5214 S East ST
STE 1D
Indianapolis, IN 46227
317-782-9800(W)

## Chronological Case Summary

| 02/01/2022 | **Case Opened as a New Filing** |
| --- | --- |

| 02/01/2022 | **Complaint/Equivalent Pleading Filed** |
| --- | --- |
| | Complaint/Petition |
| | Filed By:  Dulworth, Craig |
| | Filed By:  Dulworth, Brianna |
| | File Stamp:  02/01/2022 |

| 02/01/2022 | **Appearance Filed** | |
| | Appearance | |
| | | |
| | For Party: | Dulworth, Craig |
| | For Party: | Dulworth, Brianna |
| | File Stamp: | 02/01/2022 |

| 02/01/2022 | **Subpoena/Summons Filed** | |
| | Experian Summons | |
| | | |
| | Filed By: | Dulworth, Craig |
| | Filed By: | Dulworth, Brianna |
| | File Stamp: | 02/01/2022 |

| 02/01/2022 | **Subpoena/Summons Filed** | |
| | Equifax Summons | |
| | | |
| | Filed By: | Dulworth, Craig |
| | Filed By: | Dulworth, Brianna |
| | File Stamp: | 02/01/2022 |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Dulworth, Craig**

Plaintiff

**Balance Due** (as of 03/10/2022)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2022 | Transaction Assessment | 157.00 |
| 02/01/2022 | Electronic Payment | (157.00) |

| |
|---|
| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |

App. 44

Case 1:22-cv-00469-JMS-MJD  41D04-2202-MI-000029  Filed 03/10/22  Page 4 of 17 PageID #: 28
Case: 24-2066      Document 30-1      Filed: 11/07/2024      Pages: 210

Filed: 2/8/2022 12:28 PM
Clerk
Johnson County, Indiana

STATE OF INDIANA

COUNTY OF JOHNSON

CRAIG DULWORTH and BRIANNA
DULWORTH,

                                            Plaintiffs,

vs.

EQUIFAX INFORMATION
SERVICES, LLC and EXPERIAN
INFORMATION SOLUTIONS INC.,

                                            Defendants.

SS:

IN THE JOHNSON SUPERIOR COURT

CAUSE NO.: _____

## PETITION

COME NOW Plaintiffs Craig Dulworth and Brianna Dulworth, through counsel, and for Plaintiffs' causes of action against Defendants state as follows:

1.      This is an action for damages brought by individual consumers against the Defendants Equifax Information Services LLC and Experian Information Solutions Inc. for violations of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. §1681 *et seq*.

2.      Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. §1331.

3.      Venue lies properly in this district under 28 U.S.C. §1391(b).

4.      Plaintiffs are Citizens of the State of Indiana.

5.      Defendant Equifax Information Services LLC ("Equifax") is a Georgia Limited Liability Company.

6.      Defendant Equifax was and is engaged in the business of credit reporting, all within Indiana.

7.      Defendant Experian Information Solutions Inc. ("Experian") is a Delaware

corporation.

8.      Defendant Experian was and is engaged in the business of credit reporting, within the State of Indiana.

9.      Defendants Equifax and Experian are both sophisticated entities, well aware of their obligations under the FCRA.

10.     On or about October 12, 2018, Plaintiffs filed for joint bankruptcy protection under Chapter 7 of the Bankruptcy Code in case number 18-07856-JMC-7, filed in the Southern District of Indiana.

11.     Plaintiffs received a bankruptcy discharge in case number 18-07856-JMC-7 on or about January 15, 2019.

12.     As part of the bankruptcy proceedings, Plaintiffs reaffirmed an automobile loan with Ally Financial/Ally Bank ("Ally") in document twenty (20) of case number 18-07856-JMC-7.

13.     Both prior to and after the reaffirmation of the Ally automobile loan in Plaintiffs' bankruptcy, Plaintiffs maintained current payments on the account.

14.     After the reaffirmation of the automobile loan, payments were presumably reported to Defendants Equifax and Experian as being timely made, which is internally inconsistent with Defendants' reporting of the account.

15.     After the reaffirmation of the automobile loan, the account should have been reported positively on Plaintiffs' Equifax and Experian credit reports, which was the purpose of the reaffirmation.

16.     Plaintiffs Craig Dulworth and Brianna Dulworth each accessed their Equifax consumer disclosures (hereafter referred to as "Equifax credit report") on or about June 25, 2021

and discovered that their automobile loan with Ally was reported as "INCLUDED_IN_BANKRUPTCY" with no payment history.

17.    Plaintiffs each accessed their Experian consumer disclosures (hereafter referred to as "Experian credit report") on or about June 25, 2021 and discovered that their automobile loan with Ally was reported as "Discharged through Bankruptcy Chapter 7/Never late."

18.    Equifax's reporting of the Ally loan as included in bankruptcy with no payment history is false and inaccurate, due to Plaintiffs' reaffirmation agreement in case number 18-07856-JMC-7.

19.    Experian's reporting of the Ally loan as discharged through bankruptcy is false and inaccurate, due to Plaintiffs' reaffirmation agreement in case number 18-07856-JMC-7.

20.    Plaintiffs each accessed their Equifax credit reports again on or about August 19, 2021 and found that their automobile loan with Ally was still reported as "INCLUDED_IN_BANKRUPTCY" with no payment history.

21.    Equifax's reporting of the Ally automobile loan on August 19, 2021 is false and inaccurate.

22.    Plaintiffs disputed the inaccuracies on their Equifax and Experian credit reports in dispute letters dated September 7, 2021, sent via certified U.S. mail.

23.    Neither Craig Dulworth nor Brianna Dulworth received a response from Defendants Equifax and Experian regarding Plaintiffs' dispute letters, indicating that both Defendants failed to reinvestigate Plaintiffs' disputes and otherwise failed to correct the inaccuracies on Plaintiffs' Equifax and Experian credit reports.

24.    Plaintiff Brianna Dulworth accessed her Equifax credit report again on or about October 29, 2021 and found that her Ally automobile loan was still misreported as

"INCLUDED_IN_BANKRUPTCY."

25.     Plaintiff Craig Dulworth accessed his Experian credit report again on or about October 29, 2021 and found that his Ally automobile loan was still misreported as "Discharged through Bankruptcy Chapter 7."

26.     Accordingly, Plaintiffs disputed the inaccuracies on their Equifax and Experian reports a second time in dispute letters dated November 1, 2021, sent via certified U.S. mail.

27.     Again, Plaintiffs did not receive a response from either Defendant Equifax or Defendant Experian regarding Plaintiffs' dispute letters, indicating that both Defendants failed to reinvestigate Plaintiffs' disputes and otherwise failed to correct the inaccuracies on Plaintiffs' Equifax and Experian credit reports.

28.     Plaintiffs Craig Dulworth and Brianna Dulworth accessed their Equifax credit reports on or about January 12, 2022, where Equifax continues to misreport Plaintiffs' Ally automobile loan as "INCLUDED_IN_BANKRUPTCY" with no payment history.

29.     Plaintiffs accessed their Experian credit reports on or about January 12, 2022, where Experian continues to misreport Plaintiffs' Ally automobile loan as "Discharged through Bankruptcy Chapter 7."

30.     On Plaintiff Craig Dulworth's Experian credit report dated January 12, 2022, Experian states that it "completed investigation of FCRA dispute – consumer disagrees" in regard to Craig Dulworth's Ally automobile loan.

31.     Upon information and belief, Experian received notice of Plaintiffs' disputes as part of any reinvestigation(s) done by Defendant Experian, indicating that Defendant Experian failed

to contact Ally as part of Experian's reinvestigation while failing to correct the information on Plaintiffs' credit reports.

<div align="center">

**Count I:**
**<u>Violations of the Fair Credit Reporting Act</u>**

</div>

Comes now Plaintiffs and for Count I against Defendants Equifax and Experian and alleges to the Court:

32.     Plaintiffs incorporate the foregoing paragraphs as though the same were set forth at length herein.

33.     Defendants Equifax and Experian have no reasonable means of monitoring or updating Plaintiffs' Ally automobile loan to reconcile reaffirmed debts with other accounts that are discharged in bankruptcy.

34.     Despite this knowledge and reporting of Plaintiffs' January 15, 2019 bankruptcy discharge, Defendants Equifax and Experian have no reasonable means of monitoring or updating Ally Financial correctly once a bankruptcy discharge is issued.

35.     Despite this knowledge and reporting of the January 15, 2019 bankruptcy discharge, the credit reports prepared by Defendants Equifax and Experian still falsely report Plaintiffs' reaffirmed Ally account with inaccurate and misleading information.

36.     Plaintiffs' creditors and potential creditors have accessed Plaintiffs' reports while the misreporting was on the credit report and were misinformed by Defendants about Plaintiffs' credit worthiness.

37.     Pertinent hereto, Equifax regularly engaged in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers to furnish consumer reports to third parties, and which uses any means or facility of interstate commerce to prepare or furnish consumer reports.

<div align="center">

5
App. 49

</div>

38.     Pertinent hereto, Experian regularly engaged in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers to furnish consumer reports to third parties, and which uses any means or facility of interstate commerce to prepare or furnish consumer reports.

39.     Pertinent hereto, the Plaintiffs Craig Dulworth and Brianna Dulworth are "consumers" as that term is defined by 15 U.S.C. §1681a(c).

40.     Pertinent hereto, the above-mentioned credit reports were written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living used or expected to be used or collected in whole or in part to serve as a factor in establishing the consumer's eligibility for credit or insurance to be used primarily for personal, family, or household purposes; employment purposes; or any other purpose authorized under 15 U.S.C. 1681b.

41.     Under 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendants Equifax and Experian are liable to the Plaintiffs for willfully and negligently violating the requirements imposed on Defendants Equifax and Experian of information under 15 U.S.C. §1681e(b) in assuring reasonable procedures to assure maximum possible accuracy to prevent such reporting of inaccurate information in Plaintiffs' reports.

42.     In addition, Plaintiffs disputed the inaccuracy to Defendants Equifax and Experian as described above.

43.     Upon information and belief, Defendants Equifax and Experian reported to Ally that Plaintiffs disputed the reporting of Plaintiffs' Ally automobile loan as included or discharged in bankruptcy.

44.     As previously described, Defendants Equifax and Experian failed to correct the inaccuracies or otherwise reverified to Plaintiffs that the reporting was accurate.

45.     Under 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendants Equifax and Experian are liable to the Plaintiffs for willfully and negligently violating the requirements imposed on Defendants Equifax and Experian of information under 15 U.S.C. §1681i wherein the Defendants failed to use reasonable procedures to reinvestigate Plaintiffs' disputes and, likewise, took inadequate action to correct Plaintiffs' consumer reports or delete the false data or otherwise conduct an appropriate, lawful reinvestigation.

46.     As a result of Defendants' violations, Plaintiff Brianna Dulworth was denied a credit increase on a line of credit she owns with Comenity Bank.

47.     As a result of Defendants Equifax's violations, Plaintiffs Craig Dulworth and Brianna Dulworth were twice denied an automobile loan with Teacher's Credit Union.

48.     The inaccurate information negatively reflects upon the Plaintiffs, Plaintiffs' credit repayment history, and Plaintiffs' financial responsibility as debtors and Plaintiffs' credit worthiness.

49.     Defendant Equifax and Experian's failures to maintain reasonable policies and procedures to ensure the maximum possible accuracy of its credit reporting, as well as Defendants' failures to conduct reasonable reinvestigations has harmed Plaintiffs in that Plaintiffs were denied the benefit of their reaffirmation agreement and the money paid to secure that benefit.

50.     The conduct of Defendants Equifax and Experian was a direct and proximate cause, and a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiffs and Defendants Equifax and Experian  are liable to the Plaintiffs for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation,

and such further relief, as permitted by law.

WHEREFORE, Plaintiffs seeks judgment in Plaintiffs' favor and damages against Defendants Equifax andExperian,  based on the following requested relief:

a.    Actual damages;

b.    Statutory damages;

c.    Punitive damages;

d.    Costs and reasonable attorney's fees under 15 U.S.C. §§1681n and 1681o; and

e.    Such other and further relief as may be necessary, just and proper.


*Respectfully submitted,*

/s/ John T. Steinkamp
John T. Steinkamp, #19891-49
Attorney for Defendant
5214 S. East Street, Suite D-1
Indianapolis, IN 46227
317-780-8300
john@johnsteinkampandassociates.com


**Demand for Jury Trial**

Comes now Plaintiff and demands a jury trial on all issues so triable.

/s/ John T. Steinkamp
John T. Steinkamp, #19891-49

# SUMMONS

In the Johnson Superior Court

CRAIG DULWORTH and

BRIANNA DULWORTH

**Plaintiff**

-vs—

EXPERIAN INFORMATION SERVICES, LLC

Cause
No.

**Defendant**

TO DEFENDANT: (Name) **EXPERIAN c/o Corporation Service Company**

(Address) 334 North Senate Ave.

Indianapolis, IN 46204-1708

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

    An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

    If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated 2/1/2022

Frona McLaughlin
Clerk, Johnson County Superior Court

(SEAL)

**(The following manner of service of summons is hereby designated.)**

| | |
|---|---|
| ✓ | Registered or certified mail. |
| | Service at place of employment, to-wit |
| | Service on individual (Personal or copy) at above address. |
| ✓ | Service on agent. (Specify) **Corporation Service Company** |
| | Other service. (Specify) |

John T. Steinkamp, 19891-49

**Attorney for Plaintiff**

5214 S. East. St., D1 Indpls, IN

Address

(317)780-8300

Telephone

Johnson County Superior Court
E Jefferson St. Franklin, IN 46131
317-736-5000

Telephone

App. 53

Form #209

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant._____

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

| Sheriff's Costs | Sheriff |
|---|---|
| | By:_____ |
| | Deputy |

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the_____ day of _____, 20_ _____, I mailed a copy of this Summons and a copy of the

complaint to the defendant, _____, by _____ mail, requesting a return receipt,
at the address furnished by the plaintiff.

Clerk, Marion Superior Court

Dated: _____, 20_____    By: _____
                                                              Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to

defendant _____ was accepted by the defendant on the _____ day of _____, 20_____

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned

not accepted on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to

defendant _____ was accepted by _____ on behalf of said

defendant on the _____ day of _____, 20_____.

Clerk, Marion Superior Court

By: _____
        Deputy

| Telephone | Address | **Attorney for Plaintiff** | John T. Steinkamp, 19891-49 | | **SHERIFF'S COSTS** | **SUPERIOR COURT ROOM NO. ____** | **SUMMONS** | **Defendant** | vs. | **Plaintiff** | Cause No. | Room No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

App. 54

SUMMONS

In the Johnson Superior Court

CRAIG DULWORTH and

BRIANNA DULWORTH

_____ Plaintiff

-vs—

EQUIFAX INFORMATION SERVICES, LLC

Cause
No. _____

_____ Defendant

TO DEFENDANT: (Name)_____ **EQUIFAX c/o Corporation Service Company**

(Address)_____ **135 North Pennsylvania Street, Ste. 1610**

**Indianapolis, IN, 46204**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated _____     _____(Seal)
Clerk, Johnson County Superior Court

**(The following manner of service of summons is hereby designated.)**

| | |
|---|---|
| ✓ | Registered or certified mail. |
| | Service at place of employment, to-wit _____ |
| | Service on individual   (Personal or copy) at above address. |
| ✓ | Service on agent. (Specify)___ **Corporation Service Company** |
| | Other service. (Specify)_____ |

John T. Steinkamp, 19891-49
**Attorney for Plaintiff**
5214 S. East. St., D1 Indpls, IN
Address
_____
(317)780-8300
Telephone

Johnson County Superior Court
E Jefferson St. Franklin, IN 46131
317-736-5000

_____
Telephone

App. 55

Form #209

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant. _____

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

_____          _____
Sheriff's Costs                                                      Sheriff

                                                                     By:_____
                                                                          Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the_____ day of _____, 20_ _____, I mailed a copy of this Summons and a copy of the
complaint to the defendant, _____, by _____ mail, requesting a return receipt,
at the address furnished by the plaintiff.

                                                                     _____
                                                                     Clerk, Marion Superior Court

Dated: _____, 20_____          By: _____
                                                                          Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to
defendant _____ was accepted by the defendant on the _____ day of _____, 20_____

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned
not accepted on the _____day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to
defendant _____ was accepted by _____ on behalf of said
defendant on the _____ day of _____, 20_____.

                                                                     _____
                                                                     Clerk, Marion Superior Court

                                                                     By: _____
                                                                          Deputy

| Telephone | Address | **Attorney for Plaintiff** | John T. Steinkamp, 19891-49 | | **SHERIFF'S COSTS** | **SUPERIOR COURT ROOM NO. ____** | **SUMMONS** | **Defendant** | vs. | **Plaintiff** | Cause No. | Room No. |

Case 1:22-cv-00469-JMS-MJD    41D04-2202-MI-000029    Page 16 of 17 PageID #: 26
Case: 24-2066    Document 30-1    Filed: 11/07/2024    Pages: 210

Filed: 2/23/2022 12:28 PM
Clerk
Johnson County, Indiana

Johnson Superior Court 4

**STATE OF INDIANA**

**COUNTY OF JOHNSON**

SS:

**IN THE JOHNSON SUPERIOR COURT**

CRAIG DULWORTH and BRIANNA
DULWORTH,

                            Plaintiffs,

vs.

EQUIFAX INFORMATION
SERVICES, LLC and EXPERIAN
INFORMATION SOLUTIONS INC.,

                           Defendants.

## <u>APPEARANCE BY ATTORNEY IN A CIVIL CASE</u>

Party Classification:   Initiating   <u>X</u>    Responding  <u>     </u>   Intervening  <u>      </u>

       Comes now Attorney John T. Steinkamp, and enters his appearance on behalf of NOW

Plaintiffs Craig Dulworth and Brianna Dulworth, in the above-entitled civil proceeding.

                       Respectfully submitted

                       <u>/s/ John T. Steinkamp</u>
                       John T. Steinkamp, #19891-49
                       Attorney for Plaintiff
                       5214 S. East Street, Suite D-1
                       Indianapolis, IN  46227
                       (317) 780-8300
                       (317) 217-1320
                       john@johnsteinkampandassociates.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that the foregoing has been served via

certified mail to the name and address listed below on this <u>1st</u> day of <u>February,</u> 2022.


Equifax Information Services, LLC
c/o Corporation Service Company
135 North Pennsylvania St. 1610
Indianapolis, IN 46204

Experian
c/o CT Corporation System
334 North Senate Ave.
Indianapolis, IN 46204-1708



<u>/s/ John Steinkamp</u>
John Steinkamp
John Steinkamp and Associates
5214 S. East Street, Ste. E-1
Indianapolis, IN 46227
(317) 780-8300

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| CRAIG DULWORTH and BRIANNA DULWORTH,<br><br>                          Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC., and ALLY FINANCIAL, INC.<br><br>                          Defendants. | Case No. 1:22-cv-00469-JMS-MJD |

## SECOND AMENDED COMPLAINT

COME NOW Plaintiffs Craig Dulworth and Brianna Dulworth, through counsel, and for Plaintiffs' amended causes of action against Defendants state as follows:

1.     This is an action for damages brought by individual consumers against the Defendants Equifax Information Services LLC and Experian Information Solutions Inc. for violations of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. §1681 *et seq*.

2.     Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. §1331.

3.     Venue lies properly in this district under 28 U.S.C. §1391(b).

4.     Plaintiffs are Citizens of the State of Indiana.

5.     Defendant Equifax Information Services LLC ("Equifax") is a Georgia Limited Liability Company.

6.     Defendant Equifax was and is engaged in the business of credit reporting, all within Indiana.

7.     Defendant Experian Information Solutions Inc. ("Experian") is a Delaware corporation.

8.     Defendant Experian was and is engaged in the business of credit reporting, within the State of Indiana.

9.     Defendants Equifax and Experian are both sophisticated entities, well aware of their obligations under the FCRA.

10.    On or about October 12, 2018, Plaintiffs filed for joint bankruptcy protection under Chapter 7 of the Bankruptcy Code in case number 18-07856-JMC-7, filed in the Southern District of Indiana.

11.    Plaintiffs received a bankruptcy discharge in case number 18-07856-JMC-7 on or about January 15, 2019.

12.    As part of the bankruptcy proceedings, Plaintiffs reaffirmed an automobile loan with Ally Financial/Ally Bank ("Ally") in document twenty (20) of case number 18-07856-JMC-7.

13.    Both prior to and after the reaffirmation of the Ally automobile loan in Plaintiffs' bankruptcy, Plaintiffs maintained current payments on the account.

14.    After the reaffirmation of the automobile loan, payments were presumably reported to Defendants Equifax and Experian as being timely made, which is internally inconsistent with Defendants' reporting of the account.

15.    After the reaffirmation of the automobile loan, the account should have been reported positively on Plaintiffs' Equifax and Experian credit reports, which was the purpose of the reaffirmation.

16.    Plaintiffs Craig Dulworth and Brianna Dulworth each accessed their Equifax

consumer disclosures (hereafter referred to as "Equifax credit report") on or about June 25, 2021 and discovered that their automobile loan with Ally was reported as "INCLUDED_IN_BANKRUPTCY" with no payment history.

17.    Plaintiffs each accessed their Experian consumer disclosures (hereafter referred to as "Experian credit report") on or about June 25, 2021 and discovered that their automobile loan with Ally was reported as "Discharged through Bankruptcy Chapter 7/Never late."

18.    Equifax's reporting of the Ally loan as included in bankruptcy with no payment history is false and inaccurate, due to Plaintiffs' reaffirmation agreement in case number 18-07856-JMC-7.

19.    Experian's reporting of the Ally loan as discharged through bankruptcy is false and inaccurate, due to Plaintiffs' reaffirmation agreement in case number 18-07856-JMC-7.

20.    Plaintiffs each accessed their Equifax credit reports again on or about August 19, 2021 and found that their automobile loan with Ally was still reported as "INCLUDED_IN_BANKRUPTCY" with no payment history.

21.    Equifax's reporting of the Ally automobile loan on August 19, 2021 is false and inaccurate.

22.    Plaintiffs disputed the inaccuracies on their Equifax and Experian credit reports in dispute letters dated September 7, 2021, sent via certified U.S. mail.

23.    Neither Craig Dulworth nor Brianna Dulworth received a response from Defendants Equifax and Experian regarding Plaintiffs' dispute letters, indicating that both Defendants failed to reinvestigate Plaintiffs' disputes and otherwise failed to correct the inaccuracies on Plaintiffs' Equifax and Experian credit reports.

24.    Plaintiff Brianna Dulworth accessed her Equifax credit report again on or about

October 29, 2021 and found that her Ally automobile loan was still misreported as "INCLUDED_IN_BANKRUPTCY."

25.     Plaintiff Craig Dulworth accessed his Experian credit report again on or about October 29, 2021 and found that his Ally automobile loan was still misreported as "Discharged through Bankruptcy Chapter 7."

26.     Accordingly, Plaintiffs disputed the inaccuracies on their Equifax and Experian reports a second time in dispute letters dated November 1, 2021, sent via certified U.S. mail.

27.     Again, Plaintiffs did not receive a response from either Defendant Equifax or Defendant Experian regarding Plaintiffs' dispute letters, indicating that both Defendants failed to reinvestigate Plaintiffs' disputes and otherwise failed to correct the inaccuracies on Plaintiffs' Equifax and Experian credit reports.

28.     Plaintiffs Craig Dulworth and Brianna Dulworth accessed their Equifax credit reports on or about January 12, 2022, where Equifax continues to misreport Plaintiffs' Ally automobile loan as "INCLUDED_IN_BANKRUPTCY" with no payment history.

29.     Plaintiffs accessed their Experian credit reports on or about January 12, 2022, where Experian continues to misreport Plaintiffs' Ally automobile loan as "Discharged through Bankruptcy Chapter 7."

30.     On Plaintiff Craig Dulworth's Experian credit report dated January 12, 2022, Experian states that it "completed investigation of FCRA dispute – consumer disagrees" in regard to Craig Dulworth's Ally automobile loan.

31.     Upon information and belief, Experian received notice of Plaintiffs' disputes as part of any reinvestigation(s) done by Defendant Experian, indicating that Defendant Experian failed to contact Ally as part of Experian's reinvestigation while failing to correct the information on

Plaintiffs' credit reports.

## Count I:
## Violations of the Fair Credit Reporting Act
## <u>Defendants Equifax and Experian</u>

Come now Plaintiffs and for Count I against Defendants Equifax and Experian and alleges to the Court:

32.     Plaintiffs incorporate the foregoing paragraphs as though the same were set forth at length herein.

33.     Defendants Equifax and Experian have no reasonable means of monitoring or updating Plaintiffs' Ally automobile loan to reconcile reaffirmed debts with other accounts that are discharged in bankruptcy.

34.     Despite this knowledge and reporting of Plaintiffs' January 15, 2019 bankruptcy discharge, Defendants Equifax and Experian have no reasonable means of monitoring or updating Ally Financial correctly once a bankruptcy discharge is issued.

35.     Despite this knowledge and reporting of the January 15, 2019 bankruptcy discharge, the credit reports prepared by Defendants Equifax and Experian still falsely report Plaintiffs' reaffirmed Ally account with inaccurate and misleading information.

36.     Plaintiffs' creditors and potential creditors have accessed Plaintiffs' reports while the misreporting was on the credit report and were misinformed by Defendants about Plaintiffs' credit worthiness.

37.     Pertinent hereto, Equifax regularly engaged in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers to furnish consumer reports to third parties, and which uses any means or facility of interstate commerce to prepare or furnish consumer reports.

38.     Pertinent hereto, Experian regularly engaged in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers to furnish consumer reports to third parties, and which uses any means or facility of interstate commerce to prepare or furnish consumer reports.

39.     Pertinent hereto, the Plaintiffs Craig Dulworth and Brianna Dulworth are "consumers" as that term is defined by 15 U.S.C. §1681a(c).

40.     Pertinent hereto, the above-mentioned credit reports were written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living used or expected to be used or collected in whole or in part to serve as a factor in establishing the consumer's eligibility for credit or insurance to be used primarily for personal, family, or household purposes; employment purposes; or any other purpose authorized under 15 U.S.C. 1681b.

41.     Under 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendants Equifax and Experian are liable to the Plaintiffs for willfully and negligently violating the requirements imposed on Defendants Equifax and Experian of information under 15 U.S.C. §1681e(b) in assuring reasonable procedures to assure maximum possible accuracy to prevent such reporting of inaccurate information in Plaintiffs' reports.

42.     In addition, Plaintiffs disputed the inaccuracy to Defendants Equifax and Experian as described above.

43.     Upon information and belief, Defendants Equifax and Experian reported to Ally that Plaintiffs disputed the reporting of Plaintiffs' Ally automobile loan as included or discharged in bankruptcy.

44.     As previously described, Defendants Equifax and Experian failed to correct the inaccuracies or otherwise reverified to Plaintiffs that the reporting was accurate.

45.     Under 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendants Equifax and Experian are liable to the Plaintiffs for willfully and negligently violating the requirements imposed on Defendants Equifax and Experian of information under 15 U.S.C. §1681i wherein the Defendants failed to use reasonable procedures to reinvestigate Plaintiffs' disputes and, likewise, took inadequate action to correct Plaintiffs' consumer reports or delete the false data or otherwise conduct an appropriate, lawful reinvestigation.

46.     As a result of Defendants Equifax's violations, Plaintiffs Craig Dulworth and Brianna Dulworth were twice denied an automobile loan with Teacher's Credit Union.

47.     The inaccurate information negatively reflects upon the Plaintiffs, Plaintiffs' credit repayment history, and Plaintiffs' financial responsibility as debtors and Plaintiffs' credit worthiness.

48.     Defendant Equifax and Experian's failures to maintain reasonable policies and procedures to ensure the maximum possible accuracy of its credit reporting, as well as Defendants' failures to conduct reasonable reinvestigations has harmed Plaintiffs in that Plaintiffs were denied the benefit of their reaffirmation agreement and the money paid to secure that benefit.

49.     The conduct of Defendants Equifax and Experian was a direct and proximate cause, and a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiffs and Defendants Equifax and Experian  are liable to the Plaintiffs for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, and such further relief, as permitted by law.

WHEREFORE, Plaintiffs seeks judgment in Plaintiffs' favor and damages against Defendants Equifax andExperian, based on the following requested relief:

a.    Actual damages;

b.    Statutory damages;

c.    Punitive damages;

d.    Costs and reasonable attorney's fees under 15 U.S.C. §§1681n and 1681o; and

e.    Such other and further relief as may be necessary, just and proper.

**Count II:**
**Violations of the Fair Credit Reporting Act**
**<u>Defendant Ally Financial, Inc.</u>**

Come now Plaintiffs and for Count II against Defendant Ally Financial, Inc. ("Ally") and states and alleges to the Court:

50.    Plaintiffs incorporate the foregoing paragraphs as though the same were set forth at length herein.

51.    As referenced above, at least one of the Defendant consumer reporting agencies ("CRA") reported to Defendant Ally that Plaintiffs each disputed the inaccurate credit information on their Equifax and Experian credit reports.

52.    Despite receipt of at least one dispute by each Plaintiff, Defendant Ally failed to respond with truthful information, failed to acknowledge the disputes and/or repeatedly reported false and derogatory information to Defendants Equifax and Experian, all in violation of the FCRA.

53.    After Plaintiffs disputed the inaccurate and misleading information, Defendant Ally reverified the inaccurate and misleading information on Plaintiffs' credit files and continued to falsely report about Plaintiffs.

54.     Upon information and belief, Defendant Ally failed to conduct reasonable investigations of Plaintiffs' disputes by failing to respond with truthful information, failing to acknowledge the disputes and/or repeatedly reporting false and derogatory information to the CRAs.

55.     Defendant Ally has likewise willfully or negligently violated the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b), by failing to respond to reinvestigation requests and failing to supply accurate and truthful information.

56.     Rather, Defendant Ally continued to report false and inaccurate information and failed to retract, delete, or suppress false and inaccurate information it reported about Plaintiff, as described above.

57.     Defendant Ally failed to investigate or reinvestigate consumer credit data it reported and repeatedly re-reported about Plaintiffs.

58.     Upon information and belief, Defendant Ally failed to review all relevant and pertinent information provided to it by Defendants Equifax and Experian.

59.     Defendant Ally knew or should have known that their reporting activities would (and continue to) damage Plaintiffs and their ability to maintain good reputational standing with her creditors and potential creditors.

60.     Defendant Ally, acting as a furnisher of credit information, failed to acknowledge and respond with truthful information in response to Plaintiffs' disputes and to advise Defendants Equifax and Experian of receipt of such disputes and complaints regarding consumer credit data Ally had been reporting and re-reporting about Plaintiff.

61.     The conduct of Defendant Ally was a direct and proximate cause, and a substantial factor, in bringing about the serious injuries, actual damages, and harm to Plaintiffs;

Defendant Ally is liable to Plaintiffs for statutory, actual, and punitive damages along with attorney's fees, costs of litigation, and such further relief as permitted by law.

WHEREFORE, Plaintiffs seek judgment in Plaintiffs' favor and damages against Defendant Ally for the following requested relief:

a.  Actual damages;

b.  Statutory damages;

c.  Punitive damages;

d.  Costs and reasonable attorney's fees under U.S.C. §§ 1681n and 1681o;

e.  Such other and further relief as this Court deems necessary, just, and proper.

*Respectfully submitted,*

By: /s/  Samuel E. Miller
Michael H. Rapp
Matthew S. Robertson
Samuel E. Miller
STECKLEIN & RAPP CHARTERED
748 Ann Avenue, Suite 101
Kansas City, KS 66101
Telephone:     (913) 371-0727
Facsimile:     (913) 371-0727
Email:  mr@kcconsumerlawyer.com
            msr@kcconsumerlawyer.com
            sm@kcconsumerlawyer.com

-and-

John T. Steinkamp, #19891-49
5214 S. East Street, Suite D-1
Indianapolis, IN 46227
317-780-8300
john@johnsteinkampandassociates.com
Attorneys for Plaintiffs

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 19, 2022, a true and correct copy of the above and foregoing was

filed electronically with the U.S. District Court, which will automatically notify counsel of record.


