**No. 24–2066**

# In the
# United States Court of Appeals
# for the Seventh Circuit

CRAIG DULWORTH and BRIANNA DULWORTH,

*Plaintiffs-Appellants,*

v.

EXPERIAN INFORMATION SOLUTIONS, INC., AND
EQUIFAX INFORMATION SERVICES, LLC,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of Indiana
Case No. 1:22–cv-00469
The Honorable Jane Magnus-Stinson

## MOTION FOR LEAVE TO WITHDRAW

Christopher A. Hall
JONES DAY
110 North Wacker Dr.
Chicago, IL 60606
312–782–3939
chall@jonesday.com
dsandefer@jonesday.com

Jeffrey R. Johnson
 *Counsel of Record*
John C. Brinkerhoff Jr.
JONES DAY
51 Louisiana Ave NW
Washington, DC 20001
202–879–3939
jeffreyjohnson@jonesday.com
jbrinkerhoff@jonesday.com

*Counsel for Defendant-Appellee Experian Information Solutions, Inc.*

Jeffrey R. Johnson respectfully requests leave to withdraw his appearance as counsel of record for Defendant-Appellant Experian Information Solutions, Inc., because of his upcoming departure from Jones Day. Experian will continue to be represented in this matter by new counsel of record Christopher A. Hall and John C. Brinkerhoff Jr., both of Jones Day.

Respectfully Submitted,

/s/ Jeffrey R. Johnson

| | |
|---|---|
| Christopher A. Hall | Jeffrey R. Johnson |
| JONES DAY | *Counsel of Record* |
| 110 N. Whacker Dr. | John C. Brinkerhoff Jr. |
| Chicago, Ill. 60606 | JONES DAY |
| 312–782–3939 | 51 Louisiana Ave NW |
| chall@jonesday.com | Washington, DC 20001 |
| | 202–879–3939 |
| | jeffreyjohnson@jonesday.com |
| | jbrinkerhoff@jonesday.com |

*Counsel for Experian Information Solutions, Inc.*

1

## CERTIFICATE OF COMPLIANCE

1.      This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because, as calculated by Microsoft Word 365, it contains 54 words.

2.      This brief complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 13–point Century Schoolbook font.


Dated: March 23, 2026

/s/ Jeffrey R. Johnson

2

## CERTIFICATE OF SERVICE

I hereby certify that, on December 20, 2024, pursuant to Federal Rule of Appellate Procedure 25 and Circuit Rule 25(a), I electronically filed NOTICE via the CM/ECF system and service was accomplished on counsel of record by that means.

Dated: March 23, 2026

/s/ Jeffrey R. Johnson