# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 23, 2026

*By the Court:*

| | |
|---|---|
| No. 24-2066 | CRAIG DULWORTH and BRIANNA DULWORTH,<br> Plaintiffs - Appellants<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC and EQUIFAX INFORMATION SERVICES, LLC,<br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-00469-JMS-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge Jane Magnus-Stinson | |

Upon consideration of the **MOTION FOR LEAVE TO WITHDRAW**, filed on March 23, 2026, by counsel for the appellee Experian Information Solutions, Inc.,

**IT IS ORDERED** that the motion is **GRANTED**. Attorney Jeffrey R. Johnson may withdraw from further representation of appellee Experian Information Solutions, Inc. Attorney Christopher A. Hall will serve as counsel of record for appellee Experian Information Solutions, Inc.

form name: **c7_Order_BTC**   (form ID: **178**)