No. 24-2066

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CRAIG DULWORTH and BRIANNA DULWORTH,

*Plaintiffs-Appellants*,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. and
EQUIFAX INFORMATION SERVICES, LLC,

*Defendants-Appellees*.

Appeal from the United States District Court for the Southern District of Indiana
Case No. 1:22-cv-00469 (Hon. Jane Magnus-Stinson)

# NOTICE OF WITHDRAWAL

William M. Jay
Andrew Kim
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: 202.346.4000
WJay@goodwinlaw.com
AndrewKim@goodwinlaw.com

William E. Evans
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: 617.570-1000
WEvans@goodwinlaw.com

*Counsel for Defendant-Appellee*
*Experian Information Solutions, Inc.*

PLEASE TAKE NOTICE that William M. Jay respectfully withdraws his appearance as counsel of record for Defendant-Appellee Experian Information Solutions, Inc. ("Experian") due to his upcoming departure from Goodwin Procter LLP. Experian will continue to be represented in this matter by Andrew Kim and William E. Evans of Goodwin Procter LLP. Furthermore, Andrew Kim will be substituted as counsel of record for Experian.

Dated: August 20, 2026

Respectfully Submitted,

s/ *William M. Jay*

William M. Jay
Andrew Kim
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: 202.346.4000
WJay@goodwinlaw.com
AndrewKim@goodwinlaw.com

William E. Evans
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: 617.570-1000
WEvans@goodwinlaw.com

*Counsel for Defendant-Appellee Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *William M. Jay*
William M. Jay
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: 202.346.4000
WJay@goodwinlaw.com