# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 21, 2026

*By the Court:*

| | |
|---|---|
| No. 24-2066 | CRAIG DULWORTH and BRIANNA DULWORTH,<br>Plaintiffs - Appellants<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC and<br>EQUIFAX INFORMATION SERVICES, LLC,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-00469-JMS-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge Jane Magnus-Stinson | |

Upon consideration of the **NOTICE OF WITHDRAWAL**, filed on August 20, 2026, by attorney William M. Jay,

**IT IS ORDERED** that attorney William M. Jay may withdraw from further representation of appellee Experian Information Solutions, Inc. in this matter. Attorney Andrew Kim will serve as counsel of record for appellee Experian Information Solutions.