 /s/ Samuel E. Miller
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CRAIG DULWORTH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00469-JMS-MJD |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING FILING OF DOCUMENTS AUTHORIZING DISMISSAL**

The Court has been advised by counsel that a resolution has been reached in this action

**ONLY** as to Defendant Ally Financial, Inc. [Dkt. 133.] Therefore, all pending motions with regard

to Defendant Ally Financial, if any, are now **DENIED AS MOOT** and all previously ordered dates

relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED** only to the

extent they relate to Defendant Ally Financial.

**Within sixty (60) days of the date of this entry**, counsel for the parties shall file a motion

to dismiss this cause **ONLY** as to Defendant Financial and submit an order for the Court's signature

ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of

the parties).   Additional time to complete the execution of the necessary documents may be

granted for good cause shown, if requested in writing before expiration of this period.

SO ORDERED.

Dated:   7 APR 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

App. 70

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **CRAIG DULWORTH** and **BRIANNA DULWORTH,** | |
| Plaintiffs, | |
| vs. | Case No. 1:22-cv-00469-JMS-MJD |
| **EXPERIAN INFORMATION SOLUTIONS INC., EQUIFAX INFORMATION SERVICES LLC,** and **ALLY FINANCIAL, INC.,** | |
| Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE OF**
**DEFENDANT ALLY FINANCIAL, INC.**

Plaintiffs and Defendant Ally Financial, Inc., by and through counsel, having filed a Stipulation of Dismissal with Prejudice of Defendant Ally Financial, Inc., and the Court, being duly advised, now finds that the same should be GRANTED [152].

IT IS, THEREFORE, ORDERED that the claims of Plaintiffs Craig Dulworth and Brianna Dulworth against Defendant Ally Financial, Inc., ONLY, are dismissed with prejudice. Plaintiffs Craig Dulworth and Brianna Dulworth and Defendant Ally Financial, Inc. shall each bear their own costs and attorneys' fees.

Date: 4/27/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.

App. 72

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CRAIG DULWORTH and BRIANNA
DULWORTH,
                        Plaintiff,
        v.
EQUIFAX INFORMATION SERVICES LLC
and EXPERIAN INFORMATION
SOLUTIONS INC.,
                        Defendants

Case No. 1:22-cv-00469-JMS-MJD

**FILED UNDER SEAL**

# EXHIBIT 22

## Credit Denial Letters - Confidential

# FILED IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT AND SUPPORTING BRIEF

# FILED UNDER SEAL

Teachers Credit Union
110 S. Main Street
South Bend, IN 46601
Phone: 800-552-4745



NOTICE OF ACTION TAKEN AND STATEMENT OF REASON

**NOTICE DATE: July 17, 2021**

**BRIANA DULWORTH**



6

Dear Applicant,
Thank you for your recent application. Your request for a Auto Loan in the amount of $42,200.00 was carefully considered.
We are unable to offer you credit on the terms that you requested for the following reasons:

  Insufficient credit file after Bankruptcy

We can, however, offer you credit on the following terms:
  - Loan Amount of $34,500.00
  - Term of 72 months

If this offer is acceptable to you, please notify us within 30 days at the following address: 110 S. Main Street, South Bend,
IN 46601 on OR before August 16, 2021

DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency
listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the
consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why
we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it
no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you
receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name:      EQUIFAX
Address:   P.O. Box 740256
           Atlanta, GA 30374-0256

Telephone:   866-349-5191

We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit
score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the
information in your consumer report changes.

Credit Score:   **726**        Date: **07/17/2021**        Scores range from a low of 350 to a high of 900

If you have any questions regarding your credit report, you should contact EQUIFAX at 866-349-5191.

If you have any questions regarding this notice, you should contact Teachers Credit Union at
110 S Main Street, South Bend IN 46601 or 800-284-4725.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the
basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to
enter into a binding contract); or because all or part of the applicant's income derives from any public assistance program;
or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal
Agency that administers compliance with this law concerning this Creditor is: Federal Trade Commission, Equal Credit
Opportunity, Washington DC, 20580.

Q202006-1733 Notice of Credit Decision                                                    Form 1028

Dulworth  000395

Teachers Credit Union
110 S. Main Street
South Bend, IN 46601
Phone: 800-552-4745



NOTICE OF ACTION TAKEN AND STATEMENT OF REASON

**NOTICE DATE: July 17, 2021**

**CRAIG DULWORTH**



5

Dear Applicant,

Thank you for your recent application. Your request for a Auto Loan in the amount of $42,200.00 was carefully considered. We are unable to offer you credit on the terms that you requested for the following reasons:

Insufficient credit file after Bankruptcy

We can, however, offer you credit on the following terms:
- Loan Amount of $34,500.00
- Term of 72 months

If this offer is acceptable to you, please notify us within 30 days at the following address: 110 S. Main Street, South Bend, IN 46601 on OR before August 16, 2021.

**DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE**

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name:       EQUIFAX
Address:    P.O. Box 740256
            Atlanta, GA 30374-0256

Telephone:  866-349-5191

We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Credit Score:   **703**          Date:  **07/17/2021**        Scores range from a low of 350 to a high of 900

If you have any questions regarding your credit report, you should contact  EQUIFAX at 866-349-5191.

If you have any questions regarding this notice, you should contact Teachers Credit Union at
110 S Main Street, South Bend IN 46601 or 800-284-4725.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); or because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law concerning this Creditor is: Federal Trade Commission, Equal Credit Opportunity, Washington DC, 20580.

Q202006-1733 Notice of Credit Decision                                                  Form 1028

Dulworth  000396



**Comenity Bank**
PO Box 182273
Columbus, OH 43218-2273





BRIANNA DULWORTH

000027761
0Z07

07/20/2021

Account Ending In: 0575

Dear BRIANNA DULWORTH,

Thank you for contacting Comenity Bank. As the bank that issues your Lane Bryant Retail credit card account, we are here to help with your questions.

We are responding to your request for a credit limit increase. Unfortunately, because your account was recently opened we are unwilling to increase your credit limit at this time. We would like to see a consistent payment pattern established with the existing credit limit before granting additional credit.

We value you as a customer and apologize for any inconvenience this may have caused. If you have further questions about your account, please contact us at 1-800-888-4163 (TDD/TTY: 1-800-695-1788). We will be happy to help you.

Sincerely,

Customer Care team

SEE BELOW OR REVERSE SIDE FOR IMPORTANT INFORMATION.

**Send Correspondence To**
Comenity Bank
PO Box 182273 Columbus, OH 43218-2273
**All Bankruptcy Notices/Related Correspondence To**
PO Box 182125 Columbus, OH 43218-2125

320 009 000 C290          A 00007721 0575 AFPLC11          2021-07-20   Page 1 of 2

Dulworth  000397

App. 76



BRIANA DULWORTH

█████████████████

---

**Notice of Action Taken and Statement of Reasons, Statement of Credit Denial, Termination or Change**

7/23/2021                                                                                    App ID:        187165

Thank you for your recent IndirectAuto application. After careful consideration, we regret to inform you that we are unable to approve your request as presented. The principal reason(s) for the declination are as follows:

Bankruptcy

Delinquent Past or Present Credit Obligations

### Part II—Disclosure of Use of Information Obtained From an Outside Source

Our credit decision was based in whole or in part on information obtained in a report from the credit reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the credit reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Trans Union Consumer US

2 Baldwin Place, P.O. Box 1000, Chester, PA 19022

(800) 888-4213

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score:   610             Date: 7/17/2021
Score range:              low:  250                    high:  900

**Key factors that adversely affected your credit score:**

Serious delinquency, and public record or collection filed

Time since delinquency is too recent or unknown

Length of time revolving accounts been established

Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a credit reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

**If you have questions regarding this notice, you should contact:**

Financial Center First Credit Union

7101 East 56th St.  , Indianapolis, IN  46226

(317) 916-7700

Dulworth  000398



CRAIG DULWORTH

**Notice of Action Taken and Statement of Reasons, Statement of Credit Denial, Termination or Change**

7/23/2021                                                                    App ID:     187165

Thank you for your recent IndirectAuto application. After careful consideration, we regret to inform you that we are unable to approve your request as presented. The principal reason(s) for the declination are as follows:

Bankruptcy

Delinquent Past or Present Credit Obligations

**Part II—Disclosure of Use of Information Obtained From an Outside Source**

Our credit decision was based in whole or in part on information obtained in a report from the credit reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the credit reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Trans Union Consumer US

2 Baldwin Place, P.O. Box 1000, Chester, PA  19022

(800) 888-4213

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score:   597          Date:  7/17/2021
Score range:              low:  250                  high:  900

**Key factors that adversely affected your credit score:**

Serious delinquency, and public record or collection filed

Time since delinquency is too recent or unknown

Length of time revolving accounts been established

Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a credit reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

**If you have questions regarding this notice, you should contact:**

Financial Center First Credit Union

7101 East 56th St.  , Indianapolis, IN  46226

(317) 916-7700

Dulworth  000399

Teachers Credit Union
110 S. Main Street
South Bend, IN 46601
Phone: 800-552-4745



NOTICE OF ACTION TAKEN AND STATEMENT OF REASON

**NOTICE DATE: July 24, 2021**

**BRIANNA DULWORTH**



121

Dear Applicant,

Thank you for your recent application. Your request for a Auto Loan in the amount of $42,925.00 was carefully considered. We regret that we are unable to approve your application. The principle reasons for credit denial, termination, OR other action taken concerning your credit are listed below:
   Bankruptcy
   Insufficient credit file after Bankruptcy

DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

| | |
|---|---|
| **Name:** | EQUIFAX |
| **Address:** | P.O. Box 740256 |
| | Atlanta, GA 30374-0256 |

**Telephone:**   866-349-5191

We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

**Credit Score: 722**       **Date: 07/24/2021**       Scores range from a low 350 to a high of 900

If you have any questions regarding your credit report, you should contact  EQUIFAX at 866-349-5191.

If you have any questions regarding this notice, you should contact Teachers Credit Union at
110 S Main Street, South Bend, IN 46601 or 800-284-4725.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); or because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law concerning this Creditor is: Federal Trade Commission, Equal Credit Opportunity, Washington DC, 20580.

Q202006-1733 Notice of Credit Decision                                                                 Form 1027

Dulworth  000400

Teachers Credit Union
110 S. Main Street
South Bend, IN 46601
Phone: 800-552-4745



NOTICE OF ACTION TAKEN AND STATEMENT OF REASON

**NOTICE DATE: July 24, 2021**

**CRAIG DULWORTH**



122

---

Dear Applicant,

Thank you for your recent application. Your request for a Auto Loan in the amount of $42,925.00 was carefully considered. We regret that we are unable to approve your application. The principle reasons for credit denial, termination, OR other action taken concerning your credit are listed below:

Bankruptcy
Insufficient credit file after Bankruptcy

### DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

| | |
|---|---|
| **Name:** | EQUIFAX |
| **Address:** | P.O. Box 740256 |
| | Atlanta, GA 30374-0256 |

**Telephone:** 866-349-5191

We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

**Credit Score:  692**       **Date: 07/24/2021**       Scores range from a low 350 to a high of 900

If you have any questions regarding your credit report, you should contact  EQUIFAX at 866-349-5191.

If you have any questions regarding this notice, you should contact Teachers Credit Union at
110 S Main Street, South Bend, IN 46601 or 800-284-4725.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); or because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law concerning this Creditor is: Federal Trade Commission, Equal Credit Opportunity, Washington DC, 20580.

---

Q202006-1733 Notice of Credit Decision                                        Form 1027

Dulworth  000401

## IU Credit Union

P.O. Box 368
Bloomington, IN 47402
(812) 855-7823

## Adverse Action Notice

Date: 7/27/2021
Member's Name:  Brianna Dulworth
Member's Address: ▮▮▮▮▮▮▮▮▮▮▮▮                                    Member/Account Number: _____
Description of Account, Transaction, or Requested Credit: Vehicle Loan

### ACTION TAKEN AFFECTING CREDIT REQUEST OR EXISTING CREDIT

Date of Loan Request: 7/24/2021                    Amount of Loan Requested $ 42,925.00

☐ We are unable to process your application because we require the following information to make a decision:

☐ Your credit has been terminated for the following account:

_____

☐ We are unable to extend credit on the terms you requested but can offer credit on the following terms:

If we do not receive this information by _____
we will be unable to consider your application.

☒ We are unable to extend credit to you at this time.
☐ Your credit limit has been decreased to $ _____
☐ We are unable to honor your request to increase your credit limit.
☐ Other:

If this offer is acceptable to you, please notify us no later than _____ at the address at the top of this notice.

### ACTION TAKEN AFFECTING SHARE DRAFT/CHECKING OR OTHER ACCOUNT OR SERVICE

☐ At this time we are unable to offer you:       ☐ ATM card    ☐ Debit card    ☐ Share draft/checking account
☐ We have terminated/closed your:               ☐ ATM card    ☐ Debit card    ☐ Share draft/checking account
☐ We have suspended your:                        ☐ ATM card    ☐ Debit card    ☐ Share draft/checking account
☐ Other:

### PART I – PRINCIPAL REASON(S) FOR CREDIT DENIAL, TERMINATION, OR OTHER ACTION TAKEN

*This section must be completed in all instances.*

☐ Incomplete identity information
☐ Unable to verify identity
☐ Credit application incomplete
☐ Insufficient number of credit references provided
☐ Unacceptable type of credit references provided
☐ Unable to verify credit references
☐ Temporary or irregular employment
☐ Unable to verify employment
☐ Length of employment
☐ Income insufficient for amount of credit requested
☒ Excessive obligations in relation to income
☐ Unable to verify income
☐ Length of residence
☐ Temporary residence
☐ Unable to verify residence
☐ No credit file

☐ Limited credit experience
☐ Poor credit performance with us
☐ Delinquent past or present credit obligations with others
☐ Collection action or judgment
☐ Garnishment or attachment
☐ Foreclosure or repossession
☒ Bankruptcy
☐ Number of recent inquiries on credit bureau report
☒ Value or type of collateral not sufficient
☐ We do not offer the type of credit requested
☐ You are not eligible for membership in this credit union
☒ Other, specify:
    Vehicle Application from Ray Skillman Hoosier Ford

### PART II - DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE

This section should be completed if the credit decision was based in whole or in part on information that has been obtained from an outside source. Section A applies only if consumer reporting agency information is used. Section B applies only if an outside source other than a consumer reporting agency is used.

#### SECTION A

☒ Our credit decision was based in whole or in part on information obtained in a report from a consumer reporting agency listed on the next page. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

### PLEASE SEE NEXT PAGE FOR EQUAL CREDIT OPPORTUNITY ACT NOTICE

FOR CREDIT UNION USE ONLY
Employee initials:                                                    Date mailed or delivered: 7/27/2021

**LOANLINER**
© CUNA Mutual Group 1980, 82, 84, 86, 90, 2000, 01, 03, 06-08, 10-12 All Rights Reserved

MXX07F-E

Dulworth  000402

| PART II - DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE (continued) |
|---|

We obtained information from the following consumer reporting agency to make our decision about the action(s) on the previous page:

| ☐ Experian | ☒ TransUnion | ☐ Equifax |
|---|---|---|
| 701 Experian Parkway | 2 Baldwin Place | P.O. Box 740241 |
| P.O. Box 2002 | P.O. Box 1000 | Atlanta, GA 30374-0241 |
| Allen, TX 75013 | Chester, PA 19016 | 1.800.685.1111 |
| 1.888.397.3742 | 1.800.888.4213 | www.equifax.com |
| www.experian.com/reportaccess | www.transunion.com/myoptions | |

Name of Consumer Reporting Agency: _____

Street Address: _____ Telephone Number: _____

City, State, Zip: _____ Website Address: _____

☒ We also obtained your credit score from ___TRANSUNION___ and used it in making our credit

<p style="text-align:center">(single consumer reporting agency)</p>

decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score is: ___647___ Date: ___07/24/21___ Scores range from a low of ___341___ to a high of ___850___

<p style="text-align:center"><strong>Key <u>factors</u> that adversely affected your credit score</strong></p>

SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED
LENGTH OF TIME REVOLVING ACCOUNTS HAVE BEEN ESTABLISHED
PROPORTION OF LOAN BALANCES TO LOAN AMOUNTS IS TOO HIGH
TOO MANY ACCOUNTS WITH BALANCES
INQUIRIES IMPACTED THE CREDIT SCORE

**SECTION B**

☐ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information. To receive this disclosure, contact the credit union.

| EQUAL CREDIT OPPORTUNITY ACT NOTICE |
|---|

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is checked below.

☐ **Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20006**

☐ **National Credit Union Administration, Office of Consumer Protection, 1775 Duke Street, Alexandria, VA 22314**

☒ **Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580**

| CONNECTICUT NOTICE |
|---|

THE CONNECTICUT HOME MORTGAGE DISCLOSURE ACT PROHIBITS DISCRIMINATION AGAINST HOME PURCHASE LOAN, HOME IMPROVEMENT LOAN OR OTHER MORTGAGE LOAN APPLICANTS SOLELY ON THE BASIS OF THE LOCATION OF THE PROPERTY TO BE USED AS SECURITY. THE AGENCY WHICH ENFORCES COMPLIANCE WITH THIS LAW IS:

<p style="text-align:center">DEPARTMENT OF BANKING<br>260 CONSTITUTION PLAZA<br>HARTFORD, CONNECTICUT 06103</p>

IF YOU BELIEVE YOU HAVE BEEN UNFAIRLY DISCRIMINATED AGAINST, YOU MAY FILE A WRITTEN COMPLAINT WITH THE COMMISSIONER OF BANKING AT THE ABOVE ADDRESS.

<p style="text-align:center"><strong>If you have any questions regarding any of the information on this document,<br>please contact us at the credit union address or phone number listed.</strong></p>

MXX07F-E

Dulworth 000403



**IU Credit Union**

P.O. Box 368
Bloomington, IN 47402
(812) 855-7823

# Adverse Action Notice

| | |
|---|---|
| Date: 7/27/2021 | |
| Member's Name:  Craig Dulworth | Member/Account Number: |
| Member's Address: | |
| Description of Account, Transaction, or Requested Credit: Vehicle Loan | |

## ACTION TAKEN AFFECTING CREDIT REQUEST OR EXISTING CREDIT

Date of Loan Request:  7/24/2021                    Amount of Loan Requested $ 42,925.00

☐ We are unable to process your application because we require the following information to make a decision:

☐ Your credit has been terminated for the following account:

If we do not receive this information by _____ we will be unable to consider your application.

☐ We are unable to extend credit on the terms you requested but can offer credit on the following terms:

☒ We are unable to extend credit to you at this time.
☐ Your credit limit has been decreased to $ _____
☐ We are unable to honor your request to increase your credit limit.
☐ Other:

If this offer is acceptable to you, please notify us no later than _____ at the address at the top of this notice.

## ACTION TAKEN AFFECTING SHARE DRAFT/CHECKING OR OTHER ACCOUNT OR SERVICE

☐ At this time we are unable to offer you:      ☐ ATM card    ☐ Debit card    ☐ Share draft/checking account
☐ We have terminated/closed your:              ☐ ATM card    ☐ Debit card    ☐ Share draft/checking account
☐ We have suspended your:                      ☐ ATM card    ☐ Debit card    ☐ Share draft/checking account
☐ Other:

## PART I – PRINCIPAL REASON(S) FOR CREDIT DENIAL, TERMINATION, OR OTHER ACTION TAKEN

*This section must be completed in all instances.*

☐ Incomplete identity information
☐ Unable to verify identity
☐ Credit application incomplete
☐ Insufficient number of credit references provided
☐ Unacceptable type of credit references provided
☐ Unable to verify credit references
☐ Temporary or irregular employment
☐ Unable to verify employment
☐ Length of employment
☐ Income insufficient for amount of credit requested
☒ Excessive obligations in relation to income
☐ Unable to verify income
☐ Length of residence
☐ Temporary residence
☐ Unable to verify residence
☐ No credit file

☐ Limited credit experience
☐ Poor credit performance with us
☐ Delinquent past or present credit obligations with others
☒ Collection action or judgment
☐ Garnishment or attachment
☐ Foreclosure or repossession
☒ Bankruptcy
☐ Number of recent inquiries on credit bureau report
☒ Value or type of collateral not sufficient
☐ We do not offer the type of credit requested
☐ You are not eligible for membership in this credit union
☒ Other, specify:

Vehicle Application from Ray Skillman Hoosier Ford

## PART II - DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE

This section should be completed if the credit decision was based in whole or in part on information that has been obtained from an outside source.
Section A applies only if consumer reporting agency information is used. Section B applies only if an outside source other than a consumer reporting agency is used.

### SECTION A

☒ Our credit decision was based in whole or in part on information obtained in a report from a consumer reporting agency listed on the next page. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

### PLEASE SEE NEXT PAGE FOR EQUAL CREDIT OPPORTUNITY ACT NOTICE

| FOR CREDIT UNION USE ONLY | |
|---|---|
| Employee initials: | Date mailed or delivered: 7/27/2021 |

**LOANLINER.**
© CUNA Mutual Group 1980, 82, 84, 86, 90, 2000, 01, 03, 06-08, 10-12 All Rights Reserved

MXX07F-E

Dulworth  000404

| PART II - DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE (continued) |
|---|

We obtained information from the following consumer reporting agency to make our decision about the action(s) on the previous page:

| ☐ Experian | ☒ TransUnion | ☐ Equifax |
|---|---|---|
| 701 Experian Parkway | 2 Baldwin Place | P.O. Box 740241 |
| P.O. Box 2002 | P.O. Box 1000 | Atlanta, GA 30374-0241 |
| Allen, TX 75013 | Chester, PA 19016 | 1.800.685.1111 |
| 1.888.397.3742 | 1.800.888.4213 | www.equifax.com |
| www.experian.com/reportaccess | www.transunion.com/myoptions | |

Name of Consumer Reporting Agency: _____

Street Address: _____ Telephone Number: _____

City, State, Zip: _____ Website Address: _____

☒ We also obtained your credit score from   TRANSUNION _____ and used it in making our credit
(single consumer reporting agency)

decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score is: _____623_____ Date:___07/24/21___ Scores range from a low of _____341_____ to a high of_____850_____

**Key factors that adversely affected your credit score**

SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED
LENGTH OF TIME REVOLVING ACCOUNTS HAVE BEEN ESTABLISHED
TOO FEW ACCOUNTS CURRENTLY PAID AS AGREED
LACK OF RECENT INSTALLMENT LOAN INFORMATION
INQUIRIES IMPACTED THE CREDIT SCORE

**SECTION B**

☐ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information. To receive this disclosure, contact the credit union.

| EQUAL CREDIT OPPORTUNITY ACT NOTICE |
|---|

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is checked below.

☐ **Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20006**

☐ **National Credit Union Administration, Office of Consumer Protection, 1775 Duke Street, Alexandria, VA 22314**

☒ **Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580**

| CONNECTICUT NOTICE |
|---|

THE CONNECTICUT HOME MORTGAGE DISCLOSURE ACT PROHIBITS DISCRIMINATION AGAINST HOME PURCHASE LOAN, HOME IMPROVEMENT LOAN OR OTHER MORTGAGE LOAN APPLICANTS SOLELY ON THE BASIS OF THE LOCATION OF THE PROPERTY TO BE USED AS SECURITY. THE AGENCY WHICH ENFORCES COMPLIANCE WITH THIS LAW IS:

DEPARTMENT OF BANKING
260 CONSTITUTION PLAZA
HARTFORD, CONNECTICUT 06103

IF YOU BELIEVE YOU HAVE BEEN UNFAIRLY DISCRIMINATED AGAINST, YOU MAY FILE A WRITTEN COMPLAINT WITH THE COMMISSIONER OF BANKING AT THE ABOVE ADDRESS.

**If you have any questions regarding any of the information on this document,
please contact us at the credit union address or phone number listed.**

MXX07F-E

Dulworth 000405



Brianna Dulworth



---

**Notice of Action Taken and Statement of Reasons, Statement of Credit Denial, Termination or Change**

7/30/2021                                                                App ID:    187706

Thank you for your recent IndirectAuto application. After careful consideration, we regret to inform you that we are unable to approve your request as presented. The principal reason(s) for the declination are as follows:

Bankruptcy

Delinquent Past or Present Credit Obligations

**Part II—Disclosure of Use of Information Obtained From an Outside Source**

Our credit decision was based in whole or in part on information obtained in a report from the credit reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the credit reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Trans Union Consumer US

2 Baldwin Place, P.O. Box 1000, Chester, PA  19022

(800) 888-4213

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

       Your credit score:    600            Date:  7/24/2021

       Score range:            low:  250                high:  900

**Key factors that adversely affected your credit score:**

Serious delinquency, and public record or collection filed

Time since delinquency is too recent or unknown

Length of time revolving accounts been established

Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a credit reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

**If you have questions regarding this notice, you should contact:**

Financial Center First Credit Union

7101 East 56th St.  , Indianapolis, IN  46226

(317) 916-7700

Dulworth  000406



Craig Dulworth

---

**Notice of Action Taken and Statement of Reasons, Statement of Credit Denial, Termination or Change**

7/30/2021                                                                                    App ID:    187706

Thank you for your recent IndirectAuto application. After careful consideration, we regret to inform you that we are unable to approve your request as presented. The principal reason(s) for the declination are as follows:

Bankruptcy

Delinquent Past or Present Credit Obligations

### Part II—Disclosure of Use of Information Obtained From an Outside Source

Our credit decision was based in whole or in part on information obtained in a report from the credit reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the credit reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Trans Union Consumer US

2 Baldwin Place, P.O. Box 1000, Chester, PA  19022

(800) 888-4213

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score:   590                    Date:  7/24/2021
Score range:              low:  250                           high:  900

**Key factors that adversely affected your credit score:**

Serious delinquency, and public record or collection filed

Time since delinquency is too recent or unknown

Length of time revolving accounts been established

Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a credit reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

**If you have questions regarding this notice, you should contact:**

Financial Center First Credit Union

7101 East 56th St.  , Indianapolis, IN  46226

(317) 916-7700

Dulworth  000407

# Exhibit A

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 2 of 116 PageID #:
Case: 24-2066    Document: 30-1 1814    Filed: 11/07/2024    Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 1 of 115

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Craig** <br> First name <br><br> **Scott** <br> Middle name <br><br> **Dulworth** <br> Last name and Suffix (Sr., Jr., II, III) | **Brianna** <br> First name <br><br> **Lashell** <br> Middle name <br><br> **Dulworth** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. |  | FKA Brianna Lashell Thompson <br> FKA Brianna Lashell Froedge |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7391 | xxx-xx-9819 |

App. 88

CONFIDENTIAL

Dulworth  000001

| Debtor 1 | **Craig Scott Dulworth** | |
| Debtor 2 | **Brianna Lashell Dulworth** | Case number *(if known)* |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |

**5. Where you live**

| About Debtor 1: | About Debtor 2: |
|---|---|
| **137 Hilltop Farms Blvd.**<br>**Whiteland, IN 46184**<br>Number, Street, City, State & ZIP Code<br><br>**Johnson**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

App. 89

Dulworth  000002

CONFIDENTIAL

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**

Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ■ Yes.

| District | insbke | When | 8/12/09 | Case number | 1:09-bk-11693 |
| District | insbke | When | 6/20/03 | Case number | 1:03-bk-11539 |
| District | See Attachment | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | | Relationship to you | |
| District | | When | | Case number, if known | |
| Debtor | | Relationship to you | |
| District | | When | | Case number, if known | |

**11. Do you rent your residence?**

- ☐ No. Go to line 12.
- ■ Yes. Has your landlord obtained an eviction judgment against you?
  - ■ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

App. 90

**CONFIDENTIAL**

Dulworth  000003

Debtor 1   **Craig Scott Dulworth**

Debtor 2   **Brianna Lashell Dulworth**

Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

App. 91

Dulworth  000004

CONFIDENTIAL

| Debtor 1 | Craig Scott Dulworth | | Case number *(if known)* | |
| Debtor 2 | Brianna Lashell Dulworth | | | |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

App. 92

Dulworth  000005

CONFIDENTIAL

| Debtor 1 | **Craig Scott Dulworth** | Case number *(if known)* | |
| Debtor 2 | **Brianna Lashell Dulworth** | | |

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0 – $50,000 | ☐ $1,000,001 – $10 million | ☐ $500,000,001 – $1 billion |
| ☐ $50,001 – $100,000 | ☐ $10,000,001 – $50 million | ☐ $1,000,000,001 – $10 billion |
| ☐ $100,001 – $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 – $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 – $50,000 | ☐ $1,000,001 – $10 million | ☐ $500,000,001 – $1 billion |
| ☐ $50,001 – $100,000 | ☐ $10,000,001 – $50 million | ☐ $1,000,000,001 – $10 billion |
| ■ $100,001 – $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 – $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Craig Scott Dulworth | /s/ Brianna Lashell Dulworth |
|---|---|
| **Craig Scott Dulworth** | **Brianna Lashell Dulworth** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **October 11, 2018** | Executed on **October 11, 2018** |
| MM / DD / YYYY | MM / DD / YYYY |

App. 93

Dulworth  000006

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 8 of 116 PageID #:
Case: 24-2066    Document: 30-1 1820   Filed: 11/07/2024    Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18   EOD 10/12/18 14:12:01    Pg 7 of 115

| Debtor 1 | **Craig Scott Dulworth** | | |
|---|---|---|---|
| Debtor 2 | **Brianna Lashell Dulworth** | | Case number *(if known)* |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| **/s/ John T. Steinkamp** | | Date | **October 11, 2018** |
|---|---|---|---|
| Signature of Attorney for Debtor | | | MM / DD / YYYY |

**John T. Steinkamp 19891-49**
Printed name

**Law Office of John T. Steinkamp**
Firm name

**5214 South East St.**
**Suite D1**
**Indianapolis, IN 46227**
Number, Street, City, State & Z P Code

| Contact phone | **317-780-8300** | Email address | **steinkamplaw@yahoo.com** |
|---|---|---|---|

**19891-49 IN**
Bar number & State

App. 94

**CONFIDENTIAL**

Dulworth  000007

Debtor 1    **Craig Scott Dulworth**

Debtor 2    **Brianna Lashell Dulworth**

Case number *(if known)* _____

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Craig Scott Dulworth** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Brianna Lashell Dulworth** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

---

## FORM 101. VOLUNTARY PETITION

### Prior Bankruptcy Cases Filed Attachment

| District | Case Number | Date Filed |
|---|---|---|
| **insbke** | **1:09-bk-11693** | **8/12/09** |
| **insbke** | **1:03-bk-11539** | **6/20/03** |
| **insbke** | **1:96-bk-8706** | **9/13/96** |

App. 95

Dulworth  000008

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 10 of 116 PageID #:
Case: 24-2066     Document: 30-1 1822   Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18   EOD 10/12/18 14:12:01     Pg 9 of 115

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Craig Scott Dulworth** | |
| | First Name          Middle Name                     Last Name | |
| Debtor 2 | **Brianna Lashell Dulworth** | |
| (Spouse if, filing) | First Name          Middle Name                     Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA | |
| Case number (if known) | _____ | ☐ Check if this is an amended filing |

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B..................................................... | $               0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................ | $          32,265.50 |
| | 1c. Copy line 63, Total of all property on Schedule A/B..................................................... | $          32,265.50 |

### Part 2:   Summarize Your Liabilities

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          28,706.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $               0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $         120,154.26 |
| | **Your total liabilities** | $         148,860.26 |

### Part 3:   Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................. | $           4,091.74 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*............................................. | $           4,086.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

App. 96

**CONFIDENTIAL**

Dulworth  000009

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                         Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form          $           **3,250.00**
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $            0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $            0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $            0.00 |
| 9d. Student loans. (Copy line 6f.) | $        70,667.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $            0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$            0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $        70,667.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

App. 97          Dulworth  000010

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 12 of 116 PageID #:
Case: 24-2066      Document: 30-1   1824   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 11 of 115

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Craig Scott Dulworth** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Brianna Lashell Dulworth** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 | Make: | **Chevy** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Silverado** | ☐ Debtor 1 only | | |
| | Year: | **2006** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **180,000** | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Location: 137 Hilltop Farms Blvd., Whiteland IN 46184 | | ☐ Check if this is community property (see instructions) | **$10,537.50** | **$10,537.50** |

| 3.2 | Make: | **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Sedona** | ☐ Debtor 1 only | | |
| | Year: | **2016** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **40,000** | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Location: 137 Hilltop Farms Blvd., Whiteland IN 46184 | | ☐ Check if this is community property (see instructions) | **$19,000.00** | **$19,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

App. 98
CONFIDENTIAL

Dulworth  000011

Case 1:22-cv-00469-JMS-MJD  Document 194-1  Filed 11/17/23  Page 13 of 116 PageID #:
Case: 24-2066  Document: 30-1  1825  Filed: 11/07/2024  Pages: 210

Case 18-07856-JMC-7  Doc 1  Filed 10/12/18  EOD 10/12/18 14:12:01  Pg 12 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**

Case number *(if known)* _____

| | |
|---|---|
| 5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=> | **$29,537.50** |

**Part 3:**  Describe Your Personal and Household Items

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes.  Describe.....

| **Household Goods** **Location: 137 Hilltop Farms Blvd., Whiteland IN 46184** | **$1,000.00** |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes.  Describe.....

| **2 TVs** **Location: 137 Hilltop Farms Blvd., Whiteland IN 46184** | **$100.00** |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes.  Describe.....

| **Basic hand tools** **Location: 137 Hilltop Farms Blvd., Whiteland IN 46184** | **$50.00** |
|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes.  Describe.....

| **1 handgun** **Location: 137 Hilltop Farms Blvd., Whiteland IN 46184** | **$50.00** |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes.  Describe.....

| **Clothing** **Location: 137 Hilltop Farms Blvd., Whiteland IN 46184** | **$500.00** |
|---|---|

Case 1:22-cv-00469-JMS-MJD    Document 194-1    Filed 11/17/23    Page 14 of 116 PageID #:
Case: 24-2066        Document: 30-1 1826    Filed: 11/07/2024    Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 13 of 115

| Debtor 1 | **Craig Scott Dulworth** | | |
|---|---|---|---|
| Debtor 2 | **Brianna Lashell Dulworth** | Case number *(if known)* | |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Misc. Jewelry<br>Location: 137 Hilltop Farms Blvd., Whiteland IN 46184 | **$10.00** |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here ...........................................................................

| |
|---|
| **$1,710.00** |

| Part 4: | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.........................................................................................................

| | |
|---|---|
| **Cash** | **$2.00** |

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **First Financial Bank** | **$16.00** |
| 17.2. | **Checking** | **First Financial, joint with son who is the sole contributor to account.** | **$0.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
            Name of entity:                                % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

App. 100

Dulworth  000013

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 15 of 116 PageID #:
Case: 24-2066      Document: 30-1 1827   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 14 of 115

| Debtor 1 | **Craig Scott Dulworth** | | |
|---|---|---|---|
| Debtor 2 | **Brianna Lashell Dulworth** | Case number *(if known)* | |

☑ No
☐ Yes. Give specific information about them
        Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☑ No
☐ Yes. List each account separately.
        Type of account:        Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☑ No
☐ Yes. ....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Potential 2018 tax refund | Unknown |
|---|---|

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
☑ No

App. 101        Dulworth  000014

**CONFIDENTIAL**

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 16 of 116 PageID #:
Case: 24-2066     Document: 30-1 1828   Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 15 of 115

| Debtor 1 | **Craig Scott Dulworth** | | |
|---|---|---|---|
| Debtor 2 | **Brianna Lashell Dulworth** | Case number *(if known)* | |

☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term - Employer** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☐ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ☐ Yes.  Describe each claim.........

| Potential FDCPA Claim against GLA Collection Co., Inc. | $1,000.00 |
|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ☐ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...........................................................................**

| | $1,018.00 |
|---|---|

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ☐ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☐ No
   ☐ Yes.  Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ....................................**

| | $0.00 |
|---|---|

App. 102
**CONFIDENTIAL**

Dulworth  000015

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 17 of 116 PageID #:
Case: 24-2066   Document: 30-1 1829   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 16 of 115

| Debtor 1 | **Craig Scott Dulworth** | | |
|---|---|---|---|
| Debtor 2 | **Brianna Lashell Dulworth** | Case number *(if known)* | |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** .................................................................................................. | | **$0.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $29,537.50 | |
| 57. | **Part 3: Total personal and household items, line 15** | $1,710.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $1,018.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + | $0.00 |

| 62. | **Total personal property.** Add lines 56 through 61... | $32,265.50 | Copy personal property total | $32,265.50 |
|---|---|---|---|---|

| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $32,265.50 |
|---|---|---|---|

App. 103

Dulworth  000016

**CONFIDENTIAL**

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 18 of 116 PageID #: 1830
Case: 24-2066     Document: 30-1     Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 17 of 115

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Craig Scott Dulworth** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | **Brianna Lashell Dulworth** |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2006 Chevy Silverado 180,000 miles**<br>**Location: 137 Hilltop Farms Blvd.,**<br>**Whiteland IN 46184**<br>Line from *Schedule A/B*: **3.1** | **$10,537.50** | ■ $831.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |
| **2016 Kia Sedona 40,000 miles**<br>**Location: 137 Hilltop Farms Blvd.,**<br>**Whiteland IN 46184**<br>Line from *Schedule A/B*: **3.2** | **$19,000.00** | ■ $5,700.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |
| **Household Goods**<br>**Location: 137 Hilltop Farms Blvd.,**<br>**Whiteland IN 46184**<br>Line from *Schedule A/B*: **6.1** | **$1,000.00** | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |
| **2 TVs**<br>**Location: 137 Hilltop Farms Blvd.,**<br>**Whiteland IN 46184**<br>Line from *Schedule A/B*: **7.1** | **$100.00** | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |
| **Basic hand tools**<br>**Location: 137 Hilltop Farms Blvd.,**<br>**Whiteland IN 46184**<br>Line from *Schedule A/B*: **9.1** | **$50.00** | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |

App. 104
CONFIDENTIAL

Dulworth  000017

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 19 of 116 PageID #:
Case: 24-2066      Document: 30-1   1831      Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 18 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1 handgun** Location: 137 Hilltop Farms Blvd., Whiteland IN 46184 Line from *Schedule A/B*: **10.1** | $50.00 | ■ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Clothing** Location: 137 Hilltop Farms Blvd., Whiteland IN 46184 Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Misc. Jewelry** Location: 137 Hilltop Farms Blvd., Whiteland IN 46184 Line from *Schedule A/B*: **12.1** | $10.00 | ■ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Cash** Line from *Schedule A/B*: **16.1** | $2.00 | ■ $2.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Checking: First Financial Bank** Line from *Schedule A/B*: **17.1** | $16.00 | ■ $16.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Checking: First Financial, joint with son who is the sole contributor to account.** Line from *Schedule A/B*: **17.2** | $0.00 | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Potential 2018 tax refund** Line from *Schedule A/B*: **28.1** | Unknown | ■ $391.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Term - Employer** Line from *Schedule A/B*: **31.1** | $0.00 | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 27-1-12-17.1(f) |
| **Potential FDCPA Claim against GLA Collection Co., Inc.** Line from *Schedule A/B*: **33.1** | $1,000.00 | ■ $391.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■  No

☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐  No

    ☐  Yes

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 20 of 116 PageID #:
Case: 24-2066     Document: 30-1 1832     Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 19 of 115

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Craig Scott Dulworth** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Brianna Lashell Dulworth** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list he creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

| 2.1 | **Ally Financial** | Describe the property that secures the claim: | $19,000.00 | $19,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2016 Kia Sedona 40,000 miles Location: 137 Hilltop Farms Blvd., Whiteland IN 46184** | | | |

**PO Box 380901**
**Minneapolis, MN 55438**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2018**      Last 4 digits of account number _____

| 2.2 | **One Main** | Describe the property that secures the claim: | $9,706.00 | $10,537.50 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2006 Chevy Silverado 180,000 miles Location: 137 Hilltop Farms Blvd., Whiteland IN 46184** | | | |

**P.O. Box 1010**
**Evansville, IN 47706**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Purchase Money Security**

Date debt was incurred   **06/2018**      Last 4 digits of account number   **5474**

App. 106

**Dulworth  000019**

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 21 of 116 PageID #:
Case: 24-2066   Document: 30-1 1833   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 20 of 115

| Debtor 1 | **Craig Scott Dulworth** | | | Case number (if know) | |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Brianna Lashell Dulworth** | | | | |
| | First Name | Middle Name | Last Name | | |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$28,706.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$28,706.00** |

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

App. 107

Dulworth  000020

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 22 of 116 PageID #:
Case: 24-2066      Document: 30-1 1834   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 21 of 115

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Craig Scott Dulworth** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Brianna Lashell Dulworth** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

   ☒ No. Go to Part 2.

   ☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☒ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1** **AFNI** | Last 4 digits of account number   **3759** | **$701.00** |
| Nonpriority Creditor's Name | | |
| **PO Box 3097** | When was the debt incurred?   **6/17** | |
| **Bloomington, IL 61702-3517** | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all  hat apply | |
| **Who incurred the debt?** Check one. | | |
| ☐ Debtor 1 only | ☐ Con ingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| **☐ Check if this claim is for a  community debt** | ☐ Student loans | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ☒ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☒ Other. Specify   **Collection Account - Convergent Outsourcing - Credit Management - Comcast** | |
| ☐ Yes | | |

App. 108

CONFIDENTIAL

Dulworth  000021

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 23 of 116 PageID #:
Case: 24-2066    Document: 30-1   1835   Filed: 11/07/2024    Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 22 of 115

Debtor 1    **Craig Scott Dulworth**
Debtor 2    **Brianna Lashell Dulworth**                                   Case number (if know) _____

| 4.2 | **Allied Collection Service** | Last 4 digits of account number | **Multiple Accounts** | $936.00 |

Nonpriority Creditor's Name
**P.O. Box 670**
**Columbus, IN 47202**

When was the debt incurred?    **Multiple Dates**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all hat apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☒ No
☐ Yes

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Collection Account - Johnson Memorial Hospital**

---

| 4.3 | **American Financial Credit** | Last 4 digits of account number | **Multiple Accounts** | $3,050.00 |

Nonpriority Creditor's Name
**10333 N. Meridian Street, Suite 270A**
**Indianapolis, IN 46290**

When was the debt incurred?    **Multiple Dates**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all hat apply

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☒ No
☐ Yes

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Collection Account - Johnson Memorial Hospital**

---

| 4.4 | **American Medical Collection Agency** | Last 4 digits of account number | xxxx | $117.00 |

Nonpriority Creditor's Name
**4 Westchester Plaza Suite 110**
**Elmsford, NY 10523**

When was the debt incurred?    01/2015

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all hat apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☒ No
☐ Yes

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Collection Account - Ameripath**

---

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 24 of 116 PageID #:
Case: 24-2066      Document: 30-1   1836   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18   EOD 10/12/18 14:12:01    Pg 23 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                    Case number (*if know*)  _____

| 4.5 | **Ameripath Indianapolis** | Last 4 digits of account number | **Multiple Accounts** | **$181.00** |

Nonpriority Creditor's Name
**PO Box 740975**
**Cincinnati, OH 45274-0975**
Number Street City State Zip Code

When was the debt incurred?  **Multiple Dates**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all hat apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Con ingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Debt**

---

| 4.6 | **Ameritox, LTD** | Last 4 digits of account number | **Multiple Accounts** | **$686.00** |

Nonpriority Creditor's Name
**PO Box 402166**
**Atlanta, GA 30384**
Number Street City State Zip Code

When was the debt incurred?  **Multiple Dates**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all hat apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

- ☐ Con ingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Debt**

---

| 4.7 | **Anesthesia Consultants of Indianapolis** | Last 4 digits of account number | **4558** | **$30.00** |

Nonpriority Creditor's Name
**PO Box 6297**
**Indianapolis, IN 46206**
Number Street City State Zip Code

When was the debt incurred?  **2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all hat apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Con ingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Debt**

---

App. 110

Dulworth  000023

**CONFIDENTIAL**

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 25 of 116 PageID #:
Case: 24-2066     Document: 30-1 1837   Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18   EOD 10/12/18 14:12:01     Pg 24 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**

Case number (if know) _____

| 4.8 | **Bay Area Credit Service** | Last 4 digits of account number | **Multiple Accounts** | **$200.00** |

Nonpriority Creditor's Name
**PO Box 5914**
**Troy, MI 48007**
Number Street City State ZIp Code

When was the debt incurred?   **Multiple Dates**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all hat apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Con ingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Account - Creek Settlement Inpatient, Indiana Emergency Solutions**

---

| 4.9 | **Bay Area Credit Service** | Last 4 digits of account number | **Multiple** | **$28.00** |

Nonpriority Creditor's Name
**PO Box 5914**
**Troy, MI 48007**
Number Street City State ZIp Code

When was the debt incurred?   **04/2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all hat apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Con ingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Account - Indiana Emergency Solutions**

---

| 4.10 | **Beltway Surgery Center, LLC Glen Lehman** | Last 4 digits of account number | **9273** | **$172.00** |

Nonpriority Creditor's Name
**3428 Reliable Parkway**
**Chicago, IL 60686**
Number Street City State ZIp Code

When was the debt incurred?   **09/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all hat apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Con ingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Debt**

---

App. 111
CONFIDENTIAL

Dulworth  000024

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 26 of 116 PageID #:
Case: 24-2066      Document: 30-1  1838      Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 25 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                          Case number (if known) _____

| | | |
|---|---|---|
| 4.1 1 | **Brian L. Nehrig** | |

**Brian L. Nehrig**
Nonpriority Creditor's Name                 Last 4 digits of account number  **0120**                    **$0.00**
**11703 Maple Street**
**Fishers, IN 46038**                       When was the debt incurred?  _____
Number Street City State Zip Code
Who incurred the debt? Check one.           As of the date you file, the claim is: Check all hat apply

☐ Debtor 1 only
☐ Debtor 2 only                             ☐ Con ingent
■ Debtor 1 and Debtor 2 only                ☐ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed
☐ Check if this claim is for a  community   Type of NONPRIORITY unsecured claim:
debt                                        ☐ Student loans
Is the claim subject to offset?             ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                        report as priority claims
☐ Yes                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                            ■ Other. Specify  **Notice Purpose Only**

| | | |
|---|---|---|
| 4.1 2 | **Capital One** | |

**Capital One**
Nonpriority Creditor's Name                 Last 4 digits of account number  **5128**                    **$508.00**
**P.O. Box 30281**
**Salt Lake City, UT 84130**                When was the debt incurred?  **09/2017**
Number Street City State Zip Code
Who incurred the debt? Check one.           As of the date you file, the claim is: Check all hat apply

☐ Debtor 1 only
☐ Debtor 2 only                             ☐ Con ingent
☐ Debtor 1 and Debtor 2 only                ☐ Unliquidated
■ At least one of the debtors and another   ☐ Disputed
■ Check if this claim is for a  community   Type of NONPRIORITY unsecured claim:
debt                                        ☐ Student loans
Is the claim subject to offset?             ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                        report as priority claims
☐ Yes                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                            ■ Other. Specify  **Credit Card / Credit Use**

| | | |
|---|---|---|
| 4.1 3 | **Capital One** | |

**Capital One**
Nonpriority Creditor's Name                 Last 4 digits of account number  **1823**                    **$495.00**
**P.O. Box 30281**
**Salt Lake City, UT 84130**                When was the debt incurred?  **9/17**
Number Street City State Zip Code
Who incurred the debt? Check one.           As of the date you file, the claim is: Check all hat apply

■ Debtor 1 only
☐ Debtor 2 only                             ☐ Con ingent
☐ Debtor 1 and Debtor 2 only                ☐ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed
■ Check if this claim is for a  community   Type of NONPRIORITY unsecured claim:
debt                                        ☐ Student loans
Is the claim subject to offset?             ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                        report as priority claims
☐ Yes                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                            ■ Other. Specify  **Credit Card / Credit Use**

App. 112                          Dulworth  000025
**CONFIDENTIAL**

Case 1:22-cv-00469-JMS-MJD  Document 194-1  Filed 11/17/23  Page 27 of 116 PageID #:
Case: 24-2066  Document: 30-1  1839  Filed: 11/07/2024  Pages: 210

Case 18-07856-JMC-7  Doc 1  Filed 10/12/18  EOD 10/12/18 14:12:01  Pg 26 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                              Case number (if know) _____

| 4.1 4 | **Capital One** | Last 4 digits of account number | **1031** | $0.00 |

Nonpriority Creditor's Name
**C/O Edward A.B. Castaldo**
**350 E. New York St. Ste 240**
**Indianapolis, IN 46204**              When was the debt incurred?  **2008**
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all hat apply

☑ Debtor 1 only                              ☐ Con ingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☑ Check if this claim is for a  community    ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
☑ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ☑ Other. Specify  **Lawsuit**

| 4.1 5 | **Capital One Auto Finance** | Last 4 digits of account number | **0613** | $403.61 |

Nonpriority Creditor's Name
**C/O Thomas A. Burris, Blitt &**
**Gaines**                                   When was the debt incurred?  **04/2009**
**661 Glenn Avenue**
**Wheeling, IL 60090**
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all hat apply

☐ Debtor 1 only                              ☐ Con ingent
☐ Debtor 2 only                              ☐ Unliquidated
☑ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community    ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
☑ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ☑ Other. Specify  **Judgment**

| 4.1 6 | **Cashland** | Last 4 digits of account number | | $345.30 |

Nonpriority Creditor's Name
**100 East 3rd Street**
**Dayton, OH 45402**                         When was the debt incurred?
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all hat apply

☐ Debtor 1 only                              ☐ Con ingent
☐ Debtor 2 only                              ☐ Unliquidated
☑ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community    ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
☑ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ☑ Other. Specify  **Pay Day Loan**

App. 113
CONFIDENTIAL                              Dulworth  000026

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 28 of 116 PageID #:
Case: 24-2066      Document: 30-1 1840      Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 27 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                        Case number (*if know*)  _____

| 4.1 7 | **Cavalry Portfolio Service** | Last 4 digits of account number | **1432** | $447.00 |

Nonpriority Creditor's Name
**500 Summit Lake Dr. Ste. 4A**
**Valhalla, NY 10595**
Number Street City State Zip Code

When was the debt incurred?  **01/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Account - HSBC Bank Nevada**

| 4.1 8 | **CCH Main Campus** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**2049 E. 100th Street**
**Cleveland, OH 44195**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice Purpose Only**

| 4.1 9 | **Century Link** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**PO Box 2961**
**Phoenix, AZ 85062-2961**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice Purpose Only**

App. 114
CONFIDENTIAL

Dulworth  000027

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 29 of 116 PageID #:
Case: 24-2066      Document: 30-1 1841   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 28 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                                      Case number (if know) _____

| 4.2 0 | **Chase Auto Finance** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 901003**                          **When was the debt incurred?** _____
**Fort Worth, TX 76101-2076**
Number Street City State ZIp Code          **As of the date you file, the claim is:** Check all  hat apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only                            ☐ Con ingent
☐ Debtor 2 only                            ☐ Unliquidated
■ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify   **Deficiency on Repossessed Vehicle**

| 4.2 1 | **Check into Cash of Indiana, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1035 S. St Rd 9**                        **When was the debt incurred?**   **2018**
**Anderson, IN 46012**
Number Street City State ZIp Code          **As of the date you file, the claim is:** Check all  hat apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only                            ☐ Con ingent
☐ Debtor 2 only                            ☐ Unliquidated
■ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify   **Pay Day Loan**

| 4.2 2 | **Citifinancial** | Last 4 digits of account number   **0120** | **$0.00** |

Nonpriority Creditor's Name
**c/o Brian L. Nehrig**                     **When was the debt incurred?**   **10/2003**
**151 N. Delaware St.**
**Indianapolis, IN 46204**
Number Street City State ZIp Code          **As of the date you file, the claim is:** Check all  hat apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only                            ☐ Con ingent
☐ Debtor 2 only                            ☐ Unliquidated
■ Debtor 1 and Debtor 2 only               ■ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify   **Judgment**

App. 115

Dulworth  000028

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 30 of 116 PageID #:
Case: 24-2066     Document: 30-1   1842   Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 29 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                                          Case number (if known) _____

| 4.2 3 | **Collection Associates** | Last 4 digits of account number | **0302** | **$179.00** |

Nonpriority Creditor's Name
**P.O. Box 349**
**Greensburg, IN 47240**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?   **09/2015**

As of the date you file, the claim is: Check all  hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Account - Major Hospital**

| 4.2 4 | **Comenity Capital Bank/Big Lots** | Last 4 digits of account number | **2288** | **$750.00** |

Nonpriority Creditor's Name
**PO Box 182120**
**Columbus, OH 43218**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?   **03/2018**

As of the date you file, the claim is: Check all  hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card / Credit Use**

| 4.2 5 | **Community Health Network** | Last 4 digits of account number | **0343** | **$16.24** |

Nonpriority Creditor's Name
**PO Box 19202**
**Indianapolis, IN 46219**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?   **04/2015**

As of the date you file, the claim is: Check all  hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Debt**

App. 116

**CONFIDENTIAL**

Dulworth  000029

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 31 of 116 PageID #:
Case: 24-2066      Document: 30-1  1843      Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7      Doc 1      Filed 10/12/18      EOD 10/12/18 14:12:01      Pg 30 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**

Case number (if know) _____

| 4.2 6 | **Community Health Network** | Last 4 digits of account number | **Multiple** | $1,281.00 |

Nonpriority Creditor's Name
**PO Box 19202**
**Indianapolis, IN 46219**
Number Street City State Zip Code

**When was the debt incurred?** **12/13/2015**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Medical Debt**

☐ Yes

---

| 4.2 7 | **Convergent Outsourcing Inc** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**PO Box 9004**
**800 SW 39th St.**
**Renton, WA 98057**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ No

■ Other. Specify   **Notice Purpose Only**

☐ Yes

---

| 4.2 8 | **Credit Management LP** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**4200 International Pkwy**
**Carrollton, TX 75007**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Notice Purpose Only**

☐ Yes

---

App. 117
CONFIDENTIAL

Dulworth  000030

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 32 of 116 PageID #:
Case: 24-2066      Document: 30-1    1844    Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 31 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                    Case number (if known) _____

| 4.29 | **Credit One Bank** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 98872**
**Las Vegas, NV 89193-8873**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Purpose Only**

---

| 4.30 | **Creditor's Service of Indiana** | Last 4 digits of account number **Multiple Accounts** | **$217.00** |

Nonpriority Creditor's Name
**10 Coronado Road**
**Indianapolis, IN 46234-2526**
Number Street City State Zip Code

When was the debt incurred? **Multiple Dates**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Account - Radiology Associates of Indianapolis, Radiology of Indiana**

---

| 4.31 | **Creditor's Service of Indiana** | Last 4 digits of account number **Multiple Accounts** | **$117.00** |

Nonpriority Creditor's Name
**10 Coronado Road**
**Indianapolis, IN 46234-2526**
Number Street City State Zip Code

When was the debt incurred? **Multiple Dates**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Account - Radiology of Indiana, Radiology Associates of Indianapolis**

---

App. 118

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD Document 194-1 Filed 11/17/23 Page 33 of 116 PageID #: 1845
Case: 24-2066 Document: 30-1 Filed: 11/07/2024 Pages: 210

Case 18-07856-JMC-7 Doc 1 Filed 10/12/18 EOD 10/12/18 14:12:01 Pg 32 of 115

Debtor 1 **Craig Scott Dulworth**
Debtor 2 **Brianna Lashell Dulworth**

Case number (*if know*) _____

---

| 4.3 2 | | | |
|---|---|---|---|
| | **Creek Settlement Inpatient Svc** | Last 4 digits of account number | **Multiple Accounts** | **$142.00** |

Nonpriority Creditor's Name
**PO Box 37667**
**Philadelphia, PA 19101**

When was the debt incurred? **Multiple Dates**

Number Street City State Zip Code

As of the date you file, the claim is: Check all hat apply

Who incurred the debt? Check one.

☐ Con ingent
■ Debtor 1 only
☐ Unliquidated
☐ Debtor 2 only
☐ Disputed
☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
☐ Student loans
■ Check if this claim is for a  community debt
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes
■ Other. Specify **Medical Debt**

---

| 4.3 3 | | | |
|---|---|---|---|
| | **Cytology Pathology Services Inc** | Last 4 digits of account number | **LD12** | **$27.00** |

Nonpriority Creditor's Name
**5865 North Michigan Road**
**Indianapolis, IN 46228**

When was the debt incurred? **2018**

Number Street City State Zip Code

As of the date you file, the claim is: Check all hat apply

Who incurred the debt? Check one.

☐ Con ingent
☐ Debtor 1 only
☐ Unliquidated
■ Debtor 2 only
☐ Disputed
☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
☐ Student loans
■ Check if this claim is for a  community debt
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes
■ Other. Specify **Medical Debt**

---

| 4.3 4 | | | |
|---|---|---|---|
| | **Dept of Education/Nelnet** | Last 4 digits of account number | **Multiple Accounts** | **$70,667.00** |

Nonpriority Creditor's Name
**3015 Parker Rd., Ste. 400**
**Aurora, CO 80014**

When was the debt incurred? **Multiple Dates**

Number Street City State Zip Code

As of the date you file, the claim is: Check all hat apply

Who incurred the debt? Check one.

☐ Con ingent
☐ Debtor 1 only
☐ Unliquidated
■ Debtor 2 only
☐ Disputed
☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
■ Student loans
☐ Check if this claim is for a  community debt
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes
☐ Other. Specify **Student Loans**

---

App. 119

**CONFIDENTIAL**

Dulworth  000032

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 34 of 116 PageID #:
Case: 24-2066   Document: 30-1   1846   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 33 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                                   Case number (if known) _____

| 4.3 5 | **Deville Asset Management** | Last 4 digits of account number   87N1 | $1,097.00 |

Nonpriority Creditor's Name
**1132 Glade Road**
**Colleyville, TX 76034**
Number Street City State Zip Code

When was the debt incurred?   05/2016

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Account - Lincoln Tech**

| 4.3 6 | **Duke Energy Shared Services, Inc.** | Last 4 digits of account number | $408.26 |

Nonpriority Creditor's Name
**P.O. Box 960 EF367**
**Cincinnati, OH 45273**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility Bill**

| 4.3 7 | **Eagle Accounts Group, Inc.** | Last 4 digits of account number   **Multiple Accounts** | When was the debt incurred?   **Multiple Dates** | $234.00 |

Nonpriority Creditor's Name
**Attn: Correspondance Dept**
**P.O. Box 17400**
**Indianapolis, IN 46217**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Accounts- Major Multispecialty Associate**

---

App. 120
**CONFIDENTIAL**

Dulworth  000033

Case 1:22-cv-00469-JMS-MJD Document 194-1 Filed 11/17/23 Page 35 of 116 PageID #:
Case: 24-2066 Document: 30-1 1847 Filed: 11/07/2024 Pages: 210

Case 18-07856-JMC-7 Doc 1 Filed 10/12/18 EOD 10/12/18 14:12:01 Pg 34 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                        Case number *(if know)*

| 4.3 8 | **Eagle Accounts Group, Inc.** | Last 4 digits of account number | **Multiple Accounts** | **$32.00** |

Nonpriority Creditor's Name
**Attn: Correspondence Dept**
**P.O. Box 17400**
**Indianapolis, IN 46217**

When was the debt incurred?   **Multiple Dates**

Number Street City State Zip Code

As of the date you file, the claim is: Check all hat apply

**Who incurred the debt?** Check one.

- ☐ Con ingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Collection Account -Major Multispecialty**

---

| 4.3 9 | **Emergency Medical Group** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**1701 Senate Blvd.**
**Indianapolis, IN 46202**

When was the debt incurred?   **2007**

Number Street City State Zip Code

As of the date you file, the claim is: Check all hat apply

**Who incurred the debt?** Check one.

- ☐ Con ingent
- ☐ Unliquidated
- ☐ Disputed

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Medical Debt**

---

| 4.4 0 | **Enhanced Recovery Company, LLC** | Last 4 digits of account number | **7022** | **$229.00** |

Nonpriority Creditor's Name
**PO Box 23870**
**Jacksonville, FL 32241-3870**

When was the debt incurred?   **06/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all hat apply

**Who incurred the debt?** Check one.

- ☐ Con ingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Collection Account - CenturyLink**

---

App. 121

Dulworth  000034

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 36 of 116 PageID #:
Case: 24-2066      Document: 30-1    1848    Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 35 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                    Case number (if know)

| 4.4 1 | **First National Collection Bureau, Inc.** | Last 4 digits of account number **7759** | | $952.00 |

Nonpriority Creditor's Name
**610 Waltham Way**
**Sparks, NV 89434**
Number Street City State Zip Code

When was the debt incurred? **01/2016**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Account - Jefferson Capital - First Premier Bank**

---

| 4.4 2 | **First Premier** | Last 4 digits of account number **5446** | | $676.00 |

Nonpriority Creditor's Name
**3820 N. Louise Avenue**
**Sioux Falls, SD 57107-0145**
Number Street City State Zip Code

When was the debt incurred? **01/2011**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card / Credit Use**

---

| 4.4 3 | **Franciscan Alliance** | Last 4 digits of account number **Multiple Accounts** | | $8,730.00 |

Nonpriority Creditor's Name
**1515 W. Dragoon Trail**
**Mishawaka, IN 46544**
Number Street City State Zip Code

When was the debt incurred? **Multiple Dates**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Debt**

---

App. 122
**CONFIDENTIAL**

Dulworth  000035

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 37 of 116 PageID #:
1849
Case: 24-2066     Document: 30-1     Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18     EOD 10/12/18 14:12:01     Pg 36 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                                  Case number *(if known)* _____

| 4.4 4 | **GLA Collections** | Last 4 digits of account number | **0555** | $33.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2630 Gleeson Lane**
**Louisville, KY 40299**

When was the debt incurred?   **07/2011**

Number Street City State Zlp Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all hat apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Debt Collection: Radiology Associates of Indianapolis**

---

| 4.4 5 | **GLA Collections** | Last 4 digits of account number | **Multiple Accounts** | $588.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 991199**
**Louisville, KY 40269**

When was the debt incurred?   **Multiple Dates**

Number Street City State Zlp Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all hat apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Account - Radiology of Indiana, JWM Neurology**

---

| 4.4 6 | **Glen Lehman Endoscopy** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**550 University Blvd. #3400**
**Indianapolis, IN 46202**

When was the debt incurred?   _____

Number Street City State Zlp Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all hat apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purpose Only**

---

App. 123
**CONFIDENTIAL**

Dulworth  000036

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 38 of 116 PageID #: 1850
Case: 24-2066       Document: 30-1       Filed: 11/07/2024       Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 37 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                    Case number *(if know)*

| | | |
|---|---|---|
| 4.4 7 | **Greenway Trail Emerg Physicians** | Last 4 digits of account number **1650** | $204.00 |

Nonpriority Creditor's Name
**PO Box 37836**
**Philadelphia, PA 19101-7836**           When was the debt incurred? **02/2016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all hat apply

☐ Debtor 1 only
■ Debtor 2 only                               ☐ Con ingent
☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed
☐ **Check if this claim is for a  community   Type of NONPRIORITY unsecured claim:
   debt**                                     ☐ Student loans
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                             report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **Medical Debt**

---

| | | |
|---|---|---|
| 4.4 8 | **Harris & Harris, LTD** | Last 4 digits of account number **Multiple Accounts** | $417.00 |

Nonpriority Creditor's Name
**600 W. Jackson Blvd. Ste. 400**
**Chicago, IL 60661-5675**                    When was the debt incurred? **Multiple Dates**
Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all hat apply

■ Debtor 1 only
☐ Debtor 2 only                               ☐ Con ingent
☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed
■ **Check if this claim is for a  community   Type of NONPRIORITY unsecured claim:
   debt**                                     ☐ Student loans
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                             report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             **Collection Accounts - Glen Lehman**
☐ Yes                                        ■ Other. Specify  **Endoscopy, Indiana Clinic, Univ Med**
                                             **Diagnostic**

---

| | | |
|---|---|---|
| 4.4 9 | **Herbert M. Mann M.D.** | Last 4 digits of account number **0000** | $41.00 |

Nonpriority Creditor's Name
**3195 W. Fairview Road, Suite D**
**Greenwood, IN 46142**                       When was the debt incurred? **7/18**
Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all hat apply

☐ Debtor 1 only
■ Debtor 2 only                               ☐ Con ingent
☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed
■ **Check if this claim is for a  community   Type of NONPRIORITY unsecured claim:
   debt**                                     ☐ Student loans
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                             report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **Dental Bill**

---

App. 124
CONFIDENTIAL

Dulworth  000037

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 39 of 116 PageID #:
Case: 24-2066      Document: 30-1 1851   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 38 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                    Case number (if know)

---

| 4.5 0 | **HSBC Bank** | Last 4 digits of account number | $427.00 |

Nonpriority Creditor's Name

**PO Box 9**
**Buffalo, NY 14240-0009**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all hat apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Con ingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice Purpose Only**

---

| 4.5 1 | **IMC Credit Services** | Last 4 digits of account number   **Multiple Accounts** | $63.00 |

Nonpriority Creditor's Name

**P.O. Box 20636**
**Indianapolis, IN 46220**

Number Street City State Zip Code

When was the debt incurred?   **Multiple Dates**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all hat apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Con ingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Collection Account - Irvington Radiologists, Southeast Anesthesia Assoc.**

---

| 4.5 2 | **Indiana Emergency Solutions** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**PO Box 37879**
**Philadelphia, PA 19101**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all hat apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Con ingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice Purpose Only**

---

App. 125
**CONFIDENTIAL**

Dulworth  000038

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 40 of 116 PageID #:
Case: 24-2066     Document: 30-1     1852     Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18     EOD 10/12/18 14:12:01     Pg 39 of 115

Debtor 1     **Craig Scott Dulworth**
Debtor 2     **Brianna Lashell Dulworth**                                        Case number (*if know*) _____

| | | | |
|---|---|---|---|
| 4.5 3 | **Indianapolis Gastroenterolgy and Hepatol** | | **Multiple Accounts** |

**Indianapolis Gastroenterolgy and Hepatol**
Nonpriority Creditor's Name

**417 Bridge Street**
**Danville, VA 24541-1403**
Number Street City State Zip Code

Last 4 digits of account number _____     **Multiple Accounts**     $424.00

When was the debt incurred?     **Multiple Dates**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Medical Debt**

---

| | | |
|---|---|---|
| 4.5 4 | **Irvington Radiologists** | $0.00 |

**Irvington Radiologists**
Nonpriority Creditor's Name

**dba Radiology of Indiana**
**7340 Shadeland Station Suite 200**
**Indianapolis, IN 46256**
Number Street City State Zip Code

Last 4 digits of account number _____     $0.00

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Notice Purpose Only**

---

| | | | |
|---|---|---|---|
| 4.5 5 | **IU Health** | | **Multiple Accounts** |

**IU Health**
Nonpriority Creditor's Name

**Attn: Ms. Sanders- Bankruptcy Dept**
**250 N. Shadeland Ave.**
**Indianapolis, IN 46219**
Number Street City State Zip Code

Last 4 digits of account number _____     **Multiple Accounts**     $326.00

When was the debt incurred?     **Multiple Dates**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Medical Debt**

---

App. 126

**CONFIDENTIAL**

Dulworth  000039

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 41 of 116 PageID #:
Case: 24-2066      Document: 30-1 1853      Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 40 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                              Case number (if known) _____

| 4.5 6 | **J.P. Recovery Services, Inc.** | Last 4 digits of account number | **3686** | **$1,216.00** |

Nonpriority Creditor's Name
**PO Box 16749**
**Rocky River, OH 44116**                    When was the debt incurred?    **07/2014**
Number Street City State Zip Code

Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all hat apply

- ☒ Debtor 1 only                                 ☐ Con ingent
- ☐ Debtor 2 only                                 ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
- ☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a  community**    ☐ Student loans
  **debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
- ☒ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                           ☒ Other. Specify   **Collection Account - CCH Main**
                                                                     **Campus/Cleveland Clinic**

| 4.5 7 | **JC Christensen & Associates, Inc.** | Last 4 digits of account number | **8622** | **$1,314.45** |

Nonpriority Creditor's Name
**PO Box 1952**
**Southgate, MI 48195**                       When was the debt incurred?    **02/2015**
Number Street City State Zip Code

Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all hat apply

- ☐ Debtor 1 only                                 ☐ Con ingent
- ☒ Debtor 2 only                                 ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
- ☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a  community**    ☐ Student loans
  **debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
- ☒ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                           ☒ Other. Specify   **Collection Account - LVNV Funding - Credit**
                                                                     **One Bank, N.A.**

| 4.5 8 | **Jefferson Capital System** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**16 McLeland Rd**
**Saint Cloud, MN 56303**                     When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all hat apply

- ☐ Debtor 1 only                                 ☐ Con ingent
- ☐ Debtor 2 only                                 ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
- ☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a  community**    ☐ Student loans
  **debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
- ☒ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                           ☒ Other. Specify   **Notice Purpose Only**

App. 127
**CONFIDENTIAL**

Dulworth  000040

Case 1:22-cv-00469-JMS-MJD Document 194-1 Filed 11/17/23 Page 42 of 116 PageID #: 1854
Case: 24-2066 Document: 30-1 Filed: 11/07/2024 Pages: 210

Case 18-07856-JMC-7 Doc 1 Filed 10/12/18 EOD 10/12/18 14:12:01 Pg 41 of 115

Debtor 1 **Craig Scott Dulworth**
Debtor 2 **Brianna Lashell Dulworth**

Case number *(if know)*

---

| 4.59 | **Johnson Circuit & Superior Courts** | Last 4 digits of account number | **0120** | $0.00 |

Nonpriority Creditor's Name
**Johnson County Courthouse 3rd Floor**
**Franklin, IN 46131**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Purpose Only**

---

| 4.60 | **Johnson Memorial Hospital** | Last 4 digits of account number | **4165** | $2,626.00 |

Nonpriority Creditor's Name
**1125 W. Jefferson Street**
**P.O. Box 669**
**Franklin, IN 46131**
Number Street City State Zip Code

When was the debt incurred? **03/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Debt**

---

| 4.61 | **Johnson Memorial Hospital** | Last 4 digits of account number | | $564.00 |

Nonpriority Creditor's Name
**1125 W. Jefferson Street**
**P.O. Box 669**
**Franklin, IN 46131**
Number Street City State Zip Code

When was the debt incurred? **04/2018**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Debt**

---

App. 128
**CONFIDENTIAL**

Dulworth 000041

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 43 of 116 PageID #:
Case: 24-2066      Document: 30-1  1855   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 42 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**

Case number (if know)

| 4.6 2 | | | |

**JWM Neurology**
Nonpriority Creditor's Name

**PO Box 2152**
**Indianapolis, IN 46206-2152**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number **Multiple Accounts**          **Unknown**

When was the debt incurred?   **Multiple Dates**

As of the date you file, the claim is: Check all hat apply

☐ Con ingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Medical Debt**

---

| 4.6 3 | | | |

**Key 2 Recovery**
Nonpriority Creditor's Name

**8894 Beckett Road**
**West Chester, OH 45069**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number **8492**          **$1,098.00**

When was the debt incurred?   **9/17**

As of the date you file, the claim is: Check all hat apply

☐ Con ingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Collection Account - Lincoln Tech**

---

| 4.6 4 | | | |

**Lincoln Technical Institute**
Nonpriority Creditor's Name

**502 W. Germantown Pike, Suite 540**
**Plymouth Meeting, PA 19462**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number           **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all hat apply

☐ Con ingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☑ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify

**Notice Purpost Only**

---

App. 129

Dulworth  000042

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 44 of 116 PageID #: 1856
Case: 24-2066      Document: 30-1      Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7      Doc 1      Filed 10/12/18      EOD 10/12/18 14:12:01      Pg 43 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                                                    Case number (if know) _____

| | | |
|---|---|---|
| 4.6 5 | **LVNV Funding, LLC** | Last 4 digits of account number   8824    $716.21 |

**LVNV Funding, LLC**
Nonpriority Creditor's Name
**625 Pilot Rd. Suite 3**
**Las Vegas, NV 89119**
Number Street City State Zip Code

Last 4 digits of account number   8824 _____      $716.21

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all  hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purpose Only**

---

| | |
|---|---|
| 4.6 6 | **Lynch & Belch Atty** |

**Lynch & Belch Atty**
Nonpriority Creditor's Name
**7210 Madison Avenue**
**Indianapolis, IN 46227**
Number Street City State Zip Code

Last 4 digits of account number _____      Unknown

When was the debt incurred?   **2009**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all  hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorney Fees**

---

| | |
|---|---|
| 4.6 7 | **Major Health Partners** |

**Major Health Partners**
Nonpriority Creditor's Name
**30 W. Rampart Street, St. 200**
**Shelbyville, IN 46176**
Number Street City State Zip Code

Last 4 digits of account number   **Multiple Accounts**      $880.00

When was the debt incurred?   **Multiple Dates**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all  hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Debt**

---

App. 130
CONFIDENTIAL

Dulworth  000043

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 45 of 116 PageID #:
Case: 24-2066     Document: 30-1 1857   Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18     EOD 10/12/18 14:12:01     Pg 44 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                    Case number (if know) _____

| 4.6 8 | **Major Health Partners** | **Multiple Accounts** | $33.00 |

**Major Health Partners**
Nonpriority Creditor's Name
**30 W. Rampart Street, St. 200**
**Shelbyville, IN 46176**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **Multiple Accounts**

When was the debt incurred? **Multiple Dates**

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical Debt**

---

| 4.6 9 | **Major Hospital** | **7616** | Unknown |

**Major Hospital**
Nonpriority Creditor's Name
**PO Box 379**
**Greensburg, IN 47240-0379**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **7616**

When was the debt incurred? **07/2016**

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical Debt**

---

| 4.7 0 | **Major Hospital** | **Multiple Accounts** | Unknown |

**Major Hospital**
Nonpriority Creditor's Name
**1626 E. State Road 44, STE B**
**Shelbyville, IN 46176**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **Multiple Accounts**

When was the debt incurred? **Multiple Dates**

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical Debt**

---

App. 131
**CONFIDENTIAL**                    Dulworth  000044

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 46 of 116 PageID #:
Case: 24-2066     Document: 30-1  1858    Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18     EOD 10/12/18 14:12:01     Pg 45 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                                      Case number (if know) _____

| 4.7 1 | **Major MultiSpecialty Assoc.** | | Last 4 digits of account number | | $0.00 |

**Major MultiSpecialty Assoc.**
Nonpriority Creditor's Name
**2451 Intelliplex Drive**
**Suite 260**
**Shelbyville, IN 46176**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all  hat apply
☐ Con ingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purpose Only**

---

| 4.7 2 | **Med 1 Solutions** | | Last 4 digits of account number | **2461** | $593.00 |

**Med 1 Solutions**
Nonpriority Creditor's Name
**517 US Hwy 31 N.**
**Greenwood, IN 46142**
Number Street City State Zip Code

**When was the debt incurred?** **01/2015**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all  hat apply
☐ Con ingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Account - Community Health Network**

---

| 4.7 3 | **Med 1 Solutions** | | Last 4 digits of account number | **Multiple Accounts** | $177.00 |

**Med 1 Solutions**
Nonpriority Creditor's Name
**517 US Hwy 31 N.**
**Greenwood, IN 46142**
Number Street City State Zip Code

**When was the debt incurred?** **Multiple Dates**

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all  hat apply
☐ Con ingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Account - Community Hospital South**

---

App. 132
**CONFIDENTIAL**

Dulworth  000045

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 47 of 116 PageID #:
Case: 24-2066        Document: 30-1 1859   Filed: 11/07/2024        Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 46 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                                    Case number (if know) _____

| 4.7 4 | **Medical Associates, LLP** | Last 4 digits of account number _____ | **Unknown** |

**Medical Associates, LLP**
Nonpriority Creditor's Name
**1500 N Ritter Avenue**
**Indianapolis, IN 46219**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all hat apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Medical Debt**

---

| 4.7 5 | **Medical Business Bureau** | Last 4 digits of account number   **Multiple Accounts** | **$618.00** |

**Medical Business Bureau**
Nonpriority Creditor's Name
**PO Box 1219**
**Park Ridge, IL 60068-7219**
Number Street City State Zip Code

When was the debt incurred?   **Multiple Dates**

As of the date you file, the claim is: Check all hat apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Collection Account: X-Ray Physicians of Shelbyville**

---

| 4.7 6 | **Meyer & NJUS, P.A** | Last 4 digits of account number   **0215** | **$551.00** |

**Meyer & NJUS, P.A**
Nonpriority Creditor's Name
**1100 US Bank Plaza**
**Minneapolis, MN 55402**
Number Street City State Zip Code

When was the debt incurred?   **06/2016**

As of the date you file, the claim is: Check all hat apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Collection Account - Syncb/Walmart**

---

App. 133

**CONFIDENTIAL**

Dulworth  000046

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 48 of 116 PageID #:
Case: 24-2066      Document: 30-1   1860   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 47 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                                    Case number (if known) _____

| 4.7 7 | **MiraMed Revenue Group, LLC** | Last 4 digits of account number | **Multiple Accounts** | **$5,305.00** |

Nonpriority Creditor's Name
**Attn: Bankrutpcy Dept.**
**991 Oak Creek Drive**
**Lombard, IL 60148**

When was the debt incurred?   **Multiple Dates**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all hat apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Collection Account - Franciscan Alliance**

---

| 4.7 8 | **MiraMed Revenue Group, LLC** | Last 4 digits of account number | **Multiple Accounts** | **$1,074.00** |

Nonpriority Creditor's Name
**Attn: Bankrutpcy Dept.**
**991 Oak Creek Drive**
**Lombard, IL 60148**

When was the debt incurred?   **Multiple Dates**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all hat apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Collection Account - St. Francis Hospital & Health, Franciscan Alliance**

---

| 4.7 9 | **NCO Portfolio Management** | Last 4 digits of account number | **3111** | **$1,119.80** |

Nonpriority Creditor's Name
**c/o Becket and Lee LLP**
**POB 3001**
**Malvern, PA 19355**

When was the debt incurred?   **2007**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all hat apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Collection Account - AT&T**

---

App. 134

**Dulworth  000047**

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 49 of 116 PageID #: 1861
Case: 24-2066      Document: 30-1      Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 48 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                                    Case number (if know)  _____

| 4.8 0 | **Obstetrics & Gynecology of Ind** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**11595 N.Meridian Street**
**Suite 375**
**Carmel, IN 46032**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all  hat apply**

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purpose Only**

---

| 4.8 1 | **Otolaryngology Assoc** | Last 4 digits of account number | **9575** | $19.00 |

Nonpriority Creditor's Name
**PO Box 6143**
**Indianapolis, IN 46206-6143**
Number Street City State Zip Code

When was the debt incurred?   **2018**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is: Check all  hat apply**

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Debt**

---

| 4.8 2 | **PathGroup** | Last 4 digits of account number | **6401** | $39.00 |

Nonpriority Creditor's Name
**5301 Virginia Way, Suite 300**
**Brentwood, TN 37027**
Number Street City State Zip Code

When was the debt incurred?   **07/25/2017**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all  hat apply**

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Debt**

---

App. 135

**CONFIDENTIAL**

Dulworth  000048

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 50 of 116 PageID #: 1862
Case: 24-2066     Document: 30-1     Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18     EOD 10/12/18 14:12:01     Pg 49 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                                    Case number (if know) _____

| 4.8 3 | **Pendrick Capital Partners** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**625 US-1**
**Key West, FL 33040**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purpose Only**

---

| 4.8 4 | **Petros Culligan** | Last 4 digits of account number **Unknown** | **$77.00** |

Nonpriority Creditor's Name
**PO Box 276**
**Franklin, IN 46131**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? **Unknown**

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services Rendered - Collection Account w/TekCollect**

---

| 4.8 5 | **Phoenix Financial Services, LLC** | Last 4 digits of account number **9076** | **$29.00** |

Nonpriority Creditor's Name
**8902 Otis Ave**
**Indianapolis, IN 46216**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? **05/04/2017**

As of the date you file, the claim is: Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Account - Indiana Emergency Solutions**

---

App. 136
**CONFIDENTIAL**

Dulworth  000049

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 51 of 116 PageID #:
Case: 24-2066      Document: 30-1  1863    Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 50 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                    Case number (*if know*) _____

| 4.8 6 | **PMB/Emergency Phys. of Indianapolis** | Last 4 digits of account number | **8080** | $1,955.00 |

Nonpriority Creditor's Name
**7619 West Jefferson Blvd**
**Fort Wayne, IN 46804**
Number Street City State Zip Code

When was the debt incurred?   **10/2015**

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all  hat apply
☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Debt**

---

| 4.8 7 | **PRA Receivables Management, LLC** | Last 4 digits of account number | **7706** | $556.83 |

Nonpriority Creditor's Name
**P.O. Box 12907**
**Norfolk, VA 23541**
Number Street City State Zip Code

When was the debt incurred?   **2005**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all  hat apply
☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Account - HSBC**

---

| 4.8 8 | **Radiology Assoc of Indianapolis** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**8111 S. Emerson Avenue**
**Indianapolis, IN 46237**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all  hat apply
☐ Con ingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Purpose Only**

---

App. 137
**CONFIDENTIAL**

Dulworth  000050

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 52 of 116 PageID #:
Case: 24-2066      Document: 30-1   1864   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 51 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                          Case number (if know) _____

| | | |
|---|---|---|
| 4.89 | **Radiology of Indiana** | Last 4 digits of account number **9352** | **$9.47** |

Nonpriority Creditor's Name
**7340 Shadeland Station
Suite 200
Indianapolis, IN 46256-3890**
Number Street City State Zip Code

When was the debt incurred?   **05/2016**

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply
☐ Con ingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Debt**

---

| | | |
|---|---|---|
| 4.90 | **Radiology of Indiana** | Last 4 digits of account number **Multiple Accounts** | **$83.00** |

Nonpriority Creditor's Name
**7340 Shadeland Station
Suite 200
Indianapolis, IN 46256-3890**
Number Street City State Zip Code

When was the debt incurred?   **Multiple Dates**

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply
☐ Con ingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Debt**

---

| | | |
|---|---|---|
| 4.91 | **Receivables Management Partners** | Last 4 digits of account number **3020** | **$112.00** |

Nonpriority Creditor's Name
**1312 W. Westridge Blvd
Greensburg, IN 47240**
Number Street City State Zip Code

When was the debt incurred?   **04/2018**

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all hat apply
☐ Con ingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Account - Johnson Memorial Hospital**

---

Case 1:22-cv-00469-JMS-MJD    Document 194-1    Filed 11/17/23    Page 53 of 116 PageID #:
Case: 24-2066        Document: 30-1    1865        Filed: 11/07/2024        Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 52 of 115

Debtor 1    **Craig Scott Dulworth**
Debtor 2    **Brianna Lashell Dulworth**                    Case number (if know) _____

| 4.9 2 | **RMS - Recovery Management** | Last 4 digits of account number **0679** | | **$888.85** |

Nonpriority Creditor's Name
**1250 E. Diehl Rd., Ste. 300**
**Naperville, IL 60563**            When was the debt incurred?    **12/2015**
Number Street City State Zip Code
Who incurred the debt? Check one.            As of the date you file, the claim is: Check all hat apply

■ Debtor 1 only                    ☐ Con ingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community        ☐ Student loans
debt                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                        ■ Other. Specify    **Collection Account - Erie Insurance
                            Exchange**

---

| 4.9 3 | **Southeast Anesthesia Assoc.** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**8111 S. Emerson Ave**
**Indianapolis, IN 46237**            When was the debt incurred?    _____
Number Street City State Zip Code
Who incurred the debt? Check one.            As of the date you file, the claim is: Check all hat apply

■ Debtor 1 only                    ☐ Con ingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community        ☐ Student loans
debt                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                        ■ Other. Specify    **Notice Purpose Only**

---

| 4.9 4 | **St. Francis Hospital & Health Centers** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**2434 Interstate Plaza Drive, Suite 2**
**Hammond, IN 46234**            When was the debt incurred?    _____
Number Street City State Zip Code
Who incurred the debt? Check one.            As of the date you file, the claim is: Check all hat apply

■ Debtor 1 only                    ☐ Con ingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community        ☐ Student loans
debt                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                        ■ Other. Specify    **Notice Purpose Only**

---

App. 139
**CONFIDENTIAL**

Dulworth  000052

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 54 of 116 PageID #:
Case: 24-2066   Document: 30-1   1866   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 53 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**

Case number (if know) _____

| | | | | |
|---|---|---|---|---|

**4.9 5**

**Tek Collect**

Nonpriority Creditor's Name
**PO Box 1269**
**Columbus, OH 43216**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Purpose Only**

---

**4.9 6**

**Transworld Sys Inc/09**

Nonpriority Creditor's Name
**PO Box 15270**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Purpose Only**

---

**4.9 7**

**Transworld Sys Inc/09**

Nonpriority Creditor's Name
**PO Box 15270**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **Multiple Accounts**          **$402.00**

When was the debt incurred?   **Multiple Dates**

**As of the date you file, the claim is:** Check all hat apply

☐ Con ingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Account - Obstetrics & Gynecology, Other Original Creditor Unknown**

---

App. 140
**CONFIDENTIAL**

Dulworth  000053

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 55 of 116 PageID #: 1867
Case: 24-2066      Document: 30-1      Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18     EOD 10/12/18 14:12:01     Pg 54 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                       Case number *(if know)*

| 4.98 | **Urology of Indiana , LLC** | Last 4 digits of account number | **Multiple Accounts** | **$140.00** |

Nonpriority Creditor's Name
**PO Box 6069 Dept 14**
**Indianapolis, IN 46206**                When was the debt incurred?        **Multiple Dates**
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all hat apply

☐ Debtor 1 only                            ☐ Con ingent
■ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community  debt**   ☐ Student loans
**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify  **Medical Debt**

---

| 4.99 | **Vectren** | Last 4 digits of account number | | **$497.24** |

Nonpriority Creditor's Name
**PO Box 209**
**Evansville, IN 47702-0209**              When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all hat apply

☐ Debtor 1 only                            ☐ Con ingent
☐ Debtor 2 only                            ☐ Unliquidated
■ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community  debt**   ☐ Student loans
**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify  **Utility Bill**

---

| 4.100 | **XRay Physicians of Shelbyville** | Last 4 digits of account number | **Multiple Accounts** | **$883.00** |

Nonpriority Creditor's Name
**PO Box 58**
**Lima, OH 45802**                         When was the debt incurred?        **Multiple Dates**
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all hat apply

■ Debtor 1 only                            ☐ Con ingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community  debt**   ☐ Student loans
**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify  **Medical Debt**

---

**Part 3:**  List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims              Page 34 of 44

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 56 of 116 PageID #:
Case: 24-2066      Document: 30-1  1868   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 55 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                    Case number (if known) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ameripath**<br>**PO Box 629033**<br>**El Dorado Hills, CA 95762** | Line **4.4** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Ameripath**<br>**PO Box 830913**<br>**Birmingham, AL 35283-0913** | Line **4.96** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Ameripath Indianapolis**<br>**PO Box 740975**<br>**Cincinnati, OH 45274-0975** | Line **4.4** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **AmeriPath Indianapolis**<br>**PO Box 105112**<br>**Atlanta, GA 30348** | Line **4.96** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Ameripath Indianapolis**<br>**13179 Collection Center Drive**<br>**Chicago, IL 60693** | Line **4.96** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Ameripath Indianapolis**<br>**PO Box 740975**<br>**Cincinnati, OH 45274-0975** | Line **4.96** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **AT & T Mobility**<br>**P.O. Box 6416**<br>**Carol Stream, IL 60197-6416** | Line **4.79** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Bay Area Credit Service**<br>**PO Box 467600**<br>**Atlanta, GA 31146** | Line **4.9** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Blitt & Gaines**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | Line **4.15** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number    **0613** |
| **Brian L. Nehrig**<br>**11703 Maple Street**<br>**Fishers, IN 46038** | Line **4.22** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Capital One**<br>**Bankruptcy Dept**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | Line **4.12** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Capital One** | Line **4.13** of (Check one): |

App. 142

**CONFIDENTIAL**

Dulworth  000055

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 57 of 116 PageID #:
Case: 24-2066     Document: 30-1   1869   Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18     EOD 10/12/18 14:12:01     Pg 56 of 115

| Debtor 1 | Craig Scott Dulworth | |
|---|---|---|
| Debtor 2 | Brianna Lashell Dulworth | Case number *(if know)* |

**Bankruptcy Dept**
PO Box 30285
Salt Lake City, UT 84130-0285

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CCH Main Campus**
2049 E. 100th Street
Cleveland, OH 44195

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.56** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Century Link**
PO Box 2961
Phoenix, AZ 85062-2961

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CenturyLink**
100 CenturyLink Dr.
Monroe, LA 71201

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citifinancial**
c/o Brian L. Nehrigh
11703 Maple St.
Fishers, IN 46038

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Comcast**
Attn: Bankruptcy Dept.
41112 Concept Drive
Plymouth, MI 48170

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Comcast**
Attn: Bankruptcy Dept.
41112 Concept Drive
Plymouth, MI 48170

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Community Health Network**
7163 Solution Center
Chicago, IL 60677

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.72** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Community Health Network**
PO Box 19202
Indianapolis, IN 46219

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.72** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Community Health Network**
PO Box 20830
Indianapolis, IN 46220

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Community Health Network**
PO Box 20830
Indianapolis, IN 46220

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 58 of 116 PageID #:
Case: 24-2066      Document: 30-1  1870    Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18     EOD 10/12/18 14:12:01     Pg 57 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**

Case number (if know) _____

| | |
|---|---|
| **Community Hospital South**<br>Po Box 19202<br>Indianapolis, IN 46219 | Line **4.73** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

Name and Address
**Convergent Outsourcing Inc**
PO Box 9004
800 SW 39th St.
Renton, WA 98057

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Convergent Outsourcing Inc**
PO Box 9004
800 SW 39th St.
Renton, WA 98057

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Credit Management, LP**
4200 International Parkway
Carrollton, TX 75007-1906

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Credit One Bank**
PO Box 98872
Las Vegas, NV 89193-8873

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Creek Settlement Inpatient Svc**
PO Box 37667
Philadelphia, PA 19101

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Erie Insurance**
100 Erie Insurance Place
Erie, PA 16530

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.92** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**First Premier Bank**
P.O. Box 5524
Sioux Falls, SD 57117-5524

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.42** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**First Premier Bank**
3820 N Louise Ave
Sioux Falls, SD 57107

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Franciscan Alliance**
1515 W. Dragoon Trail
Mishawaka, IN 46544

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.77** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Franciscan Alliance**
1515 W. Dragoon Trail
Mishawaka, IN 46544

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.78** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**GLA Collections**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.44** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 59 of 116 PageID #:
Case: 24-2066       Document: 30-1 1871       Filed: 11/07/2024       Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 58 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**

Case number (if know)

**PO Box 991199**
**Louisville, KY 40269**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Glen Lehman Endoscopy** | Line **4.48** of (Check one): |
| **550 University Blvd. #3400** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Indianapolis, IN 46202** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **HILCO Receivables** | Line **4.13** of (Check one): |
| **5 Revere Dr.** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Northbrook, IL 60062** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **HSBC Bank Nevada** | Line **4.17** of (Check one): |
| **PO Box 30252** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Salt Lake City, UT 84130** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **HSBC Card Services** | Line **4.87** of (Check one): |
| **P.O. Box 5222** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Carol Stream, IL 60197-5222** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Indiana Clinic** | Line **4.48** of (Check one): |
| **250 N. Shadeland** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Indianapolis, IN 46219** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Indiana Clinic-Neurology LLC** | Line **4.48** of (Check one): |
| **550 University Blvd #UH1710** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Indianapolis, IN 46202** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Indiana Emergency Solutions** | Line **4.8** of (Check one): |
| **PO Box 37879** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Philadelphia, PA 19101** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Indiana Emergency Solutions** | Line **4.85** of (Check one): |
| **PO Box 37879** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Philadelphia, PA 19101** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Indiana Emergency Solutions** | Line **4.9** of (Check one): |
| **PO Box 37879** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Philadelphia, PA 19101** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Irvington Radiologists** | Line **4.51** of (Check one): |
| **dba Radiology of Indiana** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **7340 Shadeland Station Suite 200** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Indianapolis, IN 46256** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Irvington Radiologists - Dept. 108** | Line **4.51** of (Check one): |
| **7340 Shadeland Station Suite 200** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Indianapolis, IN 46256** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

App. 145
**CONFIDENTIAL**

Dulworth  000058

Case 1:22-cv-00469-JMS-MJD  Document 194-1  Filed 11/17/23  Page 60 of 116 PageID #:
Case: 24-2066    Document: 30-1  1872   Filed: 11/07/2024    Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 59 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                    Case number *(if know)*

| | |
|---|---|
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **JC Christensen and Associates Inc**<br>**PO Box 519**<br>**Sauk Rapids, MN 56379** | Line **4.57** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jefferson Capital Systems**<br>**16 McLeland Road**<br>**Saint Cloud, MN 56303** | Line **4.41** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Johnson Circuit & Superior Courts**<br>**Johnson County Courthouse 3rd Floor**<br>**Franklin, IN 46131** | Line **4.22** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **0120** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Johnson County Superior Court 1**<br>**Five East Jefferson Street**<br>**Franklin, IN 46131** | Line **4.14** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **1031** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Johnson Memorial Hospital**<br>**1125 W. Jefferson Street**<br>**P.O. Box 669**<br>**Franklin, IN 46131** | Line **4.3** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Johnson Memorial Hospital**<br>**1125 W. Jefferson Street**<br>**P.O. Box 669**<br>**Franklin, IN 46131** | Line **4.2** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Johnson Memorial Hospital**<br>**1125 W. Jefferson Street**<br>**P.O. Box 669**<br>**Franklin, IN 46131** | Line **4.91** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Johnson Superior Court 1**<br>**Main Courthouse - 3rd Floor**<br>**5 E. Jefferson St**<br>**Franklin, IN 46131** | Line **4.15** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **0613** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **JWM Neurology**<br>**PO Box 2152**<br>**Indianapolis, IN 46206-2152** | Line **4.45** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **JWM Neurology, P.C.**<br>**1400 North Ritter Avenue Ste. 120**<br>**Indianapolis, IN 46219** | Line **4.45** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|

App. 146

**CONFIDENTIAL**

Dulworth  000059

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 61 of 116 PageID #:
Case: 24-2066     Document: 30-1 1873     Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18     EOD 10/12/18 14:12:01     Pg 60 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**

Case number (*if know*) _____

| | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Lincoln Technical**<br>**1201 Stadium Drive**<br>**Indianapolis, IN 46202** | Line **4.35** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |
| Name and Address<br>**Lincoln Technical**<br>**1201 Stadium Drive**<br>**Indianapolis, IN 46202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.63** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |
| Name and Address<br>**Lincoln Technical Institute**<br>**502 W. Germantown Pike, Suite 540**<br>**Plymouth Meeting, PA 19462** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |
| Name and Address<br>**Lincoln Technical Institute**<br>**1 Plymouth Meeting Mall Inc.**<br>**Plymouth Meeting, PA 19462** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.63** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |
| Name and Address<br>**Lincoln Technical Institute**<br>**502 W. Germantown Pike, Suite 540**<br>**Plymouth Meeting, PA 19462** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.63** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |
| Name and Address<br>**LTI Receivable Division**<br>**502 W. Germantown Pk. Suite 540**<br>**Plymouth Meeting, PA 19462** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.64** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |
| Name and Address<br>**LVNV Funding**<br>**c/o Resurgent Capital Services**<br>**PO Box 10497**<br>**Greenville, SC 29603** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.57** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |
| Name and Address<br>**LVNV Funding, LLC**<br>**625 Pilot Rd. Suite 3**<br>**Las Vegas, NV 89119** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.57** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |
| Name and Address<br>**Major Hospital**<br>**1626 E. SR 44, Suite B**<br>**Shelbyville, IN 46176** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |
| Name and Address<br>**Major MultiSpecialty Assoc.**<br>**2451 Intelliplex Drive**<br>**Suite 260**<br>**Shelbyville, IN 46176** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |
| Name and Address<br>**Major MultiSpecialty Assoc.**<br>**2451 Intelliplex Drive**<br>**Suite 260**<br>**Shelbyville, IN 46176** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |

App. 147

**CONFIDENTIAL**

Dulworth  000060

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 62 of 116 PageID #:
Case: 24-2066      Document: 30-1 1874   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 61 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**

Case number (if know) _____

| | |
|---|---|
| **MHC Receivables**<br>c/o The Corp. Trust Co. of NV<br>311 S. Division Street<br>Carson City, NV 89703 | Line **4.65** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**MiraMed Revenue Group, LLC**<br>Dept. 77304<br>PO Box 77000<br>Detroit, MI 48277-0304 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.77** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**MiraMed Revenue Group, LLC**<br>360 E. 22nd St.<br>Lombard, IL 60148 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.78** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**National Capital Manageent, LLC**<br>P.O. Box 12786<br>Norfolk, VA 23541 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Obstetrics & Gynecology of Ind**<br>11595 N.Meridian Street<br>Suite 375<br>Carmel, IN 46032 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.97** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**PathGroup**<br>PO Box 530310<br>Atlanta, GA 30353 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.82** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Petros Culligan of Johnson Co**<br>900 Arvin Road, Ste G<br>Franklin, IN 46131-1493 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.95** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Radiology Assoc of Indianapolis**<br>8111 S. Emerson Avenue<br>Indianapolis, IN 46237 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Radiology Assoc of Indianapolis**<br>8111 S. Emerson Avenue<br>Indianapolis, IN 46237 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Radiology Assoc of Indianapolis**<br>8111 S. Emerson Avenue<br>Indianapolis, IN 46237 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Radiology Associates of Indianapolis**<br>1402 E County Line Rd.<br>Indianapolis, IN 46227 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 63 of 116 PageID #:
Case: 24-2066      Document: 30-1   1875   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 62 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**                                         Case number (if known) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Radiology Associates of Indianapolis**<br>**1500 Albany St. Suite 906**<br>**Beech Grove, IN 46107-1557** | Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Radiology Associates of Indianapolis**<br>**1500 Albany St. Suite 906**<br>**Beech Grove, IN 46107-1557** | Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Radiology Associates of Indianapolis**<br>**533 E. County Line Rd.**<br>**Suite 210**<br>**Greenwood, IN 46143** | Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Radiology Associates of Indianapolis**<br>**533 E. County Line Rd.**<br>**Suite 210**<br>**Greenwood, IN 46143** | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Radiology of Indiana**<br>**7340 Shadeland Station**<br>**Suite 200**<br>**Indianapolis, IN 46256-3890** | Line **4.45** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Radiology of Indiana**<br>**7340 Shadeland Station Ste. 200**<br>**Indianapolis, IN 46256** | Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Radiology of Indiana**<br>**7340 Shadeland Station**<br>**Suite 200**<br>**Indianapolis, IN 46256-3890** | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Resurgent Capital Services**<br>**P.O. Box 10465**<br>**Greenville, SC 29603-0368** | Line **4.65** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Southeast Anesthesia Assoc.**<br>**8111 S. Emerson Ave**<br>**Indianapolis, IN 46237** | Line **4.51** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Southeast Anesthesiologists, PC**<br>**P.O. Box 6069 Dept 107**<br>**Indianapolis, IN 46206-6069** | Line **4.51** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

App. 149

CONFIDENTIAL

Dulworth  000062

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 64 of 116 PageID #:
Case: 24-2066      Document: 30-1   1876   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 63 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**

Case number (if known) _____

| | | |
|---|---|---|
| **St. Francis Hospital & Health Centers**<br>2434 Interstate Plaza Drive, Suite 2<br>Hammond, IN 46234 | Line **4.78** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |

| | | |
|---|---|---|
| Name and Address<br>**SYNCB/Walmart**<br>PO Box 965024<br>Orlando, FL 32896-5024 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.76** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |

| | | |
|---|---|---|
| Name and Address<br>**Tek Collect**<br>PO Box 1269<br>Columbus, OH 43216 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.84** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |

| | | |
|---|---|---|
| Name and Address<br>**Transword System**<br>PO Box 15273<br>Wilmington, DE 19850 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.97** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |

| | | |
|---|---|---|
| Name and Address<br>**Transworld System, Inc**<br>2135 E Primrose Ste Q<br>Springfield, MO 65804 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.97** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |

| | | |
|---|---|---|
| Name and Address<br>**University Medical Diag. Assoc**<br>PO Box 44994<br>Indianapolis, IN 46244-0994 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.48** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |

| | | |
|---|---|---|
| Name and Address<br>**XRay Physicians of Shelbyville**<br>PO Box 58<br>Lima, OH 45802 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.75** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | | |

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 70,667.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 49,487.26 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 120,154.26 |

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 65 of 116 PageID #:
Case: 24-2066     Document: 30-1 1877   Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 64 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                    Case number (*if know*)

Dulworth  000064

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 66 of 116 PageID #:
Case: 24-2066      Document: 30-1 1878   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18   EOD 10/12/18 14:12:01    Pg 65 of 115

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Craig Scott Dulworth**<br>First Name          Middle Name          Last Name |
| Debtor 2<br>(Spouse if, filing) | **Brianna Lashell Dulworth**<br>First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number<br>(if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br>Name<br><br>Number     Street<br><br>City          State     ZIP Code | |
| **2.2** <br>Name<br><br>Number     Street<br><br>City          State     ZIP Code | |
| **2.3** <br>Name<br><br>Number     Street<br><br>City          State     ZIP Code | |
| **2.4** <br>Name<br><br>Number     Street<br><br>City          State     ZIP Code | |
| **2.5** <br>Name<br><br>Number     Street<br><br>City          State     ZIP Code | |

App. 152
CONFIDENTIAL

Dulworth  000065

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 67 of 116 PageID #:
Case: 24-2066     Document: 30-1 1879   Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 66 of 115

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Craig Scott Dulworth** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Brianna Lashell Dulworth** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor<br>Name, Number, Street, City, State and Z P Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number       Street<br>City              State                    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number       Street<br>City              State                    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

App. 153

CONFIDENTIAL

Dulworth  000066

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Craig Scott Dulworth** |
|---|---|
| Debtor 2 <br> (Spouse, if filing) | **Brianna Lashell Dulworth** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number <br> (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed <br> ■ Not employed | ☐ Employed <br> ☐ Not employed |
| Occupation | **Social Security** | **Serv. Specialist** |
| Employer's name | | **AccessAbilities, Inc** |
| Employer's address | | **5351 E. Thompson Road Indianapolis, IN 46237** |
| How long employed there? | | **1.5 years** |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 3,250.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 3,250.00 |

App. 154

Dulworth  000067

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 69 of 116 PageID #:
Case: 24-2066     Document: 30-1   1881   Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 68 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**

Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here | 4. $ 0.00 | $ 3,250.00 |
| 5. | **List all payroll deductions:** | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. $ 0.00 | $ 574.01 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. $ 0.00 | $ 274.45 |
| 5f. | **Domestic support obligations** | 5f. $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ 0.00 | $ 848.46 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ 0.00 | $ 2,401.54 |
| 8. | **List all other income regularly received:** | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. $ 1,690.20 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ 1,690.20 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ 1,690.20 + $ 2,401.54 | = $ 4,091.74 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12. $ 4,091.74

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

**Schedule I: Your Income**   page 2

App. 155

CONFIDENTIAL

Dulworth  000068

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Craig Scott Dulworth** |
| Debtor 2 (Spouse, if filing) | **Brianna Lashell Dulworth** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes.  Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,100.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 35.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

App. 156

CONFIDENTIAL

Dulworth  000069

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**                                    Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **300.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **0.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **0.00** |
| | 6d. Other. Specify: **cell phone** | 6d. $ | **220.00** |
| | **cable/satellite/internet** | $ | **100.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **475.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **25.00** |
| 10. | **Personal care products and services** | 10. $ | **75.00** |
| 11. | **Medical and dental expenses** | 11. $ | **200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **215.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **75.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **0.00** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **305.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **505.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **321.00** |
| | 17c. Other. Specify: **Student Loans** | 17c. $ | **90.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **License Plates** | 21. +$ | **15.00** |
| | **Vehicle Maintenance/Repairs** | +$ | **25.00** |
| | **Tax Preparation** | +$ | **5.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **4,086.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **4,086.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | **4,091.74** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **4,086.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **5.74** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.   | Explain here: _____ |

App. 157
CONFIDENTIAL

Dulworth  000070

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 72 of 116 PageID #:
1884
Case: 24-2066      Document: 30-1      Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7      Doc 1      Filed 10/12/18   EOD 10/12/18 14:12:01      Pg 71 of 115

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Craig Scott Dulworth** |
| | First Name          Middle Name                    Last Name |
| Debtor 2 | **Brianna Lashell Dulworth** |
| (Spouse if, filing) | First Name          Middle Name                    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Craig Scott Dulworth**            X **/s/ Brianna Lashell Dulworth**
**Craig Scott Dulworth**                    **Brianna Lashell Dulworth**
Signature of Debtor 1                       Signature of Debtor 2

Date **October 11, 2018**                   Date **October 11, 2018**

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 73 of 116 PageID #:
Case: 24-2066      Document: 30-1 1885   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 72 of 115

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Craig Scott Dulworth** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Brianna Lashell Dulworth** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

☐ Married
☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **840 Gerking Dr.** **Nineveh, IN 46164** | From-To: **2015 - 2016** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **770 W. 750 S** **Trafalgar, IN 46181** | From-To: **2016 - 3/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**   Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

App. 159
**Dulworth  000072**

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 74 of 116 PageID #:
Case: 24-2066       Document: 30-1 1886   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 73 of 115

Debtor 1  **Craig Scott Dulworth**
Debtor 2  **Brianna Lashell Dulworth**

Case number *(if known)* _____

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $27,000.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $33,485.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $23,232.00 |
|  | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $1,285.00 |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐  No
■  Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | $17,200.00 |  |  |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | **Social Security Benefits** | $21,804.00 |  |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | **Social Security Benefits** | $21,743.00 |  |  |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☐  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
☐  No.    Go to line 7.
☐  Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

App. 160

Dulworth  000073

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 75 of 116 PageID #:
Case: 24-2066      Document: 30-1 1887      Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 74 of 115

| Debtor 1 | **Craig Scott Dulworth** | | |
|---|---|---|---|
| Debtor 2 | **Brianna Lashell Dulworth** | Case number *(if known)* | |

■Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☑ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Ally Financial**<br>**PO Box 380901**<br>**Minneapolis, MN 55438** | **Monthly** | **$1,010.00** | **$19,000.00** | ☐ Mortgage<br>☑ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Landlord** | **Monthly** | **$3,300.00** | **Unknown** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other  **Rent** |
| **One Main**<br>**P.O. Box 1010**<br>**Evansville, IN 47706** | **Monthly** | **$963.00** | **$9,706.00** | ☐ Mortgage<br>☑ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

App. 161

**Dulworth  000074**

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 76 of 116 PageID #:
Case: 24-2066    Document: 30-1  1888    Filed: 11/07/2024    Pages: 210

Case 18-07856-JMC-7    Doc 1    Filed 10/12/18    EOD 10/12/18 14:12:01    Pg 75 of 115

| Debtor 1 | **Craig Scott Dulworth** | | |
|---|---|---|---|
| Debtor 2 | **Brianna Lashell Dulworth** | Case number *(if known)* | |

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Capital One vs. Craig Dulworth**<br>**41D01-0808-CC-001031** | **Civil Collection** | **Johnson Superior Court 1**<br>**Main Courthouse - 3rd**<br>**Floor**<br>**5 E. Jefferson St**<br>**Franklin, IN 46131** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Citifinancial vs. C. Dulworth &**<br>**Brianna Dulworth**<br>**41C01-0308-MF-000120** | **Mortgage**<br>**Foreclosure** | **Johnson Cnty Ct/Superior**<br>**5 E Jefferson Street**<br>**Franklin, IN 46131** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Capital One vs. Craig Dulworth**<br>**41D01-0805-CC-000613** | **Civil Collection** | **Johnson County Superior**<br>**Court 1**<br>**Five East Jefferson Street**<br>**Franklin, IN 46131** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Brilynn Dulworth, Craig Dulworth,**<br>**Brett Dulworth v. Ashley Mack**<br>**41D01-1604-CT-000066** | **Civil Tort** | **Johnson County Superior**<br>**Court 1**<br>**Five East Jefferson Street**<br>**Franklin, IN 46131** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the<br>property |
|---|---|---|---|
| **Chase Auto Finance**<br>**PO Box 901076**<br>**Fort Worth, TX 76101** | **2012 Chevrolet Traverse with over 75,000**<br>**miles**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **9/2018** | **$18,000.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

App. 162

Dulworth  000075

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD  Document 194-1  Filed 11/17/23  Page 77 of 116 PageID #:
Case: 24-2066  Document: 30-1 1889  Filed: 11/07/2024  Pages: 210

Case 18-07856-JMC-7  Doc 1  Filed 10/12/18  EOD 10/12/18 14:12:01  Pg 76 of 115

Debtor 1 **Craig Scott Dulworth**
Debtor 2 **Brianna Lashell Dulworth**

Case number *(if known)* _____

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Office of John T. Steinkamp<br>5214 South East St.<br>Suite D1<br>Indianapolis, IN 46227<br>steinkamplaw@yahoo.com** | **Attorney Fees + court costs** | **2018** | **$1,000.00** |
| **Access Counseling<br>633 W 5th Street<br>Suite 26001<br>Los Angeles, CA 90071<br>AccessBK.org** | **Credit Counseling Course** | **9/7/18** | **$14.95** |

App. 163

Dulworth  000076

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 78 of 116 PageID #:
Case: 24-2066      Document: 30-1   1890   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 77 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**

Case number *(if known)*

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address  Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

App. 164

**CONFIDENTIAL**

Dulworth  000077

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 79 of 116 PageID #:
Case: 24-2066   Document: 30-1   1891   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 78 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**

Case number *(if known)*

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name
Address (Number, Street, City, State and ZIP Code) | Where is the property?
(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site
Address (Number, Street, City, State and ZIP Code) | Governmental unit
Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site
Address (Number, Street, City, State and ZIP Code) | Governmental unit
Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title
Case Number | Court or agency
Name
Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

---

App. 165

CONFIDENTIAL

Dulworth 000078

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 80 of 116 PageID #:
1892
Case: 24-2066     Document: 30-1     Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18     EOD 10/12/18 14:12:01     Pg 79 of 115

Debtor 1   **Craig Scott Dulworth**
Debtor 2   **Brianna Lashell Dulworth**

Case number *(if known)*  _____

☐ **No. None of the above applies.  Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>**Address**<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
☐ **Yes. Fill in the details below.**

| Name<br>**Address**<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Craig Scott Dulworth                             /s/ Brianna Lashell Dulworth
**Craig Scott Dulworth**                          **Brianna Lashell Dulworth**
**Signature of Debtor 1**                         **Signature of Debtor 2**

Date   **October 11, 2018**                       Date   **October 11, 2018**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☐ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☐ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

App. 166
**CONFIDENTIAL**

Dulworth  000079

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 81 of 116 PageID #:
Case: 24-2066      Document: 30-1 1893   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 80 of 115

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Craig Scott Dulworth** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Brianna Lashell Dulworth** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors,**
   **whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list**
   **on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must**
   **sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,**
   **write your name and case number (if known).**

### Part 1:     List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the**
   **information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ally Financial**<br><br>Description of property securing debt: **2016 Kia Sedona 40,000 miles Location: 137 Hilltop Farms Blvd., Whiteland IN 46184** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **One Main**<br><br>Description of property securing debt: **2006 Chevy Silverado 180,000 miles Location: 137 Hilltop Farms Blvd., Whiteland IN 46184** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

### Part 2:     List Your Unexpired Personal Property Leases
**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill**
**in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended.**
**You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

App. 167
CONFIDENTIAL

Dulworth  000080

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 82 of 116 PageID #:
Case: 24-2066      Document: 30-1   1894   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 81 of 115

| Debtor 1 | **Craig Scott Dulworth** | | |
| Debtor 2 | **Brianna Lashell Dulworth** | | Case number (*if known*) |

| | |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

**Part 3:**    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| | |
|---|---|
| **X** /s/ Craig Scott Dulworth | **X** /s/ Brianna Lashell Dulworth |
| **Craig Scott Dulworth** | **Brianna Lashell Dulworth** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **October 11, 2018** | Date **October 11, 2018** |

App. 168

Dulworth  000081

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 83 of 116 PageID #:
Case: 24-2066   Document: 30-1   1895   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 82 of 115

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

App. 169

Dulworth  000082

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 84 of 116 PageID #:
1896
Case: 24-2066   Document: 30-1   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 83 of 115

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

---

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

App. 170

Dulworth  000083

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 85 of 116 PageID #:
Case: 24-2066    Document: 30-1 1897    Filed: 11/07/2024    Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 84 of 115

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 86 of 116 PageID #:
Case: 24-2066   Document: 30-1 1898   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 85 of 115

<div style="border:1px solid gray">

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

App. 172

**Dulworth  000085**

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 87 of 116 PageID #:
Case: 24-2066     Document: 30-1     1899   Filed: 11/07/2024     Pages: 210

Case 18-07856-JMC-7     Doc 1     Filed 10/12/18     EOD 10/12/18 14:12:01     Pg 86 of 115

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re **Craig Scott Dulworth**
**Brianna Lashell Dulworth**
_____
Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................................... $ _____**1,000.00**

    Prior to the filing of this statement I have received ........................................ $ _____**1,000.00**

    Balance Due ...................................................................................................... $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October 11, 2018**
_____
_Date_

**/s/ John T. Steinkamp**
_____
**John T. Steinkamp 19891-49**
_Signature of Attorney_
**Law Office of John T. Steinkamp**
**5214 South East St.**
**Suite D1**
**Indianapolis, IN 46227**
**317-780-8300  Fax: 317-217-1320**
**steinkamplaw@yahoo.com**
_Name of law firm_

---

Case 1:22-cv-00469-JMS-MJD   Document 194-1   Filed 11/17/23   Page 88 of 116 PageID #: 1900
Case: 24-2066   Document: 30-1   Filed: 11/07/2024   Pages: 210

Case 18-07856-JMC-7   Doc 1   Filed 10/12/18   EOD 10/12/18 14:12:01   Pg 87 of 115

### United States Bankruptcy Court
#### Southern District of Indiana

In re   **Craig Scott Dulworth**
**Brianna Lashell Dulworth**
_____   Case No. _____
                                        Debtor(s)   Chapter   **7**  _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **October 11, 2018**
_____   **/s/ Craig Scott Dulworth**
                                 **Craig Scott Dulworth**
                                 Signature of Debtor

Date:   **October 11, 2018**
_____   **/s/ Brianna Lashell Dulworth**
                                 **Brianna Lashell Dulworth**
                                 Signature of Debtor

```
AFNI
PO BOX 3097
BLOOMINGTON, IL 61702-3517




ALLIED COLLECTION SERVICE
P.O. BOX 670
COLUMBUS, IN 47202




ALLY FINANCIAL
PO BOX 380901
MINNEAPOLIS, MN 55438




AMERICAN FINANCIAL CREDIT
10333 N. MERIDIAN STREET, SUITE 270A
INDIANAPOLIS, IN 46290




AMERICAN MEDICAL COLLECTION AGENCY
4 WESTCHESTER PLAZA SUITE 110
ELMSFORD, NY 10523




AMERIPATH
PO BOX 629033
EL DORADO HILLS, CA 95762




AMERIPATH
PO BOX 830913
BIRMINGHAM, AL 35283-0913
```

App. 175

CONFIDENTIAL

Dulworth  000088

```
AMERIPATH INDIANAPOLIS
PO BOX 740975
CINCINNATI, OH 45274-0975




AMERIPATH INDIANAPOLIS
PO BOX 740975
CINCINNATI, OH 45274-0975




AMERIPATH INDIANAPOLIS
PO BOX 740975
CINCINNATI, OH 45274-0975




AMERIPATH INDIANAPOLIS
PO BOX 105112
ATLANTA, GA 30348




AMERIPATH INDIANAPOLIS
13179 COLLECTION CENTER DRIVE
CHICAGO, IL 60693




AMERITOX, LTD
PO BOX 402166
ATLANTA, GA 30384




ANESTHESIA CONSULTANTS OF INDIANAPOLIS
PO BOX 6297
INDIANAPOLIS, IN 46206
```

App. 176
CONFIDENTIAL

Dulworth  000089

```
AT & T MOBILITY
P.O. BOX 6416
CAROL STREAM, IL 60197-6416



BAY AREA CREDIT SERVICE
PO BOX 5914
TROY, MI 48007



BAY AREA CREDIT SERVICE
PO BOX 5914
TROY, MI 48007



BAY AREA CREDIT SERVICE
PO BOX 467600
ATLANTA, GA 31146



BELTWAY SURGERY CENTER, LLC GLEN LEHMAN
3428 RELIABLE PARKWAY
CHICAGO, IL 60686



BLITT & GAINES
661 GLENN AVENUE
WHEELING, IL 60090



BRIAN L. NEHRIG
11703 MAPLE STREET
FISHERS, IN 46038
```

App. 177

CONFIDENTIAL

Dulworth  000090

```
BRIAN L. NEHRIG
11703 MAPLE STREET
FISHERS, IN 46038




CAPITAL ONE
P.O. BOX 30281
SALT LAKE CITY, UT 84130




CAPITAL ONE
P.O. BOX 30281
SALT LAKE CITY, UT 84130




CAPITAL ONE
C/O EDWARD A.B. CASTALDO
350 E. NEW YORK ST. STE 240
INDIANAPOLIS, IN 46204




CAPITAL ONE
BANKRUPTCY DEPT
PO BOX 30285
SALT LAKE CITY, UT 84130-0285




CAPITAL ONE
BANKRUPTCY DEPT
PO BOX 30285
SALT LAKE CITY, UT 84130-0285




CAPITAL ONE AUTO FINANCE
C/O THOMAS A. BURRIS, BLITT & GAINES
661 GLENN AVENUE
WHEELING, IL 60090
```

App. 178

Dulworth  000091

CONFIDENTIAL

```
CASHLAND
100 EAST 3RD STREET
DAYTON, OH 45402




CAVALRY PORTFOLIO SERVICE
500 SUMMIT LAKE DR. STE. 4A
VALHALLA, NY 10595




CCH MAIN CAMPUS
2049 E. 100TH STREET
CLEVELAND, OH 44195




CCH MAIN CAMPUS
2049 E. 100TH STREET
CLEVELAND, OH 44195




CENTURY LINK
PO BOX 2961
PHOENIX, AZ 85062-2961




CENTURY LINK
PO BOX 2961
PHOENIX, AZ 85062-2961




CENTURYLINK
100 CENTURYLINK DR.
MONROE, LA 71201
```

App. 179

CONFIDENTIAL

Dulworth  000092

```
CHASE AUTO FINANCE
PO BOX 901003
FORT WORTH, TX 76101-2076




CHECK INTO CASH OF INDIANA, LLC
1035 S. ST RD 9
ANDERSON, IN 46012




CITIFINANCIAL
C/O BRIAN L. NEHRIG
151 N. DELAWARE ST.
INDIANAPOLIS, IN 46204




CITIFINANCIAL
C/O BRIAN L. NEHRIGH
11703 MAPLE ST.
FISHERS, IN 46038




COLLECTION ASSOCIATES
P.O. BOX 349
GREENSBURG, IN 47240




COMCAST
ATTN: BANKRUPTCY DEPT.
41112 CONCEPT DRIVE
PLYMOUTH, MI 48170




COMCAST
ATTN: BANKRUPTCY DEPT.
41112 CONCEPT DRIVE
PLYMOUTH, MI 48170
```

Dulworth  000093

CONFIDENTIAL

```
COMENITY CAPITAL BANK/BIG LOTS
PO BOX 182120
COLUMBUS, OH 43218




COMMUNITY HEALTH NETWORK
PO BOX 19202
INDIANAPOLIS, IN 46219




COMMUNITY HEALTH NETWORK
PO BOX 19202
INDIANAPOLIS, IN 46219




COMMUNITY HEALTH NETWORK
7163 SOLUTION CENTER
CHICAGO, IL 60677




COMMUNITY HEALTH NETWORK
PO BOX 19202
INDIANAPOLIS, IN 46219




COMMUNITY HEALTH NETWORK
PO BOX 20830
INDIANAPOLIS, IN 46220




COMMUNITY HEALTH NETWORK
PO BOX 20830
INDIANAPOLIS, IN 46220
```

CONFIDENTIAL
Dulworth  000094

```
COMMUNITY HOSPITAL SOUTH
PO BOX 19202
INDIANAPOLIS, IN 46219



CONVERGENT OUTSOURCING INC
PO BOX 9004
800 SW 39TH ST.
RENTON, WA 98057



CONVERGENT OUTSOURCING INC
PO BOX 9004
800 SW 39TH ST.
RENTON, WA 98057



CONVERGENT OUTSOURCING INC
PO BOX 9004
800 SW 39TH ST.
RENTON, WA 98057



CREDIT MANAGEMENT LP
4200 INTERNATIONAL PKWY
CARROLLTON, TX 75007



CREDIT MANAGEMENT, LP
4200 INTERNATIONAL PARKWAY
CARROLLTON, TX 75007-1906



CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193-8873
```

CONFIDENTIAL

Dulworth  000095

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193-8873


CREDITOR'S SERVICE OF INDIANA
10 CORONADO ROAD
INDIANAPOLIS, IN 46234-2526


CREDITOR'S SERVICE OF INDIANA
10 CORONADO ROAD
INDIANAPOLIS, IN 46234-2526


CREEK SETTLEMENT INPATIENT SVC
PO BOX 37667
PHILADELPHIA, PA 19101


CREEK SETTLEMENT INPATIENT SVC
PO BOX 37667
PHILADELPHIA, PA 19101


CYTOLOGY PATHOLOGY SERVICES INC
5865 NORTH MICHIGAN ROAD
INDIANAPOLIS, IN 46228


DEPT OF EDUCATION/NELNET
3015 PARKER RD., STE. 400
AURORA, CO 80014

CONFIDENTIAL

```
DEVILLE ASSET MANAGEMENT
1132 GLADE ROAD
COLLEYVILLE, TX 76034




DUKE ENERGY SHARED SERVICES, INC.
P.O. BOX 960 EF367
CINCINNATI, OH 45273




EAGLE ACCOUNTS GROUP, INC.
ATTN: CORRESPONDANCE DEPT
P.O. BOX 17400
INDIANAPOLIS, IN 46217




EAGLE ACCOUNTS GROUP, INC.
ATTN: CORRESPONDANCE DEPT
P.O. BOX 17400
INDIANAPOLIS, IN 46217




EMERGENCY MEDICAL GROUP
1701 SENATE BLVD.
INDIANAPOLIS, IN 46202




ENHANCED RECOVERY COMPANY, LLC
PO BOX 23870
JACKSONVILLE, FL 32241-3870




ERIE INSURANCE
100 ERIE INSURANCE PLACE
ERIE, PA 16530
```

CONFIDENTIAL

Dulworth  000097

```
FIRST NATIONAL COLLECTION BUREAU, INC.
610 WALTHAM WAY
SPARKS, NV 89434




FIRST PREMIER
3820 N. LOUISE AVENUE
SIOUX FALLS, SD 57107-0145




FIRST PREMIER BANK
P.O. BOX 5524
SIOUX FALLS, SD 57117-5524




FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107




FRANCISCAN ALLIANCE
1515 W. DRAGOON TRAIL
MISHAWAKA, IN 46544




FRANCISCAN ALLIANCE
1515 W. DRAGOON TRAIL
MISHAWAKA, IN 46544




FRANCISCAN ALLIANCE
1515 W. DRAGOON TRAIL
MISHAWAKA, IN 46544
```

CONFIDENTIAL
Dulworth  000098

```
GLA COLLECTIONS
2630 GLEESON LANE
LOUISVILLE, KY 40299




GLA COLLECTIONS
PO BOX 991199
LOUISVILLE, KY 40269




GLA COLLECTIONS
PO BOX 991199
LOUISVILLE, KY 40269




GLEN LEHMAN ENDOSCOPY
550 UNIVERSITY BLVD. #3400
INDIANAPOLIS, IN 46202




GLEN LEHMAN ENDOSCOPY
550 UNIVERSITY BLVD. #3400
INDIANAPOLIS, IN 46202




GREENWAY TRAIL EMERG PHYSICIANS
PO BOX 37836
PHILADELPHIA, PA 19101-7836




HARRIS & HARRIS, LTD
600 W. JACKSON BLVD. STE. 400
CHICAGO, IL 60661-5675
```

CONFIDENTIAL

```
HERBERT M. MANN M.D.
3195 W. FAIRVIEW ROAD, SUITE D
GREENWOOD, IN 46142



HILCO RECEIVABLES
5 REVERE DR.
NORTHBROOK, IL 60062



HSBC BANK
PO BOX 9
BUFFALO, NY 14240-0009



HSBC BANK NEVADA
PO BOX 30252
SALT LAKE CITY, UT 84130



HSBC CARD SERVICES
P.O. BOX 5222
CAROL STREAM, IL 60197-5222



IMC CREDIT SERVICES
P.O. BOX 20636
INDIANAPOLIS, IN 46220



INDIANA CLINIC
250 N. SHADELAND
INDIANAPOLIS, IN 46219
```

CONFIDENTIAL
Dulworth  000100

```
INDIANA CLINIC-NEUROLOGY LLC
550 UNIVERSITY BLVD #UH1710
INDIANAPOLIS, IN 46202




INDIANA EMERGENCY SOLUTIONS
PO BOX 37879
PHILADELPHIA, PA 19101




INDIANA EMERGENCY SOLUTIONS
PO BOX 37879
PHILADELPHIA, PA 19101




INDIANA EMERGENCY SOLUTIONS
PO BOX 37879
PHILADELPHIA, PA 19101




INDIANA EMERGENCY SOLUTIONS
PO BOX 37879
PHILADELPHIA, PA 19101




INDIANAPOLIS GASTROENTEROLGY AND HEPATOL
417 BRIDGE STREET
DANVILLE, VA 24541-1403




IRVINGTON RADIOLOGISTS
DBA RADIOLOGY OF INDIANA
7340 SHADELAND STATION SUITE 200
INDIANAPOLIS, IN 46256
```

Dulworth  000101
CONFIDENTIAL

IRVINGTON RADIOLOGISTS
DBA RADIOLOGY OF INDIANA
7340 SHADELAND STATION SUITE 200
INDIANAPOLIS, IN 46256


IRVINGTON RADIOLOGISTS - DEPT. 108
7340 SHADELAND STATION SUITE 200
INDIANAPOLIS, IN 46256


IU HEALTH
ATTN: MS. SANDERS- BANKRUPTCY DEPT
250 N. SHADELAND AVE.
INDIANAPOLIS, IN 46219


J.P. RECOVERY SERVICES, INC.
PO BOX 16749
ROCKY RIVER, OH 44116


JC CHRISTENSEN & ASSOCIATES, INC.
PO BOX 1952
SOUTHGATE, MI 48195


JC CHRISTENSEN AND ASSOCIATES INC
PO BOX 519
SAUK RAPIDS, MN 56379


JEFFERSON CAPITAL SYSTEM
16 MCLELAND RD
SAINT CLOUD, MN 56303

CONFIDENTIAL

JEFFERSON CAPITAL SYSTEMS
16 MCLELAND ROAD
SAINT CLOUD, MN 56303


JOHNSON CIRCUIT & SUPERIOR COURTS
JOHNSON COUNTY COURTHOUSE 3RD FLOOR
FRANKLIN, IN 46131


JOHNSON CIRCUIT & SUPERIOR COURTS
JOHNSON COUNTY COURTHOUSE 3RD FLOOR
FRANKLIN, IN 46131


JOHNSON COUNTY SUPERIOR COURT 1
FIVE EAST JEFFERSON STREET
FRANKLIN, IN 46131


JOHNSON MEMORIAL HOSPITAL
1125 W. JEFFERSON STREET
P.O. BOX 669
FRANKLIN, IN 46131


JOHNSON MEMORIAL HOSPITAL
1125 W. JEFFERSON STREET
P.O. BOX 669
FRANKLIN, IN 46131


JOHNSON MEMORIAL HOSPITAL
1125 W. JEFFERSON STREET
P.O. BOX 669
FRANKLIN, IN 46131

Dulworth  000103
CONFIDENTIAL

```
JOHNSON MEMORIAL HOSPITAL
1125 W. JEFFERSON STREET
P.O. BOX 669
FRANKLIN, IN 46131




JOHNSON MEMORIAL HOSPITAL
1125 W. JEFFERSON STREET
P.O. BOX 669
FRANKLIN, IN 46131




JOHNSON SUPERIOR COURT 1
MAIN COURTHOUSE - 3RD FLOOR
5 E. JEFFERSON ST
FRANKLIN, IN 46131




JWM NEUROLOGY
PO BOX 2152
INDIANAPOLIS, IN 46206-2152




JWM NEUROLOGY
PO BOX 2152
INDIANAPOLIS, IN 46206-2152




JWM NEUROLOGY, P.C.
1400 NORTH RITTER AVENUE STE. 120
INDIANAPOLIS, IN 46219




KEY 2 RECOVERY
8894 BECKETT ROAD
WEST CHESTER, OH 45069
```

App. 191

CONFIDENTIAL

Dulworth  000104

```
LINCOLN TECHNICAL
1201 STADIUM DRIVE
INDIANAPOLIS, IN 46202




LINCOLN TECHNICAL
1201 STADIUM DRIVE
INDIANAPOLIS, IN 46202




LINCOLN TECHNICAL INSTITUTE
502 W. GERMANTOWN PIKE, SUITE 540
PLYMOUTH MEETING, PA 19462




LINCOLN TECHNICAL INSTITUTE
502 W. GERMANTOWN PIKE, SUITE 540
PLYMOUTH MEETING, PA 19462




LINCOLN TECHNICAL INSTITUTE
1 PLYMOUTH MEETING MALL INC.
PLYMOUTH MEETING, PA 19462




LINCOLN TECHNICAL INSTITUTE
502 W. GERMANTOWN PIKE, SUITE 540
PLYMOUTH MEETING, PA 19462




LTI RECEIVABLE DIVISION
502 W. GERMANTOWN PK. SUITE 540
PLYMOUTH MEETING, PA 19462
```

CONFIDENTIAL

```
LVNV FUNDING
C/O RESURGENT CAPITAL SERVICES
PO BOX 10497
GREENVILLE, SC 29603




LVNV FUNDING, LLC
625 PILOT RD. SUITE 3
LAS VEGAS, NV 89119




LVNV FUNDING, LLC
625 PILOT RD. SUITE 3
LAS VEGAS, NV 89119




LYNCH & BELCH ATTY
7210 MADISON AVENUE
INDIANAPOLIS, IN 46227




MAJOR HEALTH PARTNERS
30 W. RAMPART STREET, ST. 200
SHELBYVILLE, IN 46176




MAJOR HEALTH PARTNERS
30 W. RAMPART STREET, ST. 200
SHELBYVILLE, IN 46176




MAJOR HOSPITAL
PO BOX 379
GREENSBURG, IN 47240-0379
```

App. 193

Dulworth  000106

CONFIDENTIAL

```
MAJOR HOSPITAL
1626 E. STATE ROAD 44, STE B
SHELBYVILLE, IN 46176




MAJOR HOSPITAL
1626 E. SR 44, SUITE B
SHELBYVILLE, IN 46176




MAJOR MULTISPECIALTY ASSOC.
2451 INTELLIPLEX DRIVE
SUITE 260
SHELBYVILLE, IN 46176




MAJOR MULTISPECIALTY ASSOC.
2451 INTELLIPLEX DRIVE
SUITE 260
SHELBYVILLE, IN 46176




MAJOR MULTISPECIALTY ASSOC.
2451 INTELLIPLEX DRIVE
SUITE 260
SHELBYVILLE, IN 46176




MED 1 SOLUTIONS
517 US HWY 31 N.
GREENWOOD, IN 46142




MED 1 SOLUTIONS
517 US HWY 31 N.
GREENWOOD, IN 46142
```

Dulworth  000107
CONFIDENTIAL

```
MEDICAL ASSOCIATES, LLP
1500 N RITTER AVENUE
INDIANAPOLIS, IN 46219




MEDICAL BUSINESS BUREAU
PO BOX 1219
PARK RIDGE, IL 60068-7219




MEYER & NJUS, P.A
1100 US BANK PLAZA
MINNEAPOLIS, MN 55402




MHC RECEIVABLES
C/O THE CORP. TRUST CO. OF NV
311 S. DIVISION STREET
CARSON CITY, NV 89703




MIRAMED REVENUE GROUP, LLC
ATTN: BANKRUTPCY DEPT.
991 OAK CREEK DRIVE
LOMBARD, IL 60148




MIRAMED REVENUE GROUP, LLC
ATTN: BANKRUTPCY DEPT.
991 OAK CREEK DRIVE
LOMBARD, IL 60148




MIRAMED REVENUE GROUP, LLC
DEPT. 77304
PO BOX 77000
DETROIT, MI 48277-0304
```

CONFIDENTIAL
Dulworth  000108

```
MIRAMED REVENUE GROUP, LLC
360 E. 22ND ST.
LOMBARD, IL 60148




NATIONAL CAPITAL MANAGEENT, LLC
P.O. BOX 12786
NORFOLK, VA 23541




NCO PORTFOLIO MANAGEMENT
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355




OBSTETRICS & GYNECOLOGY OF IND
11595 N.MERIDIAN STREET
SUITE 375
CARMEL, IN 46032




OBSTETRICS & GYNECOLOGY OF IND
11595 N.MERIDIAN STREET
SUITE 375
CARMEL, IN 46032




ONE MAIN
P.O. BOX 1010
EVANSVILLE, IN 47706




OTOLARYNGOLOGY ASSOC
PO BOX 6143
INDIANAPOLIS, IN 46206-6143
```

App. 196

CONFIDENTIAL

Dulworth  000109

```
PATHGROUP
5301 VIRGINIA WAY, SUITE 300
BRENTWOOD, TN 37027




PATHGROUP
PO BOX 530310
ATLANTA, GA 30353




PENDRICK CAPITAL PARTNERS
625 US-1
KEY WEST, FL 33040




PETROS CULLIGAN
PO BOX 276
FRANKLIN, IN 46131




PETROS CULLIGAN OF JOHNSON CO
900 ARVIN ROAD, STE G
FRANKLIN, IN 46131-1493




PHOENIX FINANCIAL SERVICES, LLC
8902 OTIS AVE
INDIANAPOLIS, IN 46216




PMB/EMERGENCY PHYS. OF INDIANAPOLIS
7619 WEST JEFFERSON BLVD
FORT WAYNE, IN 46804
```

App. 197

Dulworth  000110

CONFIDENTIAL

```
PRA RECEIVABLES MANAGEMENT, LLC
P.O. BOX 12907
NORFOLK, VA 23541




RADIOLOGY ASSOC OF INDIANAPOLIS
8111 S. EMERSON AVENUE
INDIANAPOLIS, IN 46237




RADIOLOGY ASSOC OF INDIANAPOLIS
8111 S. EMERSON AVENUE
INDIANAPOLIS, IN 46237




RADIOLOGY ASSOC OF INDIANAPOLIS
8111 S. EMERSON AVENUE
INDIANAPOLIS, IN 46237




RADIOLOGY ASSOC OF INDIANAPOLIS
8111 S. EMERSON AVENUE
INDIANAPOLIS, IN 46237




RADIOLOGY ASSOCIATES OF INDIANAPOLIS
1402 E COUNTY LINE RD.
INDIANAPOLIS, IN 46227




RADIOLOGY ASSOCIATES OF INDIANAPOLIS
1500 ALBANY ST. SUITE 906
BEECH GROVE, IN 46107-1557
```

App. 198

Dulworth  000111

CONFIDENTIAL

```
RADIOLOGY ASSOCIATES OF INDIANAPOLIS
533 E. COUNTY LINE RD.
SUITE 210
GREENWOOD, IN 46143


RADIOLOGY ASSOCIATES OF INDIANAPOLIS
1500 ALBANY ST. SUITE 906
BEECH GROVE, IN 46107-1557


RADIOLOGY ASSOCIATES OF INDIANAPOLIS
533 E. COUNTY LINE RD.
SUITE 210
GREENWOOD, IN 46143


RADIOLOGY OF INDIANA
7340 SHADELAND STATION
SUITE 200
INDIANAPOLIS, IN 46256-3890


RADIOLOGY OF INDIANA
7340 SHADELAND STATION
SUITE 200
INDIANAPOLIS, IN 46256-3890


RADIOLOGY OF INDIANA
7340 SHADELAND STATION
SUITE 200
INDIANAPOLIS, IN 46256-3890


RADIOLOGY OF INDIANA
7340 SHADELAND STATION STE. 200
INDIANAPOLIS, IN 46256
```

CONFIDENTIAL

```
RADIOLOGY OF INDIANA
7340 SHADELAND STATION
SUITE 200
INDIANAPOLIS, IN 46256-3890



RECEIVABLES MANAGEMENT PARTNERS
1312 W. WESTRIDGE BLVD
GREENSBURG, IN 47240



RESURGENT CAPITAL SERVICES
P.O. BOX 10465
GREENVILLE, SC 29603-0368



RMS - RECOVERY MANAGEMENT
1250 E. DIEHL RD., STE. 300
NAPERVILLE, IL 60563



SOUTHEAST ANESTHESIA ASSOC.
8111 S. EMERSON AVE
INDIANAPOLIS, IN 46237



SOUTHEAST ANESTHESIA ASSOC.
8111 S. EMERSON AVE
INDIANAPOLIS, IN 46237



SOUTHEAST ANESTHESIOLOGISTS, PC
P.O. BOX 6069 DEPT 107
INDIANAPOLIS, IN 46206-6069
```

Dulworth  000113

CONFIDENTIAL

```
ST. FRANCIS HOSPITAL & HEALTH CENTERS
2434 INTERSTATE PLAZA DRIVE, SUITE 2
HAMMOND, IN 46234




ST. FRANCIS HOSPITAL & HEALTH CENTERS
2434 INTERSTATE PLAZA DRIVE, SUITE 2
HAMMOND, IN 46234




SYNCB/WALMART
PO BOX 965024
ORLANDO, FL 32896-5024




TEK COLLECT
PO BOX 1269
COLUMBUS, OH 43216




TEK COLLECT
PO BOX 1269
COLUMBUS, OH 43216




TRANSWORD SYSTEM
PO BOX 15273
WILMINGTON, DE 19850




TRANSWORLD SYS INC/09
PO BOX 15270
WILMINGTON, DE 19850
```

Dulworth  000114

CONFIDENTIAL

```
TRANSWORLD SYS INC/09
PO BOX 15270
WILMINGTON, DE 19850




TRANSWORLD SYSTEM, INC
2135 E PRIMROSE STE Q
SPRINGFIELD, MO 65804




UNIVERSITY MEDICAL DIAG. ASSOC
PO BOX 44994
INDIANAPOLIS, IN 46244-0994




UROLOGY OF INDIANA , LLC
PO BOX 6069 DEPT 14
INDIANAPOLIS, IN 46206




VECTREN
PO BOX 209
EVANSVILLE, IN 47702-0209




XRAY PHYSICIANS OF SHELBYVILLE
PO BOX 58
LIMA, OH 45802




XRAY PHYSICIANS OF SHELBYVILLE
PO BOX 58
LIMA, OH 45802
```

CONFIDENTIAL

Dulworth  000115

# Exhibit B

**Fill in this information to identify the case:**

Debtor 1    Craig Scott Dulworth

Debtor 2    Brianna Lashell Dulworth
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Indiana (State)

Case number 18-07856

## Official Form 427

### Cover Sheet for Reaffirmation Agreement                                    12/15

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

| Part 1: | Explain the Repayment Terms of the Reaffirmation Agreement |
|---|---|

**1. Who is the creditor?**    Ally Bank
Name of the creditor

**2. How much is the debt?**    On the date that the bankruptcy case is filed $23,829.86
To be paid under the reaffirmation agreement $24,022.34

$499.90 per month for 74 months (if fixed interest rate)
* 2 monthly cure payments of $214.95 each starting on November 25, 2018.

**3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**
Before the bankruptcy case was filed 15.74%
Under the reaffirmation agreement 15.74%    ☑ Fixed
☐ Adjustable Rate

**4. Does collateral secure the debt?**
☐ No
☑ Yes. Describe the collateral. 2016 KIA SORENTO VIN: 5XYPG4A38GG014484
Current market value    $16,450.00

**5. Does the creditor assert that the debt is nondischargeable?**
☑ No
☐ Yes. Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

**6. Using information from Schedule I: Your Income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.**

Income and expenses reported on Schedules I and J | Income and expenses stated on the reaffirmation agreement

6a. Combined monthly income from line 12 of Schedule I    $ 4,091.74
6e. Monthly income from all sources after payroll deductions    $ 4,091.74

6b. Monthly expenses from line 22c of Schedule J    - $ 4,080.00
6f. Monthly expenses    - $ 4,080.90

6c. Monthly payments on all reaffirmed debts not listed on Schedule J    - $ 0
6g. Monthly payments on all reaffirmed debts not included in after payroll deductions    - $ 0

6d. Scheduled net monthly income    $ 5.74
6h. Present net monthly income    $ 10.84

Subtract lines 6b and 6c from 6a.
Subtract lines 6f and 6g from 6e.

If the total is less than 0, put the number in brackets.
If the total is less than 0, put the number in brackets.

App. 204
CONFIDENTIAL
Dulworth  000116

Debtor 1    Craig Scott Dulworth
_____    Case Number (if known) 18-07856
First Name        Middle Name        Last Name

| | | |
|---|---|---|
| 7. Are the income amounts on the lines 6a and 6e different? | ☑ No<br>☐ Yes. Explain why they are different and complete line 10. _____ | |

| | |
|---|---|
| 8. Are the expense amounts on line 6b and 6f different? | ☐ No<br>☑ Yes. Explain why they are different and complete line 10. *Payment less than scheduled.* |

| | |
|---|---|
| 9. Is the net monthly income in line 6h less than 0? | ☑ No<br>☐ Yes. A presumption of hardship arises (unless creditor is a credit union).<br>Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses.<br>Complete line 10. |

| | |
|---|---|
| 10. Debtor's certification about lines 7-9<br><br>If any answer on line 7-9 is Yes, the debtor must sign here.<br><br>If all the answers on lines 7-9 are *No*, go to line 11. | I certify that each explanation on lines 7-9 is true and correct.<br><br>*Craig S Dulworth* *Brianna Sashell Dulworth*<br>Signature of Debtor 1          Signature of Debtor 2 (Spouse Only in a Joint Case) |

| | |
|---|---|
| 11. Did an attorney represent the debtor in negotiating the reaffirmation agreement? | ☐ No<br>☑ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?<br>     ☐ No<br>     ☑ Yes |

**Part 2:     Sign Here**

| | |
|---|---|
| Whoever fills out this form must sign here. | I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Cover Sheet for Reaffirmation Agreement.<br><br>Signature _____    Date 11 / 16 / 2018<br>                                          MM / DD / YYYY<br><br>Printed Name *Jennifer Asbury*<br><br>Check one:<br>☑ Debtor or Debtor's Attorney<br>☐ Creditor or Creditor's Attorney |

Official Form 427          Cover Sheet for Reaffirmation Agreement          Page 2

B2400A (Form 2400A) (12/15)

> Check one.
> ☐ Presumption of Undue Hardship
> ☒ No Presumption of Undue Hardship
> *See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana

In re  Craig Scott Dulworth and Brianna Lashell Dulworth,  Case No. 18-07856
Debtor(s)

Chapter 7

### REAFFIRMATION DOCUMENTS

**Name of Creditor:** Ally Bank

☐  Check this box if Creditor is a Credit Union

### I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this Reaffirmation Documents packet.**

1. Brief description of the original agreement being reaffirmed: Auto – Contract
   *For example, auto loan*

2. *AMOUNT REAFFIRMED:* $24,022.34

   The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before the date you sign this Reaffirmation Agreement.

   *See the definition of "Amount Reaffirmed" in Part V.C below.*

3. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is 15.74%.

   *See definition of "Annual Percentage Rate" in Part V.C below.*

   This is a *(check one)* ☒ Fixed rate  ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

Craig Scott Dulworth and Brianna Lashell Dulworth 18-07856

B2400A (Form 2400A) (12/15)                                                    Page 2

4. Reaffirmation Agreement Repayment Terms:

   ☒   74 regular monthly payments of $499.90 starting on November 25, 2018.

   ☒   Describe repayment terms, including whether future payment amount(s) may be different
       from the initial payment amount. *In addition to the regular payments above, the existing
       payment defaults shall be cured as follows:*
       2 monthly cure payments of $214.95 starting on November 25, 2018.

5. Describe the collateral, if any, securing the debt:

   Description: 2016 KIA SORENTO VIN: 5XYPG4A38GG014484
   Current Market Value:            $16,450.00

6. Did the debt that is being reaffirmed arise from the purchase of the collateral described
   above?

   ☒ Yes   ☐ No

   If yes, what was the purchase price for the collateral?  $23,617.66
   If no, what was the amount of the original loan?   $_____

7. Detail the changes made by this Reaffirmation Agreement to the most recent credit terms on
   the reaffirmed debt and any related agreement:

   |                              | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
   |------------------------------|-------------------------------------|----------------------------|
   | Balance due *(including fees and costs)* | $23,829.85 | $24,022.34 |
   | Annual Percentage Rate       | 15.74%                              | 15.74%                     |
   | Monthly Payment              | $499.90                             | $499.90 *                  |

   *\* Under the parties' current agreement, any existing payment defaults are immediately due and payable.*
   *However, pursuant to this reaffirmation agreement, Creditor is allowing the Debtor(s) to cure said defaults*
   *over time (see Repayment Terms above).*

8. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in
   connection with this Reaffirmation Agreement. Describe the credit limit, the Annual
   Percentage Rate that applies to future credit and any other terms on future purchases and
   advances using such credit: _____

   _____

## II. DEBTOR'S STATEMENT IN SUPPORT
## OF REAFFIRMATION AGREEMENT

1. Were you represented by an attorney during the course of negotiating this agreement?
   Check one.   ☒ Yes   ☐ No

2. Is the creditor a credit union?
   Check one.   ☐ Yes   ☒ No

Craig Scott Dulworth and Brianna Lashell Dulworth 18-07856

B2400A (Form 2400A) (12/15)                                                    Page 3

3. If your answer to EITHER question 1. or 2. above is "No" complete a. and b. below.

   a. My present monthly income and expenses are:

      i. Monthly income from all sources after payroll deductions    $ 4,091.74
      (take-home pay plus any other income)

      ii. Monthly expenses (including all reaffirmed debts except    $ 3,581.00
      this one)

      iii. Amount available to pay this reaffirmed debt (subtract ii. from i.)   $ 510.74

      iv. Amount of monthly payment required for this reaffirmed debt   $ 499.90

*If the monthly payment on this reaffirmed debt (line iv.) is greater than the amount you have available to pay this reaffirmed debt (line iii.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

   b. I believe that this reaffirmation agreement will not impose an undue hardship on my dependents or on me because:

      Check one of the two statements below, if applicable:

      ☑ I can afford to make the payments on the reaffirmed debt because my monthly income is greater than my monthly expenses even after I include in my expenses the monthly payments on all debts I am reaffirming, including this one.

      ☐ I can afford to make the payments on the reaffirmed debt even though my monthly income is less than my monthly expenses after I include in my expenses the monthly payments on all debts I am reaffirming, including this one, because: _____
      _____

      Use an additional page if needed for a full explanation.

4. If my answers to BOTH questions 1. and 2. above were "Yes", check the following statement, if applicable:

      ☐ I believe this reaffirmation agreement is in my financial interest and I can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

Craig Scott Dulworth and Brianna Lashell Dulworth 18-07856

CONFIDENTIAL

B2400A (Form 2400A) (12/15)                                                          Page 4

## III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I (We) hereby certify that:

   i. I (We) agree to reaffirm the debt described above.

   ii. Before signing this reaffirmation agreement, I (we) read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

   iii. The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

   iv. I am (We are) entering into this agreement voluntarily and am (are) fully informed of my (our) rights and responsibilities; and

   v. I (We) have received a copy of this completed and signed Reaffirmation Documents packet.

SIGNATURE(S):

Date  12/4/18          Signature _____
                                              Debtor

Date  12/4/18          Signature _____
                                         Joint Debtor, if any

If this is a joint reaffirmation agreement, both debtors must sign.

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor      Ally Bank              PO Box 130424, Roseville, MN 55113-0004
                 Print Name                          Address

_____          _____        12/11/18
Print Name of Representative              Signature               Date

## IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date:  11/16/18     Signature of Debtor's Attorney _____

                    Print Name of Debtor's Attorney   Jennifer Asbury

Craig Scott Dulworth and Brianna Lashell Dulworth 18-07856

B2400A (Form 2400A) (12/15)                                                                 Page 5

## V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, detailed in Part B below, are not completed, the reaffirmation agreement is not effective, even though you have signed it.

### A.   DISCLOSURE STATEMENT

1. **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Your obligations will be determined by the reaffirmation agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2. **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3. **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4. **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this Reaffirmation Documents packet requiring a signature have been signed, either you or the creditor should file it as soon as possible. The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required.

5. **Can you cancel the agreement?** You may rescind (cancel) your reaffirmation agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your reaffirmation agreement is filed with the court, whichever occurs later. To rescind (cancel) your reaffirmation agreement, you must notify the creditor that your reaffirmation agreement is rescinded (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

Craig Scott Dulworth and Brianna Lashell Dulworth 18-07856

CONFIDENTIAL

B2400A (Form 2400A) (12/15)                                                    Page 6

6. **When will this reaffirmation agreement be effective?**

   a. **If you *were represented* by an attorney during the negotiation of your reaffirmation agreement**

      i. **If the creditor is not a Credit Union**, your reaffirmation agreement becomes effective upon filing with the court unless the reaffirmation is presumed to be an undue hardship in which case the agreement becomes effective only after the court approves it;

      ii. **If the creditor is a Credit Union**, your reaffirmation agreement becomes effective when it is filed with the court.

   b. **If you *were not represented* by an attorney during the negotiation of your reaffirmation agreement**, the reaffirmation agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your reaffirmation agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the reaffirmation agreement is in your best interest, the agreement will be approved and will become effective. However, if your reaffirmation agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your reaffirmation agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the reaffirmation agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

**B.    INSTRUCTIONS**

1. Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney section (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 427).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your reaffirmation agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form B2400B to do this.

Craig Scott Dulworth and Brianna Lashell Dulworth 18-07856

CONFIDENTIAL

B2400A (Form 2400A) (12/15)                                                      Page 7

## C.    DEFINITIONS

1. **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay
   (reaffirm) by entering into this agreement. The amount of debt includes any unpaid fees
   and costs arising on or before the date you sign this agreement that you are agreeing to
   pay. Your credit agreement may obligate you to pay additional amounts that arise after
   the date you sign this agreement. You should consult your credit agreement to determine
   whether you are obligated to pay additional amounts that may arise after the date of this
   agreement.

2. **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules
   required by federal law. The annual percentage rate (as opposed to the "stated interest
   rate") tells you the full cost of your credit including many of the creditor's fees and
   charges. You will find the annual percentage rate for your original agreement on the
   disclosure statement that was given to you when the loan papers were signed or on the
   monthly statements sent to you for an open end credit account such as a credit card.

3. **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv).
   It is owned and controlled by and provides financial services to its members and typically
   uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

Craig Scott Dulworth and Brianna Lashell Dulworth 18-07856

App. 212                    Dulworth  000124
CONFIDENTIAL

# Exhibit C

Case 1:22-cv-00469-JMS-MJD Document 194-3 Filed 11/17/23 Page 2 of 3 PageID #: 1940
Case: 24-2066 Document: 30-1 Filed: 11/07/2024 Pages: 210

Case 18-07856-JMC-7 Doc 21 Filed 01/15/19 EOD 01/15/19 02:05:36 Pg 1 of 2

| Information to identify the case: | |
|---|---|
| Debtor 1: **Craig Scott Dulworth** <br> Name | Social Security number or ITIN: xxx–xx–7391 <br> EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2: **Brianna Lashell Dulworth** <br> (Spouse, if filing) Name | Social Security number or ITIN: xxx–xx–9819 <br> EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court – Southern District of Indiana | |
| Case number: **18-07856-JMC-7** | |

## Order of Discharge

12/2015

**IT IS ORDERED** that a discharge under 11 U.S.C. § 727 is granted to the following debtors:

Craig Scott Dulworth

Brianna Lashell Dulworth
Brianna Lashell Thompson
Brianna Lashell Froedge

Dated: **January 15, 2019**

By the court: /s/ James M. Carr
Judge, U.S. Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay the debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

Pursuant to 11 U.S.C. § 524(c) or (f), this order does not prevent the debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement.

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property, special rules protect certain community property owned by the debtors' spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Case 1:22-cv-00469-JMS-MJD   Document 194-3   Filed 11/17/23   Page 3 of 3 PageID #: 1941
Case: 24-2066    Document: 30-1      Filed: 11/07/2024    Pages: 210

Case 18-07856-JMC-7    Doc 21    Filed 01/15/19    EOD 01/15/19 02:05:36    Pg 2 of 2

Debtors Craig Scott Dulworth and Brianna Lashell Dulworth                    Case number 18−07856−JMC−7

### Explanation of Bankruptcy Discharge in a Chapter 7 Case (continued)

**Some debts are not discharged**
Examples of debts that are not discharged are
listed below:

• Debts that are domestic support obligations.

• Debts for most student loans.

• Debts for most taxes.

• Debts that the bankruptcy court has decided or
  will decide are not discharged in this bankruptcy
  case.

• Debts for most fines, penalties, forfeitures, or
  criminal restitution obligations.

• Some debts which the debtors did not properly
  list.

• Debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans.

• Debts for death or personal injury caused by
  operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop creditors
from collecting from anyone else who is also
liable on the debt, such as an insurance company
or a person who cosigned or guaranteed a loan.

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

App. 215                    Dulworth  000130

# Exhibit D

1                    BRIANNA DULWORTH

2              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
3                 INDIANAPOLIS DIVISION

4

5    CRAIG DULWORTH AND BRIANNA
     DULWORTH,
6

7              PLAINTIFFS,

8
     V.                    CIVIL ACTION: 1:22-CV-00469-JMS-MJD
9

10

11   EXPERIAN INFORMATION SOLUTIONS
     INC., ET AL.,

12

13             DEFENDANTS.

14

15   DEPONENT:  BRIANNA DULWORTH

16
     TAKEN:      FEBRUARY 27, 2023
17

18   REPORTER:   DANNIELLE COPELAND
                 REGISTERED DIPLOMATE REPORTER
19               CERTIFIED REALTIME REPORTER
                 CALIFORNIA CSR 14444
20               TENNESSEE LICENSE 807
                 WASHINGTON CSR 22000824
21

22
         STENOGRAPHICALLY REPORTED REMOTELY VIA ZOOM
23                   VIDEOCONFERENCE

24

25   JOB NUMBER 222978

Page 2

```
                    I N D E X
 1
 2
 3  EXAMINATION:                                PAGE
 4
 5  BY MR. SANDEFER                                 6
    BY MS. ROBINSON                               141
 6  BY MR. KUNDMUELLER                            173
    BY MR. SANDEFER                               244
 7  BY MR. RAPP                                   247
 8
 9  CERTIFICATE                                   255
10
11              E X H I B I T S
12
    EXHIBIT 1    1996 BANKRUPTCY FILING            34
13  EXHIBIT 2    2003 BANKRUPTCY FILING            39
    EXHIBIT 3    2009 BANKRUPTCY FILING            41
14  EXHIBIT 4    2018 BANKRUPTCY FILING            50
    EXHIBIT 5    REAFFIRMATION AGREEMENT WITH      72
15               ALLY BANK
    EXHIBIT 6    ORDER OF DISCHARGE                81
16  EXHIBIT 7    INTERROGATORY RESPONSES           91
    EXHIBIT 8    TWO LETTERS SENT TO EXPERIAN     107
17               IN SEPTEMBER AND NOVEMBER OF
                 2021
18  EXHIBIT 9    LETTERS TO EXPERIAN              119
    EXHIBIT 10   APRIL 26TH, 2021, EXPERIAN       120
19               CONSUMER DISCLOSURE
    EXHIBIT 11   COMPLAINT                        133
20  EXHIBIT 12   DISPUTE LETTER SENT TO EQUIFAX   145
    EXHIBIT 13   INVESTIGATION RESULTS FROM       150
21               EQUIFAX
    EXHIBIT 14   SCREENSHOTS OF BRIANNA           152
22               DULWORTH'S EQUIFAX CREDIT
                 REPORT
23  EXHIBIT 15   LETTER DATED DECEMBER 30, 2021   157
    EXHIBIT 16   ANSWERS TO EQUIFAX'S             160
24               INTERROGATORIES
25
```

Page 3

```
                    I N D E X
 1
 2
 3  EXHIBIT 17   RESPONSES TO EQUIFAX'S REQUEST   168
                 FOR PRODUCTION OF DOCUMENTS
 4  EXHIBIT 18   RESPONSES TO EQUIFAX'S REQUEST   171
                 FOR ADMISSION
 5  EXHIBIT 19   LOAN AGREEMENT                   174
    EXHIBIT 20   PAYOFF LETTER                    179
 6  EXHIBIT 21   SEPTEMBER 8TH, 2021, LETTER      182
    EXHIBIT 22   SEPTEMBER 8TH, 2021, LETTER      187
 7  EXHIBIT 23   EQUIFAX CREDIT REPORT            196
    EXHIBIT 24   EXPERIAN CREDIT REPORT           202
 8  EXHIBIT 25   CREDIT KARMA DOCUMENT            208
    EXHIBIT 26   DENIAL LETTER FROM TEACHERS      221
 9               CREDIT UNION
    EXHIBIT 27   DENIAL OF A CREDIT LIMIT         225
10               INCREASE
    EXHIBIT 28   DENIAL TO APPROVE A REQUEST      228
11  EXHIBIT 29   TEACHERS CREDIT UNION DENIAL     231
    EXHIBIT 30   IU CREDIT UNION ADVERSE ACTION   234
12               NOTICE
    EXHIBIT 31   DENIAL LETTER                    238
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                  BRIANNA DULWORTH
 2        THE DEPOSITION OF BRIANNA DULWORTH,
 3  TAKEN PURSUANT TO NOTICE HERETOFORE FILED, VIA
 4  ZOOM VIDEOCONFERENCE, ON FEBRUARY 27, 2023, AT
 5  APPROXIMATELY 9:47 A.M., EASTERN TIME, UPON
 6  ORAL EXAMINATION, AND TO BE USED IN ACCORDANCE
 7  WITH THE FEDERAL RULES OF CIVIL PROCEDURE.
 8
 9              ***  ***  ***
10              APPEARANCES
11
12              VIA ZOOM VIDEOCONFERENCE
13
14
15  FOR THE PLAINTIFFS:
    MICHAEL RAPP, ESQ.
16  STECKLEIN & RAPP
    748 ANN AVENUE
17  KANSAS CITY, MISSOURI 66101
18
19  FOR THE DEFENDANT EXPERIAN:
    DAVID SANDEFER, ESQ.
20  JONES DAY
    110 NORTH WACKER DRIVE
21  CHICAGO, ILLINOIS 60606
22
23  FOR THE DEFENDANT EQUIFAX:
    KATHERINE ROBINSON, ESQ.
24  SEYFARTH SHAW LLP
    233 SOUTH WACKER DRIVE
25  CHICAGO, ILLINOIS 60606
```

Page 5

```
 1                  BRIANNA DULWORTH
 2
 3              APPEARANCES
 4              VIA ZOOM VIDEOCONFERENCE
 5
 6
 7  FOR THE DEFENDANT ALLY FINANCIAL:
    MARK KUNDMUELLER, ESQ.
 8  ETHAN OSTROFF, ESQ.
    TROUTMAN PEPPER HAMILTON SANDERS LLP
 9  222 CENTRAL PARK AVENUE
    VIRGINIA BEACH, VIRGINIA 23462
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 30

BRIANNA DULWORTH

1
2  are issues with your credit?
3       A.      After my bankruptcy.
4       Q.      And when after your bankruptcy?
5               Was it a few months after filing,
6  or would you mind telling me the general
7  timeframe?
8       A.      I would assume -- I -- not assume.
9  Like, nine months to a year.  I --
10 I don't know the exact time, but -- but we
11 started looking at it for a specific reason.
12      Q.      And what specific reason were you
13 looking into it?
14      MR. RAPP:  Objection, asked and
15 answered.
16 BY MR. SANDEFER:
17      Q.      And, Mrs. Dulworth, you can answer.
18      A.      Because although -- I tried to
19 figure out when possibly my husband and I could
20 buy a house, and so --
21      Q.      And --
22      A.      -- I wanted to learn about that as
23 a possibility.
24      Q.      Okay.  Did you understand that
25 disputes from consumers were a way for credit

Page 31

BRIANNA DULWORTH

1
2  reporting agencies to correct their reporting?
3       A.      No, I didn't understand anything
4  like that.
5       Q.      When you looked into the process
6  for disputing, I believe you mentioned nine --
7  nine months or so after the bankruptcy, did you
8  learn then that disputes were a way that credit
9  reporting agencies could correct their
10 reporting?
11      A.      After some investigating, I spoke
12 to a mortgage broker that my son went through
13 and explained to him that we filed bankruptcy
14 and just to be able to purchase a little home
15 would be great.
16              And I was told that after 18 months
17 of a bankruptcy that you can get pre-approved,
18 but you can't close to two years; and then we
19 were explained, like, the different loans that
20 could be and what your credit score would have
21 to be.
22              And so that's when I started
23 looking at, like, the credit score and looking
24 up our credit report, to learn about that.
25      Q.      At the time that you filed

Page 32

BRIANNA DULWORTH

1
2  bankruptcy, did you consider that there may be
3  future litigation related to your credit?
4       A.      No.  I don't even know what
5  litigation means -- meant.
6       Q.      Ah.  And I'm happy to clarify.
7               Kind of filing suit or things that
8  could get you called into court, that there
9  could be other proceedings?
10      A.      No.
11      Q.      So was that something that was
12 maybe a possible upside, that you could avoid
13 debt collectors -- debt collectors or that sort
14 of suit related to your debts and get it
15 wrapped up in one proceeding in your
16 bankruptcy?
17              MR. RAPP:  Objection, phrase of the
18 question, asked and answered.
19              You can still answer if you'd like.
20              THE WITNESS:  I don't even
21 understand what your question was.  I'm sorry.
22 BY MR. SANDEFER:
23      Q.      Absolutely.  I'm happy to -- to
24 repeat and reclarify.
25              Was -- or did you see it as a

Page 33

BRIANNA DULWORTH

1
2  possible upside of filing for bankruptcy that
3  you could wrap up the -- any -- or any
4  proceeding that related to the debts you owed
5  into one proceeding, into your bankruptcy, to
6  deal with it at one time?
7       A.      I still don't understand your
8  question.
9       Q.      Okay.  We can just move on from
10 that.
11      A.      I'm sorry.
12      Q.      Oh, you're -- you're totally fine.
13 There's no need to apologize.
14              So far we've been talking about the
15 Chapter 7 bankruptcy that you filed in 2018.
16              Was that your first bankruptcy
17 filing?
18      A.      No.
19      Q.      And how many times have you filed
20 previously?
21      A.      One other time.
22      Q.      Okay.  So let's go to Tab 1 in your
23 binder.
24      A.      Hold on.
25              (EXHIBIT 1 WAS MARKED FOR

Page 110

BRIANNA DULWORTH

1
2  BY MR. SANDEFER:
3       Q.    I need a bit more clarity.
4  When you said you "helped write the
5  letters," can you describe to me what you mean
6  by the word "help"?
7       A.    I gave them information.
8       Q.    And then they used that information
9  to write the letters?
10      A.    Yes.  And then when I reviewed them
11 prior to them, and then I agreed with
12 everything that was said because it was my
13 information.
14            MR. RAPP:  Objection still stands.
15 BY MR. SANDEFER:
16      Q.    Did you make any --
17            MR. RAPP:  Asked and answered.
18 BY MR. SANDEFER:
19      Q.    Did you make any revisions?
20            MR. RAPP:  Objection, asked and
21 answered.  And that goes to privilege.
22            MR. SANDEFER:  Are you directing
23 your client to not answer?
24            MR. RAPP:  No, she can answer that,
25 if she likes.

Page 111

BRIANNA DULWORTH

1
2            THE WITNESS:  I don't recall if I
3  made revisions.
4  BY MR. SANDEFER:
5       Q.    So let's turn to the second page of
6  either letter, so that would be either '657 or
7  '9- -- or actually, my apologies.
8            Let's go to the first page of
9  either letter, so either '656 or '919.  And
10 just let me know when you've turned to one of
11 those.
12      A.    I'm at '656.
13      Q.    Do you see the last sentence where
14 it says:  "I have cut and pasted the wrong part
15 from the report here."
16      A.    I do see that.
17      Q.    And if you flip to the next page,
18 do you see there is a screenshot or printout
19 from Experian?
20      A.    Yes, I see that.
21      Q.    How did you determine that this
22 part of your credit report was incorrect?
23      A.    When I --
24            MR. RAPP:  Objection to the form of
25 the question.

Page 112

BRIANNA DULWORTH

1
2  You can answer, if you like.
3            THE WITNESS:  Like, how did I --
4  when I looked at my credit report, how did I
5  know that this was not correct reporting?
6            Is that what you're asking?
7  BY MR. SANDEFER:
8       Q.    Well, how did you determine that
9  this screenshot was the -- quote, "the wrong
10 part of the report"?
11           Did --
12           MR. RAPP:  Objection to the form of
13 the question.
14           Go ahead.
15           THE WITNESS:  I don't recall.  I
16 don't remember.
17 BY MR. SANDEFER:
18      Q.    Do you know if you or your
19 attorneys cut and pasted this part of the
20 credit report?
21      A.    I don't remember that either.
22      Q.    And we may have touched on this
23 earlier.
24           But did you or your attorneys send
25 out these letters?

Page 113

BRIANNA DULWORTH

1
2            MR. RAPP:  Objection, asked and
3  answered.
4            You can still respond, if you can.
5            THE WITNESS:  Yeah.  I -- I don't
6  recall.
7  BY MR. SANDEFER:
8       Q.    Okay.  I want to dive into these a
9  bit more.
10           So let's turn to the -- the first
11 page which you referred to earlier that has
12 "Case Mail" up at the top.
13      A.    Oh, yeah.
14      Q.    And if you look a little bit under
15 that, it says:  "USPS mail certificate of
16 delivery."
17           Do you see that?
18      A.    Yes.
19      Q.    Do you -- and one more thing to
20 call attention to.
21           Do you see where it says:  "Case
22 Mail Digital Post Service" at the very -- at
23 the very top?
24      A.    Yes.
25      Q.    Do you know what "Case Mail Digital

Page 118

BRIANNA DULWORTH

1
2          I mean, like, am I supposed to know
3   that?
4          Q.    I'm -- I'm just asking questions
5   regarding the letters.
6          A.    Okay.
7          Q.    And apologies, also, if some of the
8   questions are confusing, again.  I'm just
9   trying to understand what -- what happened
10  here.
11         I'd like you to turn to the last
12  page of either letter.  So if you were
13  looking -- if you were looking at the first,
14  the last page -- substantive page would be
15  Dulworth '659.
16         And can you let me know when you
17  flip to it?
18         A.    Yeah.  I'm here.
19         Q.    And is that your signature on the
20  letter?
21         A.    Yes.  That's done electronically.
22  Yes.
23         Q.    And so you signed electronically?
24         A.    Yes.
25         Q.    Okay.  That's all I need to know on

Page 119

BRIANNA DULWORTH

1
2   that.
3          So I'd next like you to flip to Tab
4   9.
5          MR. SANDEFER:  And I'll circulate
6   that in the chat for everyone else.
7          (EXHIBIT 9 WAS MARKED FOR
8   IDENTIFICATION.)
9   BY MR. SANDEFER:
10         Q.    Let me know when you've flipped to
11  Tab 9.
12         A.    I'm here.
13         Can I just say ditto and put it on
14  the record if these are going to be the same
15  questions?
16         Q.    These questions will be much
17  briefer; but I apologize, we do have to go
18  through some of these.
19         So these letters -- and I'll give
20  you a chance to review, if you'd like.
21         The letters themselves should begin
22  on '686 and '954.  I'll give you a chance to
23  flip through.
24         Let me know when you've had a
25  chance to find them.

Page 120

BRIANNA DULWORTH

1
2          A.    Yes, I'm glancing at them.
3          Q.    And are these letters sent by your
4   husband to Experian?
5          A.    No.  By counsel.
6          Q.    Okay.
7          A.    With -- with our help.
8          Q.    Okay.  And that's -- like I said,
9   it would be a lot briefer on that point.
10         So -- and you may be happy to hear
11  this.  I am -- I'll soon be wrapping up, at
12  least my portion.
13         A.    You're my favorite person just for
14  saying that.
15         Q.    Would you mind flipping to Tab 10.
16         A.    Okay.
17         (EXHIBIT 10 WAS MARKED FOR
18  IDENTIFICATION.)
19  BY MR. SANDEFER:
20         Q.    And we do have a little bit more to
21  get through, but should be on the tail end.
22         A.    Okay.  Thank you.
23         Q.    You're alleging in this suit that
24  Ally Financial neglected to inform the credit
25  bureaus of the reaffirmation, right?

Page 121

BRIANNA DULWORTH

1
2          MR. RAPP:  Objection,
3   mischaracterizes the testimony and the
4   pleadings, and form of the question.
5          But you can answer, if you can.
6          THE WITNESS:  I mean, yes; and our
7   payments at the time wasn't even reported, that
8   we paid the payments.
9   BY MR. SANDEFER:
10         Q.    And when did you learn that?
11         A.    When I counted the green
12  checkmarks.
13         Q.    And did you contact Ally Financial
14  and ask them to update your reporting?
15         A.    Yes, sir.
16         Q.    And how many times would you say
17  that you did that?
18         MR. RAPP:  Objection, form of the
19  question.
20         THE WITNESS:  Up to seven.  I mean,
21  it was several times.  And I even received
22  responses back that it would be corrected
23  within 30 to 45 days, so I had to wait 30 to 45
24  days to see if they were corrected; and they
25  were not corrected.

Page 122

BRIANNA DULWORTH

1
2          So I called again, and I was told
3   that they would escalate it and it would be
4   within 30 to 45 days; and it never was.
5          So then I was -- then I called on a
6   couple of occasions, and I cannot recall the
7   date at the time and -- because at this point I
8   didn't really realize it was going to be --
9   that they wouldn't just do it, but -- and was
10  told that they would escalate it and I would
11  get a return call back from someone in one to
12  two business days; and I never returned any
13  calls.
14          And at that point, I just -- I knew
15  that they -- I wasn't -- that they weren't
16  going to do anything.
17  BY MR. SANDEFER:
18       Q.   And if -- if you need a minute --
19       A.   I'm fine.
20       Q.   Okay.  So I -- I wanted to focus
21  here on Experian's consumer disclosures.
22          So looking at Tab 10, this is an
23  April 26th, 2021, Experian Consumer Disclosure.
24          Have you seen this before?
25       A.   Where are you at?

Page 123

BRIANNA DULWORTH

1
2       Q.   Tab 10.
3       A.   On the very first page?
4       Q.   Yes.
5       A.   Okay.  I see it.
6       Q.   And have you seen this before?
7       A.   Yes.
8       Q.   Do you know if your lawyers
9   requested this for you, or did you request it?
10      A.   I believe both requested credit
11  reports.  I requested all of them initially;
12  and then if they did, I had to sign paperwork
13  to allow them to.
14      Q.   Okay.
15      A.   But it was -- and it was a bear.
16          Oh, yes, and please note that, too.
17          This is terribly hard, to get your
18  credit report.  If you guys can make that
19  easier, that would be nice.
20      Q.   If you wouldn't mind flipping to
21  the second page and looking at the very top, do
22  you see the Ally Financial trade line?
23      A.   Yes.
24      Q.   And that's the account at issue in
25  this lawsuit, right?

Page 124

BRIANNA DULWORTH

1
2       A.   Yes.
3       Q.   And it's -- under status on the
4   right-hand side, it says:  "Discharged through
5   Bankruptcy Chapter 7," correct?
6       A.   Uh-huh.
7       Q.   But you kept paying it, right?
8       A.   Yes.
9       Q.   And who originally noticed the
10  mistake?
11      A.   I did.
12      Q.   And did you send it to Experian to
13  investigate the reporting?
14      A.   I'm not for sure which one I
15  disputed, but I did send a dispute to --
16  actually, I believe two; and I -- I believe,
17  like, I sent to two --
18      Q.   And do you recall --
19      A.   -- but I don't remember which one
20  it was.
21      Q.   And when you say "which one it
22  was," can you provide some clarity there?
23      A.   I don't know which one I sent the
24  dispute to, like, me -- the one that I -- I
25  sent at the very beginning when I had a lack of

Page 125

BRIANNA DULWORTH

1
2   knowledge of anything to do because you could
3   do it online.  It -- it was an option, and you
4   could mail it; and it was an option.
5          And I only know all of that because
6   of Google.
7       Q.   So but when you say you weren't
8   sure which one you -- since you were -- were
9   you referring to -- one more time?
10      A.   I -- I don't remember.  When I had
11  done it before, I contacted legal, which credit
12  bureau --
13      Q.   Okay.
14      A.   -- I sent it to of the three.
15      Q.   So you're not sure if you sent it
16  to TransUnion, Equifax, or Experian?
17      A.   No.  I'm sorry.
18      Q.   No, no need to apologize.
19          Why did you not sends dispute
20  letters to all three?
21      A.   Well, I didn't really know that was
22  a thing.
23          I didn't -- when we pulled our
24  credit, I mean, I'm not an expert; and I was
25  just looking at what I had in front of me, and

Page 126

BRIANNA DULWORTH

1    I didn't really know -- I thought all of them
2    reported to all of them.  Like, I don't know.
3    I -- apparently I should have.
4        Q.    So if you go to the second-to-last
5    page of this tab.
6        A.    Uh-huh.
7        Q.    Actually, that's wrong.  I guess it
8    would be third-to-last.  It says page 16 of 18
9    at the bottom.
10       A.    Yeah.
11       Q.    Let me know when you're there.
12       A.    I'm here.
13       Q.    Do you see at the very top where it
14   says: "How to contact Experian"?
15       A.    Yep, I see it.
16       Q.    And do you see where it has three
17   options to contact Experian?
18       A.    I do.
19       Q.    Okay.  Do you understand this
20   referred to three ways to dispute your results
21   or get in contact with Experian?
22       A.    Uh-huh.
23       Q.    Is there any reason why you -- and
24   I know you mentioned earlier that you sent a

Page 127

BRIANNA DULWORTH

1    dispute letter to either TransUnion, Equifax,
2    or Experian.
3        Is there a reason why you did not
4    follow through with one of these contact
5    methods?
6        A.    Because I -- I mean, honestly, at
7    this point, I was -- I was frustrated.  I
8    didn't even know -- I mean, I didn't even know
9    what to do.
10       I don't -- this is not my
11   specialty.  I don't know about this stuff, and
12   that's the reason why I sought legal counsel.
13       In all honesty, I -- I was just --
14   it was just exhausting.
15       Q.    But there were these options that
16   you are -- let me rephrase.
17       But you do interpret these contact
18   methods as providing means for you to contact
19   Experian had you wanted to do so?
20       A.    I --
21       MR. RAPP:  Objection --
22       THE WITNESS:  I didn't --
23       MR. RAPP:  Objection to the form of
24   the question, asked and answered.

Page 128

BRIANNA DULWORTH

1        But you can still answer, if you'd
2    like.
3        THE WITNESS:  Yeah.  So I didn't
4    have this piece of paper in front of me to
5    know, like, I could call; I could do this; I
6    could do this.  I hadn't dealt with credit
7    bureaus.  I didn't know a lot about them.
8        And so to my ignorance and to the
9    lack of just easy finding for my own self, I
10   did not know all of this stuff.  I did what
11   I -- everything that I found and what I thought
12   that I could do.
13       And at this point, again, I had
14   already dealt with Ally; and I just got legal
15   counsel.
16   BY MR. SANDEFER:
17       Q.    So if you flip back to the second
18   page in this --
19       A.    Uh-huh.
20       Q.    -- do you see where it says: "Your
21   potentially negative account activity
22   continued"?
23       MR. RAPP:  Which page are you
24   looking at?

Page 129

BRIANNA DULWORTH

1        THE WITNESS:  2 of 18?
2        MR. SANDEFER:  It's 2 of 18.  Also,
3    it's Dulworth EXP '20?
4        THE WITNESS:  Yeah.  Which one?
5    I'm sorry.
6    BY MR. SANDEFER:
7        Q.    The second page in the tab.
8        A.    Yes.  Yes.  I'm sorry.  Yes.  I'm
9    here.
10       Q.    This shows several accounts that
11   are potentially negative, correct?
12       A.    What do you mean, in this -- like,
13   as far as Ally, American, is that what you're
14   referring to?
15       Q.    Yes.
16       A.    Yes.
17       MR. RAPP:  Objection, document
18   speaks for itself.
19   BY MR. SANDEFER:
20       Q.    And there are four counts on this
21   page that are showing as discharged through
22   Bankruptcy Chapter 7, one of which is Ally,
23   correct?
24       A.    Yes.

Page 130

BRIANNA DULWORTH

1
2      Q.     And if you flip to the next page,
3  it has another account that says:  "Discharge
4  through Bankruptcy Chapter 7" and another
5  account with -- that was closed, correct?
6             It's also reported as potentially
7  negative?
8      A.     Which -- which one are you
9  referring to?
10     Q.     So I -- I can break these up.
11            In addition to the four accounts
12 that we just discussed, the next page also
13 shows a JPMCB Auto --
14     A.     Uh-huh.
15     Q.     -- that shows discharge through
16 Bankruptcy Chapter 7, right?
17     A.     Yes.
18     Q.     And then the account below is also
19 listed as potentially negative, correct,
20 another JPMC Auto?
21     A.     Yes.
22     Q.     And beneath that, it's showing a --
23 under bankruptcies, it's showing a bankruptcy,
24 correct?
25     A.     Yes.

Page 131

BRIANNA DULWORTH

1
2      Q.     And all of these affected your
3  credit negatively, right?
4             Or to clarify, all of the items we
5  just discussed, the accounts discharged in
6  bankruptcy, the bankruptcy itself, these items
7  negatively affected your credit, correct?
8      A.     Yes.
9      Q.     Okay.  That's --
10     A.     But Ally could have positively
11 helped my credit because we continued paying
12 the payments.
13     Q.     Okay.  So just to --
14     A.     I know what all negatively affected
15 the credit.
16     Q.     I'm sorry.  Can you say that one
17 more time?
18     A.     I said I know what all of the
19 things that affected the credit in the negative
20 way.  That's a no-brainer.
21            But I was trying to make it
22 positive.
23     Q.     So but even if the Ally account was
24 positive, you still would have had these other
25 negative items, correct?

Page 132

BRIANNA DULWORTH

1
2      A.     They were included in the
3  bankruptcy.
4      Q.     And -- I can rephrase that.
5             Ally account aside, these other
6  accounts would still have negatively affected
7  your credit, correct?
8             MR. RAPP:  Objection, calls for
9  legal speculation, a legal conclusion, asked
10 and answered.  Objection to form.
11            You can still answer, if you can.
12            THE WITNESS:  I know what
13 negatively affected my credit and what was in
14 the bankruptcy.
15            My issue is after the bankruptcy
16 and what could positively affect my credit
17 score.  That would be helpful for us to make --
18 BY MR. SANDEFER:
19     Q.     Right.  And --
20     A.     -- to be able to start over.
21     Q.     But I'm specifically asking about
22 the remaining negative items, and I -- I can
23 ask again.
24     A.     I mean, I just don't know what you
25 want me to say.  They're all negative.  Like,

Page 133

BRIANNA DULWORTH

1
2  they all affected my credit report
3  negatively --
4      Q.     Okay.
5      A.     -- because it was included in the
6  bankruptcy.  It's an umbrella.
7      Q.     Gotcha.  That was what I was trying
8  to ask about, was just specifically those
9  negative items.
10            So we have one last tab to go
11 through, and that's -- if you turn to Tab 11,
12 I'll circulate the same in the chat.
13            (EXHIBIT 11 WAS MARKED FOR
14 IDENTIFICATION.)
15 BY MR. SANDEFER:
16     Q.     And can you turn to paragraph 33,
17 and would you mind reading it?
18     A.     Let me get to it.  I feel like I'm
19 in bible study, having to read it.
20            You said 33?
21     Q.     Yes, ma'am.
22     A.     So that would be on page 5, right,
23 of that?
24     Q.     Yes.
25     A.     Okay.  "Defendants Equifax and

BRIANNA DULWORTH

1

2    Q.    Are you claiming that you suffered
3  damages as a result of Ally's reporting of the
4  account related to the Kia?
5          MR. RAPP:  Objection.
6          THE WITNESS:  Yes, sir.
7  BY MR. KUNDMUELLER:
8    Q.    I'm sorry.  I didn't hear your
9  response.
10         MR. RAPP:  You can answer.
11         THE WITNESS:  Yes, sir.
12 BY MR. KUNDMUELLER:
13   Q.    Do you have a specific dollar
14 amount for the damages you're claiming?
15         MR. RAPP:  Objection to the form of
16 the question.
17         You can still answer, if you'd
18 like.
19         THE WITNESS:  No.
20 BY MR. KUNDMUELLER:
21   Q.    On what are you basing your claim
22 for damages?
23         MR. RAPP:  Objection to the form of
24 the question.  It calls for a legal conclusion.
25         You can still answer if you'd

BRIANNA DULWORTH

1  like -- if you can.
2          THE WITNESS:  Could you repeat the
3  question?
4  BY MR. KUNDMUELLER:
5    Q.    Sure.
6          What's the basis for your claim
7  that you've been harmed by Ally Financial?
8          MR. RAPP:  Again, same objections,
9  which is calls for a legal conclusion.
10         But you can still answer, if you
11 can.
12         THE WITNESS:  I still don't -- I
13 still don't quite understand.
14 BY MR. KUNDMUELLER:
15   Q.    Okay.  How are you claiming Ally
16 has harmed you?
17   A.    Well, due to the credit report,
18 not -- being like it is, being -- I think it
19 had a lot to do with not being able to purchase
20 a house.
21         The whole process was very
22 frustrating.  When I called and didn't receive
23 it back, I mean, I felt, like, belittled a
24 little bit.  I felt defeated.

BRIANNA DULWORTH

1

2          I don't know.  I explained it
3  earlier, and it makes me very emotional.
4          I just think it took our chances of
5  even purchasing a house during that time away.
6          I think he froze.  Going to blow my
7  nose.
8          MR. RAPP:  When we comes back, if
9  we can take a quick break.
10         (A DISCUSSION WAS HELD OFF THE
11 RECORD.)
12 BY MR. KUNDMUELLER:
13   Q.    In connection with your attempt to
14 purchase a home, when did you begin your search
15 for or attempt to purchase a home?
16         MR. RAPP:  Objection to the form of
17 the question.
18         You can answer, if you can.
19         THE WITNESS:  Well, I -- I spoke to
20 it earlier.  You know, I looked into it, mid-
21 to late 2019 what it would take, and that is
22 when I started pulling credit reports and
23 seeing what was wrong and continued -- and then
24 called and -- I mean, I already said all of
25 this, and it --

BRIANNA DULWORTH

1

2  BY MR. KUNDMUELLER:
3    Q.    Who, specifically, did you call?
4    A.    Ally.
5    Q.    Concerning -- concerning purchasing
6  a house, who did you call?
7    A.    At the time my son was purchasing a
8  home, so I talked to his -- his mortgage -- his
9  mortgage broker in regards to our situation
10 with the bankruptcy and to get more details of
11 it.  It was just a -- a goal that I had.
12   Q.    And who was that mortgage broker?
13   A.    I'd have to ask my son what his
14 name was.
15   Q.    Did you specifically discuss the
16 Ally account with the mortgage broker?
17   A.    No.  At this point I just called to
18 ask what would have to happen, like, when could
19 I get a house if that was the case.
20         We were in a lease.  I just needed
21 additional information as far as what needs to
22 happen, what does our credit score need to
23 have, I mean, what does -- are there different
24 loans for different things.
25         It was just informational.  And so

Page 238

```
 1                  BRIANNA DULWORTH
 2   the question.
 3              Feel free to answer, if you can.
 4        THE WITNESS:  I don't know.
 5   BY MR. KUNDMUELLER:
 6        Q.     Okay.  The value or type of
 7   collateral not sufficient is another reason
 8   provided.
 9              That doesn't have anything to do
10   with the reporting of the Ally account, does
11   it?
12        A.     I don't know.
13        Q.     Do you believe this decision was
14   affected by the reporting of the Ally account?
15        A.     Did you ask a question?
16        Q.     Do you believe this decision, the
17   IU Credit Union Adverse Action Notice, was
18   affected by the reporting of the Ally account?
19        A.     I don't know.
20        Q.     Okay.  I would like you to turn,
21   please, to Ally 13.  I believe this will be
22   Exhibit 31.
23              (EXHIBIT 31 WAS MARKED FOR
24   IDENTIFICATION.)
25
```

Page 239

```
 1                  BRIANNA DULWORTH
 2   BY MR. KUNDMUELLER:
 3        Q.     Please let me know when you have
 4   it.
 5        A.     Yes, I have it.
 6        Q.     Could you identify this document
 7   for me, please?
 8        A.     It is another denial from Financial
 9   Center dated for 7/30/21 with the reasons as
10   follows:  Bankruptcy, delinquency, past and
11   present credit obligations.
12        Q.     And Craig Dulworth, again, was --
13   was a co-applicant on this request?
14        A.     Yes, sir.
15        Q.     And this was also a -- an auto loan
16   application, correct?
17        A.     Yes, sir.
18        Q.     Do you believe this decision was
19   affected by the reporting of the Ally account?
20        A.     I don't know.
21        Q.     Other than the six that we've gone
22   over today, have you received any other Adverse
23   Action Notices since your bankruptcy filing in
24   2018?
25        A.     I don't know.
```

Page 240

```
 1                  BRIANNA DULWORTH
 2        MR. RAPP:  Objection, asked and
 3   answered.
 4              She still answered anyway, but...
 5        MR. KUNDMUELLER:  I'm sorry?
 6        MR. RAPP:  She did answer that she
 7   didn't know, but I was -- while I was
 8   objecting.
 9   BY MR. KUNDMUELLER:
10        Q.     Do you have any additional Adverse
11   Action Notices in your possession at all?
12        A.     I don't know.
13        MR. RAPP:  Objection, asked and
14   answered repeatedly today.
15        MR. KUNDMUELLER:  I just want to
16   make sure that this is the -- the universe of
17   the ones that have been produced.
18   BY MR. KUNDMUELLER:
19        Q.     You don't have any more that
20   haven't been produced to us?
21        A.     I don't know.
22        Q.     Have you sought treatment from any
23   counselors or mental health professionals as a
24   result of emotional distress or distress
25   resulting from the -- the things you're
```

Page 241

```
 1                  BRIANNA DULWORTH
 2   claiming in this lawsuit from -- from Ally's
 3   reporting?
 4        A.     I've spoke to my medical doctor in
 5   regards to stress, overwhelming stress in my
 6   life, which includes the financial piece and my
 7   housing situation.
 8        Q.     Any other medical professionals
 9   other than your -- your family doctor?
10        A.     Huh-uh.  No.
11        Q.     Are you claiming any physical
12   symptoms as a result of your emotional
13   distress?
14        MR. RAPP:  Objection to the form of
15   the question.
16              You can still answer.
17        THE WITNESS:  I mean, there's all
18   sorts of things that I experience due to the
19   stress, health wise.
20   BY MR. KUNDMUELLER:
21        Q.     Well, what are those things?
22        A.     Due to stress?
23              Well, I mean, I have high blood
24   pressure and anxiety.  I've had some anxiety
25   issues, like sadness and depression, if you
```

Page 242

1        BRIANNA DULWORTH
2    really -- I mean, all of this is very
3    uncomfortable to even share with you; but yeah.
4    It's a lot.  It did up end being a lot, moving
5    in with my son.  So...
6        Q.    Did your -- can you tell me,
7    please, the name of your doctor that you spoke
8    to?
9        A.    Mary Beth Hensley.
10       Q.    And did Dr. Hensley prescribe
11   anything for you related to the -- your -- your
12   stress or anxiety?
13       A.    She sent me to have some blood work
14   done on my vitamins and stuff, and my female
15   hormones, if you -- if you need to know.
16       Q.    Now, did the -- the symptoms you're
17   suffering, you mentioned high blood pressure,
18   did that start prior to your -- your
19   bankruptcy, or is that a recent --
20       A.    No, it started a few years ago -- a
21   few years ago.
22             The -- the depression and all that
23   has started since we moved into here.
24       Q.    Okay.  Have you -- have you had any
25   medication or anything of that nature

Page 243

1    prescribed for the depression?
2        A.    No medication changes.
3              We did diet and exercise and
4    some -- she recommended me to see a mental
5    health counselor.
6        Q.    Have you done that?
7        A.    Huh-uh.  No.
8        Q.    Do -- do you plan on doing that in
9    the future?
10       A.    I think I -- I hope so, yes.
11             Even my executive director
12   recommended it to me a couple weeks, so I hope
13   I can soon.
14       Q.    When you say your "executive
15   director," is that someone you work with?
16       A.    My executive director of our
17   agency, yes.  My supervisor.
18       Q.    Okay.  And -- and they recommended
19   that you seek some additional treatment?
20       A.    Yeah.  Yeah.  Just talk to
21   somebody.
22             MR. KUNDMUELLER:  I don't have
23   anything else at the moment.
24             MR. RAPP:  David or Katherine, did

Page 244

1    you guys want to swing back on something?
2              MS. ROBINSON:  No.  I think I'm
3    good.
4              MR. SANDEFER:  I have a few
5    follow-up questions, if you don't mind.
6              THE WITNESS:  Of course.
7              MR. SANDEFER:  But they should be
8    relatively brief.
9
10                   EXAMINATION
11
12   BY MR. SANDEFER:
13       Q.    Apologies.  I feel like -- or
14   apologies Mrs. Dulworth, I think I've taken up
15   much of your day today.
16       A.    You are the number one, I think;
17   but it's okay.
18             MR. SANDEFER:  And are we still on
19   the record?
20             THE REPORTER:  Yes, we are.
21             MR. SANDEFER:  Okay.
22   BY MR. SANDEFER:
23       Q.    Thank you for sticking in there,
24   Mrs. Dulworth.  I wanted to touch on something

Page 245

1    that we discussed earlier today during my
2    session, and I believe -- and perhaps Ally
3    Financial's and Equifax's as well.
4              If you still have your binder in
5    front of you -- and what I wanted to refer to
6    was the dispute letters again, if you could
7    turn to Tab 9 -- or, I guess, it's also
8    Exhibit 9.
9        A.    I'm so impressed by this binder,
10   David.  Did you create it?
11       Q.    I wish I could take credit for it.
12   I -- I organized it, but I did not put it
13   together.
14       A.    Okay.
15       Q.    And when you mentioned earlier that
16   you reviewed the letters, these two dispute
17   letters are the ones I wanted to discuss with
18   you in particular, I wanted to ask:  What did
19   you mean when you said you reviewed these
20   letters?
21       A.    Well, after we communicated about
22   it, we wrote it together; and then when we were
23   finished putting in whatever needed to be the
24   legal stuff, terms, then they sent it back; and

Page 254

```
 1                    BRIANNA DULWORTH
 2    Equifax?
 3         A.    Yes.
 4               MR. RAPP:  All right.  Nothing else
 5    to ask, then.  I think we're done.
 6               Anyone disagree?
 7               MR. KUNDMUELLER:  No.
 8               MR. SANDEFER:  No.
 9               MR. RAPP:  Then we'll read and
10    sign.
11               (CONCLUDED AT 5:13 P.M.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 255

```
 1                 REPORTER'S CERTIFICATE
 2
 3         I, DANNIELLE COPELAND, RDR, CRR, DO HEREBY CERTIFY
 4    THAT THE FOREGOING DEPOSITION OF BRIANNA DULWORTH WAS
 5    TAKEN BEFORE ME AT THE TIME AND PLACE AND FOR THE
 6    PURPOSE IN THE CAPTION STATED; THAT THE WITNESS WAS
 7    FIRST DULY SWORN TO TELL THE TRUTH, THE WHOLE TRUTH,
 8    AND NOTHING BUT THE TRUTH; THAT THE DEPOSITION WAS
 9    TAKEN BEFORE ME STENOGRAPHICALLY AND AFTERWARDS
10    TRANSCRIBED UNDER MY DIRECTION; THAT THE FOREGOING IS A
11    FULL, TRUE, AND CORRECT TRANSCRIPT OF THE SAID
12    DEPOSITION SO GIVEN; THAT THERE WAS A REQUEST THAT THE
13    WITNESS READ AND SIGN THE TRANSCRIPT; THAT THE
14    APPEARANCES WERE AS STATED IN THE CAPTION.
15         I FURTHER CERTIFY THAT I AM NEITHER OF COUNSEL NOR
16    OF KIN TO ANY OF THE PARTIES TO THIS ACTION, AND AM IN
17    NO WAY INTERESTED IN THE OUTCOME OF SAID ACTION.
18         WITNESS MY SIGNATURE ON MARCH 2, 2023.  MY
19    COMMISSION EXPIRES SEPTEMBER 28, 2023.
20
21    _____
                      Dannielle Copeland
22    DANNIELLE COPELAND, RDR, CRR
      CALIFORNIA CSR 14444
23    TENNESSEE LICENSE 807
      WASHINGTON CSR 22000824
24
25
```

Page 256

```
 1                    ERRATA SHEET
 2    Case Name:
 3    Deposition Date:
 4    Deponent:
 5    Pg.  No. Now Reads    Should Read  Reason
 6    ____ ___ _____    _____    _____
 7    ____ ___ _____    _____    _____
 8    ____ ___ _____    _____    _____
 9    ____ ___ _____    _____    _____
10    ____ ___ _____    _____    _____
11    ____ ___ _____    _____    _____
12    ____ ___ _____    _____    _____
13    ____ ___ _____    _____    _____
14    ____ ___ _____    _____    _____
15    ____ ___ _____    _____    _____
16    ____ ___ _____    _____    _____
17    ____ ___ _____    _____    _____
18    ____ ___ _____    _____    _____
19    ____ ___ _____    _____    _____
20               _____
                   Signature of Deponent
21
22    SUBSCRIBED AND SWORN BEFORE ME
23    THIS _____ DAY OF _____, 2023.
24    _____
25    (Notary Public)   MY COMMISSION EXPIRES:_____
```

# Exhibit E

Case 1:22-cv-00469-JMS-MJD   Document 194-5   Filed 11/17/23   Page 2 of 8 PageID #: 1963
Case: 24-2066   Document: 30-1   Filed: 11/07/2024   Pages: 210
CRAIG DULWORTH Vol. V
Dulworth vs Experian Information Solutions
May 09, 2023
126—129

## Page 126

```
1        IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
2               INDIANAPOLIS DIVISION
        CIVIL ACTION NO. 1:22-cv-00469-JMS-MJD
3
4  CRAIG DULWORTH AND BRIANNA    )
   DULWORTH,                     )
5                                )
                  Plaintiffs     )
6                                )
          -vs-                   ) VOLUME V
7                                ) (Page 126-151)
   EXPERIAN INFORMATION          )
8  SOLUTIONS, INC., et al.       )
                                 )
9              Defendants        )
10
11    The continuation of the videotaped deposition
12  upon oral examination of CRAIG DULWORTH, a witness
13  produced and sworn before Kathleen Andrews, Notary
14  Public in and for the County of Hamilton, State of
15  Indiana, taken on behalf of the Defendants via Zoom
16  Videoconference in Whiteland, Johnson County, Indiana,
17  at 4:30 p.m. on May 9, 2023, pursuant to the Federal
18  Rules of Civil Procedure.
19
20
21
22
23
24
25
```

## Page 127

```
1                    APPEARANCES
2
3  FOR THE PLAINTIFF:
4  Michael Rapp
   STECKLEIN & RAPP
5  748 Ann Avenue
   Kansas City, MO 66101
6  mr@giveyourselfcredit.com
7
8  FOR THE DEFENDANT EXPERIAN INFORMATION SOLUTIONS:
9  David Sandefer
   JONES DAY
10 110 North Wacker Drive
   Chicago, IL 60606
11 dsandefer@jonesday.com
12
13 FOR THE DEFENDANT EQUIFAX INFORMATION SERVICES:
14 Katherine Robinson
   SEYFARTH SHAW LLP
15 233 South Wacker Drive
   Chicago, IL 60606
16 kcrobinson@seyfarthshaw.com
17
18 ALSO PRESENT: Ron Corbin, Videographer
                 Brianna Dulworth
19
20
21
22
23
24
25
```

## Page 128

```
1                    EXAMINATION
2                                          PAGE
3  EXAMINATION BY MR. SANDEFER              130
4
5              INDEX OF EXHIBITS
6  NO.       DESCRIPTION                    PAGE
7  Exhibit 7  (Previously marked.)          132
8  Exhibit 8  9/7/21 Letter (Bates 000686)  140
9  Exhibit 9  9/7/21 Letter (Bates 000954)  140
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 129

```
1     THE VIDEOGRAPHER:  Good afternoon.  We are now
2  on the record.  The time is now 4:33 on Tuesday,
3  May 9, 2023.
4     This begins Volume V in the deposition of
5  Craig C. Dulworth, taken in the matter of Craig
6  Dulworth, et al, versus Experian Information
7  Solutions, Inc., et al, filed in the United States
8  District Court, Southern District of Indiana,
9  Indianapolis Division, Civil Action number
10 1:22-cv-00469-JMS-MJD.
11    My name is Ron Corbin.  The court reporter is
12 Kate Andrews, both representing Esquire Deposition
13 Solutions.
14    Counsel, will you please state your
15 appearances, after which the court reporter will
16 swear in the witness.
17    MR. SANDEFER:  David Sandefer on behalf of
18 Experian Information Solutions, Inc.
19    MS. ROBINSON:  Katherine Carlton Robinson on
20 behalf of Defendant Equifax Information Services,
21 LLC.
22    MR. RAPP:  Michael Rapp on behalf of the
23 Plaintiff Craig and Breanna Dulworth.
24    THE REPORTER:  Is Ms. Dulworth also there,
25 Mr. Dulworth, just so I can note that?
```

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

Page 134

1  Q.  Okay.  As you sit here today, do you know if
2      Experian's credit reporting caused you any credit
3      denials?
4  A.  I don't know.
5  Q.  Okay.  So I'm going to go to interrogatory No. 20,
6      and zoom out just to navigate a little bit easier
7      or more easily.
8       And, Mr. Dulworth, I'm going to start reading
9      halfway through the page, beginning with
10     "Plaintiffs state," which I've highlighted, and you
11     can follow along with me.
12      "Plaintiffs state:  Plaintiffs' credit
13     histories are being reported incorrectly, so they
14     have been denied access to credit and their credit
15     worthiness is being impugned."  Did I read that
16     correctly?
17 A.  From what I can see, yes.
18 Q.  Where it reads "so they have been denied access to
19     credit," what credit lines are you referring to
20     there?
21 A.  I don't know.
22 Q.  Can you tell me a specific credit line you've been
23     denied access to because of Experian's reporting?
24      MR. RAPP:  Objection.  Asked and answered.
25      You can still answer, if you remember.

Page 135

1  Q.  And, Mr. Dulworth, to the extent you can remember,
2      you can answer.
3  A.  I don't remember.
4  Q.  I'm going to refer to some further language here.
5      I can zoom in a bit more.  So I'm going to, again,
6      reading again with the word "Plaintiffs," that I've
7      highlighted, again, Mr. Dulworth, if you want to
8      read along with me, you can.  It reads "Plaintiffs
9      suffered emotional and mental anguish, frustration,
10     and annoyance from being deterred from applying for
11     credit; they suffered lost credit opportunities."
12      Can you describe what you mean here by
13     suffering emotional and mental anguish,
14     frustration, and annoyance?
15      MR. RAPP:  Objection.  Form of the question.
16     But you can still answer to the extent that you
17     understand it.
18 A.  Can you read that one more time, the question?
19 Q.  Sure.  Do you want me to read the text that I'm
20     referring to or the question?  Or do you want me to
21     reread the question?
22 A.  Just the question.
23 Q.  Sure.  Where it reads here that "Plaintiffs
24     suffered emotional and mental anguish, frustration,
25     and annoyance," what is it that you are referring

Page 136

1      to specifically?
2       MR. RAPP:  Same objection.  But, still, you
3      can answer to the extent that you understand it.
4  A.  The aggravation was due to not being able to get
5      approved for one.  And with us trying to fix
6      things, it never happened, so it's very
7      frustrating.  And, I mean, it's very hard when you
8      can't do that, and you're trying to fix the
9      problem, and no one will help.
10 Q.  So you and your wife were trying to fix the problem
11     by applying for credit?
12      MR. RAPP:  Objection.  Misstates the
13     testimony.  But you can still.
14 A.  Yeah, I don't know.
15 Q.  And I can phrase it differently, Mr. Dulworth.  Did
16     you and your wife apply for credit after your
17     bankruptcy?
18      MR. RAPP:  Objection.  Asked and answered.
19 A.  Yes.
20 Q.  And was there anything that you felt was stopping
21     you from applying for credit?
22      MR. RAPP:  Objection.  Asked and answered.
23      You can still answer it.
24 A.  Can you repeat the question, please?
25 Q.  Sure.  Was there anything that you felt was

Page 137

1      stopping you from applying for credit?
2       MR. RAPP:  Objection.  Asked and answered.
3      But, still, please answer.
4  A.  I don't know how to answer that.
5  Q.  And can you tell me why you feel that you don't
6      know how to answer that, or what part of the
7      question could be confusing?
8  A.  It's kind of confusing, yes.
9  Q.  Okay.  After your bankruptcy you and your wife
10     tried to build your credit; right?
11 A.  Yes.  We tried, yes.
12 Q.  And did you try to build your credit by applying
13     for new credit?
14 A.  Trying to get credit, yes.
15 Q.  So after your bankruptcy, you and your wife applied
16     for new lines of credit.  I just want to be clear
17     there.
18 A.  Yes.  We tried, yes.
19 Q.  So you were not deterred from applying for credit?
20      MR. RAPP:  Objection.  Asked and answered.
21      You can still answer to your abilities.
22 A.  Can you ask the question again, please?
23 Q.  Sure.  So you and your wife were not deterred from
24     applying for credit; correct?
25      MR. RAPP:  Objection.  Misstates previous



App. 231

Case 1:22-cv-00469-JMS-MJD   Document 194-5   Filed 11/17/23   Page 7 of 8 PageID #: 1968
Case: 24-2066    Document: 30-1    Filed: 11/07/2024   Pages: 210
CRAIG DULWORTH Vol. V
Dulworth vs Experian Information Solutions
May 09, 2023
146—149

**Page 146**

1 there is conflicting testimony that we need to work
2 out and resolve here and figure out what exactly
3 he's testifying to.
4     MR. RAPP:  I think that if you are going to
5 continue down this road, we'll move for another
6 protective order.  So whether it's on the record or
7 not, it will be eventually.  But we don't have any
8 more time today for me to engage in that
9 conversation.
10     MR. SANDEFER:  Okay.  In terms of a
11 transcript, we can move on from that then.  In
12 terms of ordering a transcript, Experian will take
13 the usual for these matters.  I believe it's
14 already been communicated, so it should be a, not a
15 rough, just the final transmitted electronically,
16 and no rush.
17     THE VIDEOGRAPHER:  And the video, sir?
18 MR. SANDEFER:  No video.
19     THE VIDEOGRAPHER:  Thank you.  And,
20 Ms. Robinson?
21 MS. ROBINSON:  Same for Equifax.  Thank you.
22     THE VIDEOGRAPHER:  And Mr. Rapp?
23 MR. RAPP:  It will be the same for us as well.
24     Ms. Andrews, I believe that I wanted to double
25 check on where you're sending the Etrans, though.

**Page 147**

1 Because I think they might be -- we've had some
2 difficulty getting them.
3     THE VIDEOGRAPHER:  Sir, may I take us off the
4 record first?
5     MR. RAPP:  Yes, please.
6     THE VIDEOGRAPHER:  This concludes today's
7 deposition of Craig Dulworth.  We are off the
8 record May 9, 2023, at 5:01 p.m.
9 AND FURTHER DEPONENT SAITH NOT
10
11 _____
12    Craig Dulworth
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 148**

1 STATE OF INDIANA  )
2                   ) SS:
  COUNTY OF HAMILTON )
3
4     I, Kathleen Andrews, Notary Public in and for
  said county and state, do hereby certify that the
5 deponent herein was by me first duly sworn to tell
  the truth in the aforementioned matter;
6     That the deposition was taken on behalf of
  the Defendants at the time and place heretofore
7 mentioned, with counsel present as noted.
      That the deposition was taken down in
8 Stenograph notes, reduced to typewriting under my
  direction, is a true record of the testimony given
9 by said deponent, and was thereafter presented to
  the deponent for signature.
10     That this certificate does not purport to
  acknowledge or verify the signature hereto of
11 the deponent.
      I do further certify that I am a disinterested
12 person in this cause of action; that I am not a
  relative or attorney of any of the parties or
13 otherwise interested in the event of this action,
  and am not in the employ of the attorneys for the
14 respective parties.
      IN WITNESS WHEREOF, I have hereunto set my
15 hand and affixed my notarial seal this 19th day
  of May, 2023.
16
17
18
19                Kathleen Andrews, Notary Public
20
  Commission expires:  March 22, 2031.
21 Commission number: NP0665722
22
23
24
25

**Page 149**

1            DEPOSITION ERRATA SHEET
2
3
4 Our Assignment No. J9634749
5 Case Caption: CRAIG DULWORTH AND BRIANNA DULWORTH
6 vs. EXPERIAN INFORMATION SOLUTIONS, INC., et al.
7
8    DECLARATION UNDER PENALTY OF PERJURY
9    I declare under penalty of perjury
10 that I have read the entire transcript of
11 my Deposition taken in the captioned matter
12 or the same has been read to me, and
13 the same is true and accurate, save and
14 except for changes and/or corrections, if
15 any, as indicated by me on the DEPOSITION
16 ERRATA SHEET hereof, with the understanding
17 that I offer these changes as if still under
18 oath.
19    Signed on the _____ day of
20 _____, 2023.
21
22 _____
23            CRAIG DULWORTH
24
25

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

Case 1:22-cv-00469-JMS-MJD   Document 194-5   Filed 11/17/23   Page 8 of 8 PageID #: 1969
Case: 24-2066    Document: 30-1    Filed: 11/07/2024    Pages: 210
CRAIG DULWORTH Vol. V
Dulworth vs Experian Information Solutions
May 09, 2023
150–151

**Page 150**

```
 1                DEPOSITION ERRATA SHEET
 2     Page No._____Line No._____Change to:_____
 3     _____
 4     Reason for change:_____
 5     Page No._____Line No._____Change to:_____
 6     _____
 7     Reason for change:_____
 8     Page No._____Line No._____Change to:_____
 9     _____
10     Reason for change:_____
11     Page No._____Line No._____Change to:_____
12     _____
13     Reason for change:_____
14     Page No._____Line No._____Change to:_____
15     _____
16     Reason for change:_____
17     Page No._____Line No._____Change to:_____
18     _____
19     Reason for change:_____
20     Page No._____Line No._____Change to:_____
21     _____
22     Reason for change:_____
23
24     SIGNATURE:_____DATE:_____
25            CRAIG DULWORTH
```

**Page 151**

```
 1                DEPOSITION ERRATA SHEET
 2     Page No._____Line No._____Change to:_____
 3     _____
 4     Reason for change:_____
 5     Page No._____Line No._____Change to:_____
 6     _____
 7     Reason for change:_____
 8     Page No._____Line No._____Change to:_____
 9     _____
10     Reason for change:_____
11     Page No._____Line No._____Change to:_____
12     _____
13     Reason for change:_____
14     Page No._____Line No._____Change to:_____
15     _____
16     Reason for change:_____
17     Page No._____Line No._____Change to:_____
18     _____
19     Reason for change:_____
20     Page No._____Line No._____Change to:_____
21     _____
22     Reason for change:_____
23
24     SIGNATURE:_____DATE:_____
25            CRAIG DULWORTH
```

# Exhibit F

Sent Certified Mail – Return Receipt Requested

*September 7, 2021*

**PLEASE RESPOND VIA EMAIL TO –** ███████*@gmail.com*

Equifax Information Services LLC
1550 Peachtree Street, NW
Atlanta, GA 30309-2468

RE:   **Dispute and Request for Reinvestigation**
      **Credit Report of Brianna Dulworth**
      **Social Security No.** ████████
      **DOB:** ██████
      **Address:** ████████████████████

To Whom It May Concern:

**MY EQUIFAX CREDIT REPORT IS INACCURATE AS IT PERTAINS TO ALLY FINANCIAL, INC.**  I am writing to dispute and request that you reinvestigate and correct inaccurate information that is contained on my credit report no. 1731329187, report dated August 19, 2021. On that report, there is incorrect, false, and misleading information. I have cut and pasted the wrong part from the report here:

### 4.24 ALLY FINANCIAL (CLOSED)

**Summary**

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxx██ | Reported Balance | |
|---|---|---|---|
| Account Status | INCLUDED_IN_BANKRUPTCY | Debt-to-Credit Ratio | N/A |
| Available Credit | | | |

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

**Payment History**

You currently do not have any Payment History in your file.

CM-22639-0330

**Account Details**

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Owner | JOINT_CONTRACTUAL_LIABILITY |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | UNKNOWN | Term Duration | 0 |
| Balance | | Date Opened | Jul 27, 2018 |
| Amount Past Due | | Date Reported | Dec 31, 2019 |
| Actual Payment Amount | | Date of Last Payment | |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 16 | Delinquency First Reported | Oct 01, 2018 |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Auto | Date Closed | |
| Date of First Delinquency | Sep 01, 2018 | | |

This account with Ally Financial should not be reporting as closed. It is an open account that was reaffirmed in my bankruptcy. There should be positive payment history on this account.

Equifax has been publishing this false, inaccurate and misleading information to my creditors and others. It shows that on my report right here:

## 8. Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

### Hard Inquiries

Inquiries that may impact your credit rating/score

These are inquiries made by companies with whom you have applied for a loan or credit. They may remain on your file up to 2 years.

| Date | Company | Request Originator |
|------|---------|--------------------|
| Jul 24, 2021 | RAY SKILLMAN HOOSIER FORD<br><br>333 CURRY DR<br>MARTINSVILLE, IN  46151<br><br>1-765-342-3673 | |
| Jul 24, 2021 | CAPITAL ONE<br><br>15000 CAPITAL ONE DRIVE<br>USBNK514446<br>RICHMOND, VA  23238 | |
| Jul 24, 2021 | TEACHERS CREDIT UNION<br><br>110 S.MAIN STREET<br>SOUTH BEND, IN  46624<br><br>1-574-284-6246 | |
| Jul 17, 2021 | RAY SKILLMAN FORD<br><br>1300 US HIGHWAY 31 S<br>GREENWOOD, IN  46143<br><br>1-317-885-9800 | |
| Jul 17, 2021 | TEACHERS CREDIT UNION<br><br>110 S.MAIN STREET<br>SOUTH BEND, IN  46624<br><br>1-574-284-6246 | |
| Jul 17, 2021 | FOURSIGHT CAPITAL, LLC<br><br>265 EAST 100 SOUTH<br>SUITE 300<br>SALT LAKE CITY, UT  84111<br><br>1-801-236-3526 | |
| Jul 12, 2021 | RAY SKILLMAN FORD | |

CM-22639-0330

CONFIDENTIAL

|  | 1300 US HIGHWAY 31 S<br>GREENWOOD, IN  46143<br><br>1-317-885-9800 |  |
|---|---|---|
| Mar 20, 2021 | UPSTART NETWORK INC<br><br>2950 SOUTH DELAWARE ST.<br>SAN MATEO, CA  94403<br><br>1-650-204-1000 |  |
| Jun 06, 2020 | FIRST PREMIER BANK<br><br>3820 N LOUISE AVENUE<br>SIOUX FALLS, SD  57107<br><br>1-605-357-3400 |  |
| Nov 18, 2019 | CAPITAL ONE BANK USA NA<br><br>15000 CAPITAL ONE DRIVE<br>PO# US364401<br>RICHMOND, VA  23238 |  |

### Soft Inquiries

Inquiries that do not impact your credit rating/score

These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

| Jul 20, 2021 | COMENITYBANK/COMENITYCAPITAL | Account Review Inquiry |
|---|---|---|
| Jul 17, 2021 | DEALERTRACK, INC. | ID Report |
| Jul 12, 2021 | DEALERTRACK, INC. | ID Report |
| Jul 09, 2021 | CAPITAL ONE | Soft Inquiry |
| Jul 08, 2021 | CAPITAL ONE | Soft Inquiry |
| Jun 29, 2021 | VERIZON | Account Review Inquiry |
| Jun 25, 2021 | EQUIFAX CONSUMER SERVICES |  |
| Jun 22, 2021 | MARINER FINANCE |  |
| Jun 14, 2021 | UPLIFT, INC. |  |
| Jun 14, 2021 | UPLIFT, INC. |  |
| Jun 14, 2021 | UPLIFT, INC. |  |
| Apr 29, 2021 | COMENITY BANK | Soft Inquiry |
| Apr 26, 2021 | CIC/EXPERIAN RPTS |  |
| Mar 20, 2021 | UPSTART NETWORK, INC |  |
| Mar 20, 2021 | MARINER FINANCE |  |

Furthermore, several of these inquiries were made in the past six months and I hereby request these entities be notified of any corrections or deletions after these corrections or deletions to my report are made.

CM-22639-0330

CONFIDENTIAL

Dulworth  000644

**PLEASE FIND MY DOCUMENTATION ENCLOSED:**
- a photocopy of my driver's license to identify me
- bankruptcy reaffirmation agreement

**Please forward this dispute and bankruptcy reaffirmation agreement to Ally Financial, Inc. to assist them in its investigation. Additionally, please send copies of the response and any documents from Ally Financial, Inc. that Ally Financial, Inc. and Equifax relied on in determining that this should stay on my Equifax credit report. Also, if Ally Financial, Inc. verifies that the above is accurate, please explain your method of verification and to provide me with a detailed report of the sources of the information upon which you based your verification. Also, please provide me a description of the procedure used to determine the accuracy and completeness of the disputed information, including the business name and address, and if reasonably available, the telephone number of anyone from** Ally Financial, Inc. **contacted during the reinvestigation.**

**I demand that this inaccurate information be corrected from my Equifax report immediately.**

Very Truly Yours,

DocuSigned by:

*Brianna Dulworth*

D22289C6C1D8446...

Brianna Dulworth

CONFIDENTIAL



CM-22639-0330

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD  Document 194-6  Filed 11/17/23  Page 8 of 13 PageID #: 1977
Case: 24-2066    Document: 30-1    Filed: 11/07/2024    Pages: 210

Case 18-07856-JMC-7    Doc 20    Filed 12/20/18    EOD 12/20/18 14:56:37    Pg 1 of 9

**Fill in this information to identify the case:**

Debtor 1    Craig Scott Dulworth

Debtor 2    Brianna Lashell Dulworth
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Indiana (State)

Case number 18-07856

## Official Form 427
### Cover Sheet for Reaffirmation Agreement                                12/15

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

**Part 1:    Explain the Repayment Terms of the Reaffirmation Agreement**

| | | |
|---|---|---|
| 1. Who is the creditor? | Ally Bank | |
| | Name of the creditor | |
| 2. How much is the debt? | On the date that the bankruptcy case is filed $23,829.85 | |
| | To be paid under the reaffirmation agreement $24,022.34 | |
| | $499.90 per month for 74 months (if fixed interest rate) | |
| | * 2 monthly cure payments of $216.95 each starting on November 25, 2018. | |
| 3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code §524(k)(3)(E).) | Before the bankruptcy case was filed 15.74% | |
| | Under the reaffirmation agreement 15.74%    ☑ Fixed | |
| | ☐ Adjustable Rate | |
| 4. Does collateral secure the debt? | ☐ No | |
| | ☑ Yes. Describe the collateral. 2018 KIA SORENTO VIN: 5XYPG4A38GG014484 | |
| | Current market value  $18,450.00 | |
| 5. Does the creditor assert that the debt is nondischargeable? | ☑ No | |
| | ☐ Yes. Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable. | |

| | Income and expenses reported on Schedules I and J | Income and expenses stated on the reaffirmation agreement |
|---|---|---|
| 6. Using information from *Schedule I: Your Income* (Official Form 106I) and *Schedule J: Your Expenses* (Official Form 106J), fill in the amounts. | 6a. Combined monthly income from line 12 of Schedule I  $ 4,091.74 | 6e. Monthly income from all sources after payroll deductions  $ 4,091.74 |
| | 6b. Monthly expense from line 22c of Schedule J  – $ 4,080.00 | 6f. Monthly expenses  – $ 4,080.90 |
| | 6c. Monthly payments on all reaffirmed debts not listed on Schedule J  – $ 0 | 6g. Monthly payments on all reaffirmed debts not included in after payroll deductions  – $ 0 |
| | 6d. Scheduled net monthly income  $ 5.74 | 6h. Present net monthly income  $ 10.84 |
| | Subtract lines 6b and 6c from 6a. | Subtract lines 6f and 6g from 6e. |
| | If the total is less than 0, put the number in brackets. | If the total is less than 0, put the number in brackets. |

CM-22639-0330

Dulworth  000647

App. 241
CONFIDENTIAL

Debtor 1    Craig Scott Dulworth                                        Case Number (if known) 18-07856
            First Name    Middle Name    Last Name

| | | |
|---|---|---|
| **7. Are the income amounts on the lines 6a and 6a different?** | ☑ No ☐ Yes. Explain why they are different and complete line 10. _____ | |
| **8. Are the expense amounts on line 6b and 6f different?** | ☐ No ☑ Yes. Explain why they are different and complete line 10. _Payment less than Scheduled._ | |
| **9. Is the net monthly income in line 6h less than 0?** | ☑ No ☐ Yes. A presumption of hardship arises (unless creditor is a credit union). Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10. | |

**10. Debtor's certification about lines 7-9**

If any answer on line 7-9 is Yes, the debtor must sign here.

If all the answers on lines 7-9 are No, go to line 11.

I certify that each explanation on lines 7-9 is true and correct.

_____    _____
Signature of Debtor 1         Signature of Debtor 2 (Spouse Only in a Joint Case)

**11. Did an attorney represent the debtor in negotiating the reaffirmation agreement?**

☐ No
☑ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?
        ☐ No
        ☑ Yes

| **Part 2:    Sign Here** | |
|---|---|
| Whoever fills out this form must sign here. | I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this *Cover Sheet for Reaffirmation Agreement*. |

Signature _____    Date 11/16/2018
                                      MM/DD/YYYY

Printed Name _Jennifer Asbury_

Check one:
☑ Debtor or Debtor's Attorney
☐ Creditor or Creditor's Attorney

Official Form 427                    Cover Sheet for Reaffirmation Agreement                    Page 2

CM-22639-0330

Dulworth  000648

App. 242

CONFIDENTIAL

Case 1:22-cv-00469-JMS-MJD   Document 194-6   Filed 11/17/23   Page 10 of 13 PageID #:
Case: 24-2066      Document: 30-1   1979   Filed: 11/07/2024      Pages: 210

Case 18-07856-JMC-7   Doc 20   Filed 12/20/18   EOD 12/20/18 14:56:37   Pg 3 of 9

B2400A (Form 2400A) (12/15)

Check one.
☐ Presumption of Undue Hardship
☑ No Presumption of Undue Hardship
*See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana

In re Craig Scott Dulworth and Brianna Lashell Dulworth, Case No. 18-07856
Debtor(s)

Chapter 7

## REAFFIRMATION DOCUMENTS

### Name of Creditor: Ally Bank

☐ Check this box if Creditor is a Credit Union

## I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this Reaffirmation Documents packet.**

1. Brief description of the original agreement being reaffirmed: Auto – Contract
   *For example, auto loan*

2. *AMOUNT REAFFIRMED:* $24,022.34

   The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before the date you sign this Reaffirmation Agreement.

   *See the definition of "Amount Reaffirmed" in Part V.C below.*

3. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is 15.74%.

   *See definition of "Annual Percentage Rate" in Part V.C below.*

   This is a (check one) ☒ Fixed rate   ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

Craig Scott Dulworth and Brianna Lashell Dulworth 18-07856